IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRACY MILLER,

    Plaintiff,

vs.

RONALD KING; JOHNNY SIKES; THE GEORGIA DEPARTMENT OF CORRECTIONS, and THE STATE OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV698-109

## ORDER

Plaintiff has filed a "Motion to Renew his Motion to Appoint Counsel for any Preliminary Hearing Injunction Protectiver (sic) to Enforce the Eleventh Circuits Order." (Doc. 194). As the Court has appointed Sarah M. Shalf to represent Plaintiff, as instructed by the Eleventh Circuit Court of Appeals, Plaintiff's renewed motion is **dismissed** as moot. The Clerk is directed to forward a copy of Plaintiff's instant motion to Sarah M. Shalf along with a copy of this Order.

SO ORDERED, this 15th day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)