# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
2006 NOV 15 P 3:09
/s/ J. LaVictoire

TRACY MILLER
Plaintiff

v.

RONALD KING, et al.
Defendant

Case No. 6:98-cv-00109

Appearing on behalf of

Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 15th day of Nov., 2006.

/s/ James E. Graham
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| NAME OF PETITIONER: | Sarah M. Shalf |
| Business Address: | Bondurant, Mixson & Elmore, LLP |
| | Firm/Business Name |
| | 1201 West Peachtree Street, NW, Suite 3900 |
| | Street Address |
| | Atlanta / GA / 30309 |
| | Street Address (con't) — City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 — City, State, Zip |
| | (404) 881-4100 / 637537 |
| | Telephone Number (w/ area code) / Georgia Bar Number |