IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRACY MILLER,

    Plaintiff,

vs.

RONALD KING; JOHNNY SIKES; THE GEORGIA DEPARTMENT OF CORRECTIONS, and THE STATE OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV698-109

## ORDER

Because the Court has appointed Sarah M. Shalf, Attorney at Law, to represent Plaintiff in this case, the pro se Motions for Preliminary Injunction and Protective Order filed by Plaintiff are **dismissed**. (Doc. Nos. 199, 201). Any motion Plaintiff desires filed on his behalf should be filed by his attorney.

**SO ORDERED**, this 9th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)