```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                   STATESBORO GEORGIA

TRACY MILLER,                     :
                                  :
     Plaintiff,                   :
                                  :      CIVIL ACTION NO.
VS.                               :
                                  :      6:98-109-JEG
HUGH SMITH, et al.,               :
                                  :
     Defendants.                  :
```

**NOTICE OF FILING EXPERT REPORT**

Defendants file this expert report of Randall I. Atlas, Ph.D., AIA, CCP, as Attachment "1" with exhibits.

Respectfully submitted this 13th day of November, 2008.

```
                    THURBERT E. BAKER        033887
                    Attorney General

                    KATHLEEN M. PACIOUS  558555
                    Deputy Attorney General

                    s/DEVON ORLAND
                    Georgia Bar No. 554301
                    Senior Assistant Attorney General

                    s/PATTIE J. WILLIAMS
                    Georgia Bar No. 763505
                    Assistant Attorney General
```

**PLEASE SERVE:**
PATTIE J. WILLIAMS
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
(404) 463-8850
(404) 651-5304 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed Defendants' **NOTICE OF FILING OF EXPERT REPORT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Sarah M. Shalf, Esquire**

**Sarah E. Harrington, Esquire**

**Delora L. Kennebrew, Esquire**

This 13th day of November, 2008.

s/PATTIE J. WILLIAMS
Assistant Attorney General