# EXHIBIT C

**RANDALL ATLAS, Ph.D. AIA, CPP**
Atlas Safety & Security Design, Inc.

## CASE LIST

| Defense/ Plaintiff | Nature of Case | Dep | Inv Trial | Attorney | Phone | Case Name | Won | Status Lost Settle Open |
|---|---|---|---|---|---|---|---|---|
| P | Security Assault | I | | Howard Feinberg | 305.754.4000 | Holloway / MDCC | W | |
| P | Safety Glass Door | | IDT | Michael Lechtman | 305.652.9500 | Cesno / U of M | | S |
| D | Slip Stair | | I | Martin Mickler | 904.355.5166 | Diethorn | | S |
| D | Step | | DT | Martin Mickler | 904.355.5166 | Harris | | S |
| D | Stair | | ID | Martin Mickler | 904.355.5166 | Gladden | | S |
| P | Security Bank Parking Lot | | ID | Frank Shooster | 305.739.8400 | Fastershank | | S |
| D | Slip Step | | I | Joy Lordahl | 904.354.1440 | Meiten | | S |
| P | Slip Floor | | ID | Arnie Gellmen | 305.858.1400 | Denmarko / JC Penney | | S |
| P | Slip Fall on Chatahootchee | | IDT | Tim Beavers | 305.944.4586 | Powers / Days Inn | | S |
| D | Escalator Fall | | IDT | Bill Douberly | 305.458.6614 | Petriz / Omni | | S |
| P | Slip Fall | ID | | Lane Abraham | 305.285.9799 | Fernandez / Monty's | S | |
| P | Slip & Fall Parking Lot | | ID | Ivan Benjamin Cohen & Cohen | 305.532.1771 | Holtzman | | S |

1

| P/D | Incident | Code | Name | Phone | Party | S/W/L |
|---|---|---|---|---|---|---|
| P | Jail Suicide | I | Elizabeth Klein | 313.964.5010 | Gant | S |
| P | Slip Stair | ID | Howard Feinberg | 305.754.4000 | Neff | S |
| P | Parking Lot Security | IDT | Mark Feldman | 305.285.2500 | Marcantonio / Airliner Hotel | W |
| P | Parking Lot Security | I | Bernard Butts | 305.821.4581 | Zeverly / Airliner Hotel | S |
| P | Jail Suicide | ID | Jeff Tomberg | 305.732.3221 | Salazar / Palm Beach Jail | L |
| P | Slip Driveway | IDT | Michael Brumer | 305.374.2000 | Lederer / Forte Towers W | |
| D | Slip Stairway | D | Steven Shorr | n/a | Cajun Restaurant | S |
| P | Trip Hazard | ID | David Glatthorn | 561.659-1999 | Martin / Florida DOT W | |
| D | Slip / Floor | IDT | Jack Lucks | 305.379.1681 | Stephen / Debartalo Corp. | W |
| P | Jail Suicide | I | Mark Linowitz | 305.858.9813 | Lewis / HRS | S |
| P | Slip Hallway | I | Martin Schwartz | 954.920.6555 | Shrewbury / Warrenton S | |
| P | Slip Driveway | I | Howard Feinberg | 305.754.4000 | Kofer / Hampton Beach Club | S |
| P | Jail Suicide | ID | Cannon / Dunphy | 414.276.0111 | Golz / Lake Geneva Police | W |
| P | Slip Step | I | Marc Kaufman | 305.374.2000 | Enwright / Italian Fish | S |
| P | Slip Stairway | ID | Norman Rose | 305.379.9801 | Vichot / Kingston | S |
| P | Slip Stair | I | Barnett / Hammer | 305.624.8541 | Frost / Rolands | S |
| P | Slip Stair | I | Cohen & Cohen | 305.523.1771 | Russo S | |
| P | Slip Stairs | IDT | Martin Schwartz | 954.920.6555 | Gechele W | |
| P | Slip Stairs | I | Stu Logan | 305.374.2000 | Freidman / Schraub | S |

| P/D | Matter | Type | Name | Phone | Party / Case | L/S/W |
|---|---|---|---|---|---|---|
| P | Slip Stairs | IDT | B. Greenspan | n/a | Whipple/Clay Co. Jail | L |
| P | Jail Suicide | ID | David Baker | 319.365.9200 | Brady / Lynn County Jail | S |
| P | Slip / Floor | IDT | Curtis Levine | 407.391.3322 | Yahn | S |
| P | Glass Door Accident | I | David White | 305.442.1700 | Gutierrez / Roark | S |
| P | Prison Escape | ID | Stan Jackson | 407.724.2661 | Reeves / SC DOC | S |
| P | Slip Stairs | I | Eliot Lucas | 305.246.3544 | Hardy / Lumar | S |
| P | Speed Bump Fall | I | Bernard Butts | 305.821.4581 | Aguayo / Sears | S |
| P | Premise Liability | ID | Andrew Knight | 904.356.1306 | Banks / Cumberland Apts. | S |
| P | Premise Liability | ID | Larry Smith | 504.524.6165 | Hale / U.S. Fidelity | S |
| D | Parking Lot Assault | ID | Shea & Gould | 305.372.2000 | Shooster / MDDC | S |
| D | Parking Lot Assault | ID | Hugh Behan Blackwell Walker | 305.728.9000 | Zelly / Cinnamon | W |
| D | Slip and Fall | ID | Kim Cook | 305.358.6550 | Nunez / JMH | S |
| D | ATM Assault | I | Jackie Abraham | 305.225.4548 | Jablonski / Amerifirst | S |
| P | ATM Robbery | I | Bernard Butts | 305.821.4581 | Ferrer / Community Bank | S |
| P | Slip Stairs | I | Goldfarb & Gold | 305.371.3111 | Krakover / Monogram | S |
| P | Speed Bump Slip | I | Jeff Barnett | 305.748.4800 | Ephraim / Tamarac Mall | S |
| P | Jail Suicide | I | Leonard Miller | 313.352.1552 | Cummins / Michigan | S |
| P | Stair Slip | I | Mike Brummer | 305.374.2000 | Czonka / TR Restaurant | S |
| P | Stage Slip / Fall | ID | Anthony Dieguez | 305.556.4106 | Alonso / Midamerica | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Mat Slip / Fall | | | 305.377.0783 | Limmer / American Loan | L |
| P | Mat Slip / Fall | ID | Mel Alldredge | 305.377.0783 | Bonner / Winn Dixie | W |
| D | Driveway Accident | ID | Ron Solomon | 305.944.1825 | Williams / Grove Profess. Bldg | S |
| P | Falling Object | ID | Gary Sack | 305.374.5083 | Abraham / Winn Dixie | S |
| D | Lot Assault | ID | Mark Hektner | 561.624.2188 | Guthrie / Marketplace | S |
| P | Premise Liability | ID | Mel Alldredge | 305.377.0783 | Faigenblatt / Fina | S |
| P | Slip and Fall | I | Goldfarb & Gold | 305.371.3111 | Wirtz / Garden Lane | S |
| P | Slip and Fall | I | Goldfarb & Gold | 305.371.3111 | Perez / BBB Electric | S |
| P | Slip Stairs | I | Anthony Dieguez | 305.556.4106 | Nunez / St. Cloud | L |
| P | Slip Curb | I | Howard Feinberg | 305.754.4000 | Martinez / 163 Street Mall | S |
| D | Premise Liability | I | Lane Middleton | 305.374.0033 | Calise / Potamkin | S |
| D | Slip and Fall | I | Mark Johnson / Pyszka Kessler | 305.858.6614 | Green / Flagler Museum | S |
| P | Premise Liability | IDT | Kent Robbins | 305.532.0500 | Bell / Edison Mall | L |
| P | Slip and Fall | I | Douglas Stratton | 305.672.7772 | Balboa / Westland Mall | S |
| D | Slip Stairs | ID | George Pomeroy | 305.563.6427 | Woffrin / Leisure Garden Apts. | S |
| D | Premise Liability | I | Dwain Dent | 817.332.2889 | Alley / Eagle Crest Apts. | S |
| D | Slip and Fall | I | Robert Addison | 601.969.7607 | Jones / JESCO | S |
| P | Premise Liability | ID | Rose Spano | 305.920.7932 | Mulligan / Take V | S |

4

| | Case Type | | Attorney | Phone | Parties | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | I | Edward Genz | 908.842.6660 | Ryan / Riozzi | S |
| P | Slip and Fall | I | Gonzalo Dorta | 305.529.6606 | Serna / Winn Dixie | S |
| P | Speed Bump Fall | ID | Safford & Lanphear | 502.782.2211 | Murray / Paterson | S |
| P | Assault | I | Sarah Weissbard | 305.940.7599 | Taback / Trafalgar Tower | S |
| P | Assault | I | Riley Bennet & Egloff | 317.636.8000 | CAY / Bayhead Village Apts. | L |
| P | Parking Lot Assault | I | McCormick Damiani Lowe | 914.623.7711 | Babcock / New Rochelle | S |
| P | Slip and Fall | I | Beneke Batistelli Bremer | 305.232.4980 | Travis / Motel 6 | S |
| P | Jail Suicide | I | David Wenc | 203.623.1195 | Keller / Engield Police | S |
| D | Faulty Design | I | John Brewer Tew & Truitt | 813.332.2655 | Wood / Coral Lanes | S |
| P | Sliding Door Accident | I | Gonzolo Dorta | 305.529.0140 | Henrandez / Bermejo | L |
| P | Slip and Fall | I | Joe Rosenbaum Grossman Roth | 305.442.8666 | Siefker / Trilogy Condo | S |
| P | Premise Security | ID | Robert Romagna | 305.541.4444 | Claro / Alamo Car Rental | S |
| P | Slip and Fall | I | Mark Penzer | 305.825.7696 | Henandez / Jas | S |
| D | Slip and Fall Spiral Stairway | I | Dennis Schutt Coker Myers 904.356.6071 | | Barton / American Heritage Life | S |
| P | Slip and Fall | ID | Larrence Smith | 504.524.6165 | Martin / N.O. Rail | S |
| P | Jail Fire | I | Richard Thomas Turner Reid | 417.883.2102 | Coleman / Taney Co. | S |
| D | Improper Gun / | I | Jim Hinchy | 803.722.7606 | Curry / Braswell | S |

5

|  |  |  | Haynsworth, et al |  |  |  |
|---|---|---|---|---|---|---|
|  | Security Shooting |  |  |  |  |  |
| P | Robbery / Murder | I | Neil Chonin | 305.443.5125 | Abdelquader | S |
| P | Slip and Fall | I | Ron Lowy | 305.673.5699 | Weinberger | S |
| P | Apartment Rape | I | James Fisher | 317/236-2317 | Mankin / Deer Cross Apts. | S |
| P | Slip and Fall | I | Curt Levine | 407.998.0000 | Kasper/ Pompano Race Track | S |
| P | Slip and Fall | I | Gonzolo Dorta | 305.381.8866 | Rabassa / Publix | S |
| P | Jail Suicide | I | Armando Payas Parker, Johnson | 407.423.1333 | Turner / Lake Co. | S |
| P | Slip and Fall | I | Marty Levine | 305.823.6867 | Muza | S |
| D | Hospital SuicideID |  | Alan Hoffman, Michigan AG | 517.373.3577 | Meyers / Lafayette Clinic | W |
| D | Construction Defect | ID | Bruce Alexander Boose Casey | 561.832.5900 | Shannon Ginn/Palm Beach. County | S |
| P | Slip and Fall | I | Jerry Katzen | 305.596.2000 | Novack / Ocean Reef | S |
| P | Premise Liability | I | Marilyn Sher | 305.443.5125 | Ebehart / Fambro | S |
| P | Slip and Fall | I | Chuck Pardue | 706.722.0227 | Flannagan / Timberwoods Apts. | S |
| D | Rape | I | Jon Aronson | 305.670.2829 | Hills / Scottish Inn | S |
| P | Premise Liability | I | Irv Lamel | 305.443.5212 | Lipton / Home Savings Bank | S |
| P | Slip and Fall | IDT | Jorge Silva | 305.381.8866 | Tabares / Apollo | S |
| P | Premise Liability | I | Stradley Barnett & Stein | 713.224.4488 | Joan Latch | S |
| P | Premise Liability | I | David Eason | 407.689.5050 | Martinez / KFC | S |

| P/D | Case Type | Ind | Attorney / Firm | Phone | Adverse / Client | S/W |
|---|---|---|---|---|---|---|
| P | Parking Lot Fall | I | Feinman & Feinman | 305.741.2000 | Abelsky | S |
| P | Slip and Fall | I | Sheldon Schlesenger | 305.467.8800 | Rosenweig / Rustic Inn | S |
| D | Pool Drowning | I | Steven Lengauer | 407.425.4251 | White / COF | S |
| P | Premise Liability / Apt. Assault | ID | James Fisher | 317.236.2317 | Mankin / Oxford | S |
| P | Premise Liability / Apt. Assault | I | Michael Baskin | 404.880.8646 | Thomas / Gateway Mgmt. | S |
| P | Slip and Fall | I | Linda McAteer / Iulo & Rowek | 201.773.4900 | Padula / South Beach Hotel | S |
| P | Premise Liability | I | Edison Jenson | 408.458.0502 | Brown / Brockers | S |
| P | Assault | ID | Eric Ansel | 305.922.9100 | VanWart / Pantry Pride | W |
| P | Slip and Fall | I | Daniel Lambert | 305.537.4771 | Christakos | S |
| D | Premise Liability Apt. Murder | I | Maureen Fatcheric | 315.422.1152 | Watanabe / Winn Mgmt. | S |
| P | Premise Liability Hotel Assault | ID | Don Hardeman | 305.670.2013 | Hernandez / Crossway Hotel | S |
| P | Premise Liability Robbery / Murder | I | Stephen Rossman | 305.373.0708 | Bauer / Kislak | S |
| P | Purse Snatching Parking Lot | I | Deb DeNike | 305.944.1349 | Cartaya / DeBartalo | S |
| P | Gas Station Robbery | I | Steve Belfara / Wicker Smith | 305.448.3939 | Marlar / Mobil | S |
| D | Restaurant Robbery | I | William Ricker / Wicker Smith | 305.945.2686 | Gordon / Poets | S |

| Party | Type | Code | Names | Phone | Case | S/W |
|---|---|---|---|---|---|---|
| D | Slip and Fall | ID | Herman & Roof | 305.377.2200 | Harvey / Phar-Mor | S |
| P | Slip and Fall | I | Gonzalo Dorta | 305.381.8866 | Delafa / El Camino | S |
| D | Slip and Fall | I | Domingo Rodriguez | 305.670.2227 | DeFilippo / Discovery Cruise | |
| D | Premise Liability | I | Barbara Wiegal | 317.236.2291 | Brown / Arlace Associates | S |
| P | Slip and Fall | I | Robert Elton | 904.253.3676 | Perkinson / Miami Herald | S |
| P | Balcony Failure I | | Ron Lowy | 305.673.5699 | Brown / Cloverleaf | S |
| P | Slip and Fall | I | Tony Korvick, Colson Hicks | 305.373.5400 | Gordon / Pops Fish Market | S |
| D | Assault | ID | James Fuller, Ligman Martin | 305.351.9344 | Montgomery / Habitat | W |
| P | Assault | I | Mark Stone, Andy Haggard | 305.446.5700 | Crowley / Sheraton of Boca | S |
| D | Assault / Rape | I | Jon Aronson, Rodriguez & Horr | 305.670.2227 | Hills / Scottish Inn | S |
| D | Assault / Rape | IDT | Paul Pobereyko, Tressler | 312.627.4000 | Moreno / Wicklund | S |
| D | Assault / Rape | I | Ellen Abbott, David Cleary | 802.775.8800 | Shostak / Bast Corp. | S |
| D | Assault / Shooting | I | Debra Lerner, Long Racicot | 617.439.4777 | Boyd/Algonquin Heights Assn. | S |
| D | Parking Lot Curb Acc. | I | Wade Shelton | 210.822.9050 | Carrillo / HEB Grocery | S |
| D | Parking Lot Assault | I | Wade Shelton | 210.822.9050 | Estrada / HEB Grocery | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Store Injury | I | Frank Currie / Bernard Walsh | 813.355.8672 | White / Sam's Club | S |
| P | Stair Fall Accident | I | Steve North | 615.244.1983 | Kennedy / Tennessee | W |
| P | Driveway Design | ID | Lawrence Smith | 504.524.6165 | Campenile / Cumberland  S | |
| D | Apt. Bombing | ID | Michael Obringer | 904.354.0624 | CNA / Finlay | S |
| D | Slip and Fall | I | Jeffrey Herman | 305.377.2200 | Goldman / Florida DOT  W | |
| P | Apartment Assault | I | Stradley, Barnett & Stein | 713.224.4488 | Lisa Jordy | S |
| D | Slip and Fall | I | Neil Carver | 305.444.7997 | Picsitelli | S |
| P | Slip and Fall | I | George Silva | 305.577.4950 | Cocoplum / Fuentes | S |
| P | Slip and Fall | I | Eric Ansel | 305.940.9433 | Kollins | S |
| P | Inmate  Suicide  I | | Paul Bieber / Gomez May | 319.359.3591 | Helmich / Scott County Jail  S | |
| D | Premise Liability | I | Mike Fink / Fowler White | 813.334.7892 | Spitzer / Malaga Motel  S | |
| P | Premise Liability | I | Gonzolo Dorta | 305.381.8866 | Acosta | S |
| P | Inmate Suicide  I | | Kim Thorne | 214.264.1614 | Ramirez / Kaufman Co Jail  S | |
| D | Parking Lot Robbery | I | Jim Fuller / Ligman Martin & Evans | 800.481.9344 | Dalbo / Barton Prot. Services | S |
| P | Robbery | I | Ansel & Custer | 305.940.9433 | Jacobs / Steak & Eggs | S |
| P | Trip and Fall | I | Andrews & Shull | 803.881.8866 | Tritschler / T Bones | L |
| D | Premise Liability | I | JH Perry | 305.670.2829 | Lowe / Ivory Store | W |

Rodriguez & Aronson

| | | Convenience Store | | | | |
|---|---|---|---|---|---|---|
| P | I | Premise Liability Parking Lot | Bradley Trushin Wolpe Liebowitz | 305.372.0060 | Wead / Walmart | L |
| D | I | Theft - Jewelry Store | Elizabeth McHugh Johnson Anselmo | 305.945.2000 | Daouds / Naviga Belgamar | S |
| D | I | Premise Liability | Brian Joslyn Boose Casey | 561.832.5900 | Arvida / Pete's Café & Rest. | S |
| D | I | Premise Liability | Rodriguez & Aronson | 305.670.2829 | Kleingunther / Cooney | W |
| P | I | Premise Liability | John Brown | 706.724.1533 | Gardner / Best Western Hotel | S |
| D | I | Premise Liability | Teresa Jones Syprett Meshad | 813.365.7171 | Dill / Lou's Too | S |
| D | I | Slip and Fall - Railing | Ed Taylor Daniel Coker Horton | 601.969.7607 | McClure / Mandum | S |
| P | IDT | Trip and Fall | Ken Mastrelli | 813.874.8455 | Silverling / Fortune | L |
| P | I | Jail Suicide | Roy Allen | 912.233.4914 | Chatham Jail | S |
| P | I | Trip and Fall | Gonzalo Dorta | 305.381.8866 | Armor / Int. Metal | S |
| P | I | Jail Suicide | Charles Willette | 210.541.1846 | Escalante/Hidalgo County Jail | S |
| P | I | Premise Liability | Howard Feinberg | 305.754.4000 | Guillaume / Zubi Market | S |
| P | I | Jail Suicide | Fred McGaha | 318.323.8888 | Newman / Monroe County Jail | S |
| P | ID | Slip and Fall | Gonzolo Dorta | 305.381.8866 | Rodriguez / Dade Co Sch Brd | W |
| P | IT | Wrongful Termination | John Menechino | 404.521.3800 | Cogefar / Bureau of Prisons | S |
| P | I | Slip and Fall | Jack Paris | 305.567.1200 | Halikias / Show Mgmt | S |

10

| | | | Matlin & McClosky | | Norship Int. | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | I | Jack Paris / Matlin McClosky | 305.567.1200 | Hecker / Wynfield | S |
| P | Premise Liability | I | Thomas Mulcahy | 810.353.5595 | Clovern / Real Tek | S |
| P | Slip and Fall | I | Carlos Silva | 305.858.1212 | Castellanos / K-Mart | S |
| D | Assault | I | Robert Potter / Pittman Hooks | 205.322.8880 | Sheikh | S |
| D | Slip and Fall | I | Larry Moffitt / Daniel Coker | 601.232.8979 | Barrish / Fitzgerald | S |
| P | Slip and Fall | I | Carlos Silva | 305.858.1212 | Garro / Raida | S |
| P | Slip and Fall | I | Ken Ronan / Laall Brown Ronan | 561.394.9280 | Maslow / Newport Apts. S | |
| P | Parking Lot Assault | ID | Scott Kirshbaum / Patino Associates | 305.443.6163 | Someillan / Winn Dixie S | |
| P | Assault | I | Ronald C. Willis | 904.672.0420 | Cisson / Daytona Beach S | |
| P | Slip and Fall | I | John K. Green | 402.341.9900 | Nichols / Douglas Co Jail, NE | L |
| P | Accessibility - Door | I | Steve Weissman | 305.374.0544 | Weintraub / Nationwide S | |
| D | Premise Liability | I | Russ Smith | 561.684.2000 | DeShazior / North Shore Nursing Home | S |
| D | Faulty Security Equip | I | Barbara Gregory / TIG Insurance | 800.448.8417 | Kauff / Phoenix Worldwide | S |
| P | Premises Liability | I | James Carney | 210.403.0203 | Spruill / Newark Housing Auth | S |
| D | Jail Suicide | I | Sean Breen | 512.474.9124 | Valdez / Maverick Co Jail | S |

11

Lee Chamberlain

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Premise Liab - Assault | I | Barbara Weigel | 317.236.2291 | Brown / Arlace | S |
| P | Slip and Fall | ID | Neil Chonin | 305.443.5125 | Vega / Walgreens | S |
| D | Glass Door Injury | I | Michael Fink | 941.337.1303 | Malaga Motel | S |
| P | Premise Liability | I | Patrick Gent | 561.624.2188 | Darling / Spitzer Investments | S |
| P | Assault | I | Eric Quetgas-Jordan | 809.722.0635 | Quiroz / Maxxam | W |
| P | Trip and Fall | ID | Brian Wright<br>Turner & Boisseau | 316.792.2441 | Lewis / Century Plaza | S |
| P | Bar Assault | I | Jeff Waxman<br>H. Feinberg | 305.754.4000 | Molina / Raspberry | S |
| D | Trip and Fall<br>Parking Lot | I | Tim Conner<br>Gabel & Hair | 904.353.7329 | Kelly / Service Merchandise | S |
| P | Slip and Fall | ID | Greg Moore | 305.857.3161 | Anastasio / Waikiki Hotel | S |
| D | Prison Assault | I | James Reed<br>Ziff & Hayden | 607.733.8866 | Southport Correctional Facility | S |
| P | Slip and Fall | ID | Robert Glueck | 305.895.9990 | Garcia / Kendallwood Apts. | S |
| P | Prison Suicide | I | Mike Huddleston<br>James Zimmerman | 904.734.1200 | Williamson / Florida DOC | S |
| P | Parking Lot Assault | I | Dan Bolton<br>Wilson Shnyock | 415.288.6700 | Cynthia / Belaustegui | S |
| P | Trip and Fall | ID | Brian Wright<br>Turner & Boisseau | 316.792.2441 | Lewis Century Plaza | S |
| P | Slip and Fall | I | Herbert Storch | 954.473.2889 | Stegman / SDK | S |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Premises Liability Employee Murder | I | Bernie Butts | 305.821.4581 | Yahia / United Brothers | S |
| P | Slip and Fall | ID | Randy Briggs Ayres Cluster Curry Briggs | 352.351.2222 | Novotny /TopQuality Produce Market | S |
| P | Slip and Fall | ID | Patino & Assoc | 305.443.6163 | Perez / Parkside Condo | S |
| D | Sidewalk Injury | I | Richard Ramsey Wicker Smith | 561.843.3939 | Hammond / Hardees Rest. | S |
| P | Premises Liability Assault Murder | I | David Lister | 305.362.6222 | Gort / Caribe Rental | S |
| P | Fall Thru Railing | I | Gary Garbus | 305.859.2888 | Bass / Lifter | S |
| P | Slip and Fall | I | Jeffrey P. Gale | 305.576.0083 | Rodriguez / Trujillo | S |
| P | Slip and Fall | I | Jack Paris Matlin & McClosky | 305.567.1200 | Shakelton / Lynn University | S |
| P | Parking Lot Assault Murder | I | Craig Downs Tim Martin | 305.825.8223 | Lozano / Grove Gate Center | S |
| D | Fall From Railing | I | Ilene Gottlieb | 561.684.2000 | Aguirre / Somar | S |
| P | Trip and Fall ADA Ramp | I | Jim Padgett | 904.689.1011 | Long / Red Lobster | S |
| D | Work Comp/FallI | I | Neil Ganon | 305.940.4821 | Vanderberg / JRC | S |
| P | Premises Liability Assault on Boat | I | Don Crispen Jacques Admiralty | 313.961.1080 | Kukurugya / Cohen | S |
| P | Premises Liability Inadequate Suprv. | I | John Fuller | 305.864.3311 | Byrd / Towers Retirement Home | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| P | ADA Case - Parking Lot Accident | I | Eli Kaplan | 305.445.2727 | Bienvenue / Dade Co. Schools | S |
| P | Slip and Fall | I | Libby Navarrete | 305.444.9524 | Mondello / Nomar | S |
| P | Inmate Suicide | I | Michael Henthorne McNair | 864.546.6102 | Parks / SC DOC | S |
| P | Inmate Suicide | I | Ramsey Bahrawy | 508.682.1141 | Lombari / Haverhill | S |
| P | Slip and Fall | ID | Stephen Turnstall | 305.567.9192 | Roca / Winn Dixie | S |
| D | Construction Delay | I | James Walker Westfield Co. | 330.887.0101 | Seneca Co. / Like Enterprise | S |
| P | Apartment Shooting | ID | Luis Stabinski Friedman & Rodman | 305.643.3100 | Vazquez / Lago Grande W Centurian Protective | W |
| P | Slip and Fall | ID | Gary Issacs | 561.655.9300 | Seitter / Janashapa Ent. (McDonald's) | S |
| P | Assault | ID | Dean Mitchell | 305.935.2500 | Naccari / Amerada Hess | S |
| P | Trip and Fall | I | Alan Neufeld | 305.931.6666 | Wishner / Loehman Plaza | S |
| P | Slip and Fall | I | Ron Rodman | 305.448.8585 | Marello / Gandon | S |
| P | Assault | IDT | Ron Rodman | 305.448.8585 | Falcon / County Bank | L |
| D | Slip and Fall | I | George Green | 305.381.9922 | Valladeder / Mobil Home | S |
| D | Assault | I | Thomas Watrous | 510.228.1400 | DeRusso / Contra Costa | S |
| D | Jail ADA | I | Thomas Watrous | 510.228.1400 | McDaniels / Contra Costa | S |
| P | Construction Defect | I | Octavia Martinez | 305.854.9710 | McKeever | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | I | Robert Stanziale | 954.724.5530 | Giro / Mirage Apartments | S |
| D | Slip and Fall | IDT | Dwight Chamberlain | 904.253.2288 | Smith / K-Mart | W |
| P | Slip and Fall - Mat | I | Walter Postula | 561.820.8736 | Voight / Baptist Hospital | S |
| D | Street Closures | I | James Harris | 205.871.5777 | Wildwood Ltd. / City of   L Birmingham | |
| P | Prison Assault | ID | David Evans | 509.326.8200 | Paulson / Montana | S |
| P | Wheelstop Trip | I | Don Wich | 954.776.1600 | Rose / Bingo Majic | S |
| P | Wheelstop Trip | I | James Wich | 954.776.1600 | Ramsey / 5th Avenue Grill | S |
| P | Bathroom Assault | ID | Marc Feinstein | 305.944.4777 | Cohan / Publix | S |
| P | Slip and Fall - Mat | I | James Collins | 352.351.2222 | Bowers / Lockeed Martin | S |
| P | Slip and Fall - Mat | ID | Ron Rodman | 305.448.8585 | Suazo / Country Club Towers | S |
| P | Slip and Fall - Ramp | I | Robert Stanziale | 954.724.5530 | First Union | S |
| D | Improper Door Closing Causing Fall | I | Gary Rome | 212.709.0300 | King / MacKensie Door   S | |
| P | Parking Lot Assault | I | Bruce Silver | 561.488.3344 | Bivins / B Bar | S |
| P | Hotel Burglary | I | Leslie Shimulunas | 305.372.1111 | Bradshaw / Ramada Inn S | |
| D | Jail Suicide | I | Ross Anderson | 414.274.3903 | Cheatham / Milwaukee   S | |
| P | Slip and Fall Revolving Door | I | William Franz Weiss & Handler | 561.997.9995 | Wells / Naples Marriot Hotel | S |
| D | Parking Lot Assault | I | Brent Owens | 954.473.8433 | Perugini / Alfonvar | S |

15

| | Type | Code | Attorney / Firm | Phone | Case | L |
|---|---|---|---|---|---|---|
| P | Jail Suicide | ID | Dan Rector / Norton Frickey | 719.635.7131 | Candelaria / Denver | L |
| P | Slip and Fall | I | Arthur D'Almeida | 561.368.4674 | Berger / Delray Beach Golf Course | S |
| P | Premise Liab - Rape | I | Kevin Durkin | 312.899.9090 | SC / Chicago Housing Auth. | S |
| P | Slip and Fall - Stairs | ID | Clyde Murphree | 904.399.2900 | Sutton / Thompson | S |
| D | Premise Liability Apartment Assault | I | Jerry White / Frank L. Branson | 214.522.0200 | Ross / Carlton Cedar Ridge | S |
| D | Apartment Pool Drowning | I | Dan Schwartz / Wilson Elser | 305.374.4400 | Fredmond / Sabern Construction | S |
| D | Police Lockup Suicide | ID | Warren Koshofer / William Hunt Assoc | 201.457.9200 | Martin / Bergan County Police Department | S |
| D | Trip and Fall - Prkg Lot | I | Dwight Chamberlain | 904.253.2288 | Strange / Circuit City | S |
| P | Trip and Fall | ID | Brent Probinsky | 305.247.7200 | Fleishman/Home Depot | S |
| P | Electrocution | ID | Larry Smith | 504.524.6165 | Reynolds / Motorola | S |
| P | Ramp Fall | I | Alan Reed | 305.949.5880 | Weisbrod/Miami Beach Marian Towers | S |
| P | Prison Assault | I | Kevin Stolworthy / Jones Vargas | 703.734.2220 | Oden / Hatcher | S |
| D | Purse Snatching Parking Lot | I | Jeff Gill | 850.432.6484 | DiDonato / Walmart | S |
| P | Slip and Fall | I | Musa Framand / Gonzalez & Framand | 904.272.6464 | Roberts / Food Lion | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Slip and Fall | I | Podhurst Orseck | 305.358.2800 | Yarber / Woodgate | S |
| P | Slip and Fall | I | Steve Marks / Podhurst Orseck | 305.358.2800 | Lewis / Harbor Beach Marriot Hotel | S |
| P | ADA Title IV | ID | John Getz / Philip Feldman | 305.770.0003 | Lemar / Dade County Metrorail | S |
| P | Trip and Fall | I | Robert Carroll | 813.796.8282 | Schulman/Holiday Inn | S |
| P | Negligent Security Murder | ID | Thomas Lutz / Kent Luccianni | 630.319.8179 | Starnes/SouthpointTower W | S |
| P | Trip and Fall - Ramp | I | Boone & Davis | | Brooks / Sears | S |
| D | Slip and Fall | IDT | Lane Reese & Aulick | 305.444.4418 | Mabardy / Toys R Us | L |
| P | Inmate Suicide I | | James King | 205.221.3500 | Banks / Town of Sipsey S | |
| P | Inmate Suicide I | | King & Warren | 205.221.5297 | Bush / Town of Carbon Hill S | |
| P | Fall Accident | I | Scott Grant | 941.649.4848 | Killelea / Church | S |
| D | Assault | I | Kevin Whitehead | 305.444.8226 | Garcia / Lennar / Arbor S Lakes Apts. / Centurion | |
| D | Slip and Fall Speed Bump | I | David Hagen | 305.443.6163 | Skaggs / Farm Stores | W |
| D | Negligent Security | I | Steve Orlansky | 601.948.6470 | Tillman / Wendy's | W |
| P | Store Robbery Negligent Security | ID | Sarah Weissbard | 305.940.7599 | Macks / PM Finance | S |
| P | Jail Assault | I | Jerry D'Aquila | 225.638.9083 | Morris / West Baton Rouge Parrish Jail | S |

17

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Grocery Store Assault Negligent Security | IDT | Leonard Fenn | 305.448.7200 | Belajia / Wooley's | L |
| P | Premise Liability | I | George Hollowell | 662.378.3103 | Lindsey / Dalcor Mgmt | S |
| D | Suicide | I | Shuman, Annand Bailey Wyant & Earles | 304.345.1400 | Kirk / Abraxias Foundation | S |
| P | Slip and Fall | I | Tom Lavender | 404.525.0095 | Dixon / Walmart | L |
| D | Jail Assault | IDT | Eric Gressman | 305.375.1309 | Bell / Dade County Jail | W |
| P | Slip and Fall | I | Ron Pathman | 305.271.1370 | Farinas / South Shore Hospital | S |
| D | Shooting | I | Lorenzo Jackson Lane Reese Aulick | 305.444.4418 | Douge / Storob | S |
| P | Slip and Fall | I | Sam Dennis | 912-242-4470 | Schultz / Badcock | S |
| P | Trip and Fall | I | Melanie Kalbac McManus | 321-253-4321 | Donovan / Ft. Myers | C |
| P | Slip and Fall | I | Dan Arnold | 954-764-4849 | Parsons / Denny's | C |
| P | Slip and Fall | I | Howard Altman | 561-265-2177 | Rosenquist / Walmart | L |
| D | Jail Assault | I,D | John Market | 201-825-0357 | Cooper / Bergan County Jail | S |
| P | Assault | I | Wolfgang Mueller | 248-865-2400 | Mohr / Jacobson | S |
| P | Fall on Bridge | I,D | Jerome Wolfson | 305-285-1115 | Santiago / GE | S |
| P | Jail Suicide | I | Alan Cantor, Swartz & Swartz | 617-742-1900 | Deveau / Southern Steel | S |
| P | Slip and Fall | I,D | Joe Masterson , McCallister Law Firm | 816-931-2229 | Rotolo / Expansion Port | S |

18

| | | | | | |
|---|---|---|---|---|---|
| D | Robbery Homicide | I | Scott Markowitz Heinrich Gordon Hargrove et. Al. | 954-524-9481   Kelly / Bellsouth Tel. | C |
| D | ADA Compliance | I,D | Richard Geller, Rumberger, Kirk, et. Al. | 407-872-7300   Smith / Sanford | S |
| P | Slip and Fall | I,D | Daryl Merl | 305-372-8535   Pumarejo / CG Properties | S |
| P | Jail Suicide | I | Wallace Prugh, Gerash, Prugh, LLC. | 305-825-5400   Hansen / Denver Police | C |
| P | Slip and Fall | I | Billy Jean Zipman, Gandinm, Schotsky | 631-293-2300   Gragul / JC Penny | S |
| D | Slip and Fall | I | Patino & Assoc. | 304-443-6163   Koplin / Farm Stores | S |
| P | Trip and Fall | I | Art D Almeida | 561-368-4674   Baechel / Miami Parking | S |
| D | School Assault | I | Guy Perenich | 727-796-8282   Howard / Dunedin School Board | C |
| D | Slip and Fall | I | Raymond Reiser | 305-379-5316   Davila / Palmetto General Hospital | S |
| P | ADA - Bldg. Access | I | Thomas & Lawrence | 904-632-0077   Meyers / City of Jacksonville | S |
| P | Assault in Parking Lot | L,D,T | Hicks, Bram, Scher, Bill Pincus | 561-683-2300   Brown / Koslows | L |
| P | Trip and Fall | I | Patino & Associates | 305-443-6163   Hernandez / Sunset & 97th Plaza | S |
| D | ADA Accessibility | I,D | Harry Turk, Ruden McClosky Smith et. Al. | 305-789-2727   Access Now / Banco de Venezuela | S |
| P | Parking lot Assault | I,D | Charles Franken | 954-476-7200   Melamed & Krems / Pine | S |

19

| | Description | | Attorney | Phone | Trail Center | |
|---|---|---|---|---|---|---|
| P | Escalator, Human Factors Injury | I | Patino & Associates | 305-443-6163 | Alonso / Schindler Wackenhut | S |
| D | Assault in Parking Lot | I | Nicklaus, Hyatt, and Pena | 305-460-9888 | Munne / Winn Dixie and Canmont Int. | S |
| D | Trip and Fall in Parking lot Grill | I,D,T | Lorenzo Jackson, Lane Reese Aulick | 305-444-4418 | Nepa / Toys R Us | S |
| P | Slip and Fall | I | Art D Almeida | 561-368-4674 | Berhard / Forum Plaza | S |
| D | Apartment Building Assault | I,D | Michael Gordon, Nicklaus Hyatt & Pena | 305-460-9888 | Ruiz Fraga vs / Forte Towers | S |
| P | Trip and Fall – Ramp | I,D | Darol Carr, Farr, Farr, Emerich et, Al. | 941-625-6171 | Quick / VFW Hall | S |
| P | Glass Door Accident | I,D | Mark Tanner, Abrams Anton | 305-940-8440 | Panderson / South Fla. Stadium Corporation | S |
| P | Robbery - Hotel I,D | | Gregg Grossman | 305-285-1075 | Hernandez / Crossway Inn | S |
| D | Alarm Companyl Response | | Figueroa, Gonzalez, and Hoeker | 561-659-4417 | Kornblum / Maximum Security | S |
| P | Pedestrian Walkway Accident | I | Weiss & Handler | 561-997-9995 | Kushner / Century Village | S |
| P | Gate Accident | I,D | Dawns & Associates, Kevin Whitehead | 305-444-8226 | Scott / Broward Partnership for the Homeless | W |
| P | Apartment Building Assault | I,D | George Hollowell | 662-378-3103 | Kingdom / Dalcor Mgmt. | S |
| P | Prison Escape | I | Mark Lumpkin, Minor & Associates | 228-378-3103 | Summers / Int. Systems of Mobile | S |

| P/D | Description | Code | Attorney | Phone | Case | Letter |
|---|---|---|---|---|---|---|
| P | ADA Trip and Fall Ramp | I | Alan Mortensen, Dewsnup, King Olsen | 801-533-0400 | Sedmack / Days Inn | S |
| P | Fall from Balcony | I | David Greene, Hunt Cook Riggs Mehr PA | 561-997-9223 | Smith / Daewoo Motor | C |
| D | ADA - Prison Accommodation | I,D | Susan Harman, Bailey & Wyatt | 304-233-3100 Virginia Dept. of Ed | McKinney / West | W |
| D | Premises Liability - Security Analysis | I,D,T | James Holland, Burge & Wattermark | 904-353-1555 | Barlow / Fl. East Coast Railway Company | L |
| P | Trip and Fall - mat | I,D | Jon Johnson, Johnson & Baughn | 321-636-9600 | Green / Fortenberry Bldg. | S |
| P | Kidnapping Negligent Security | I,D,T | Tom Julin, Hunton & Williams | 305-810-2500 | Aragoa / Oceania Tower | L |
| D | ADA Accessibility | I | Matt Weinstein | 305-670-5200 | Advocates of Disabled/ Mariposa Resources | W |
| D | Premises Liability | I | William Hutchinsen | 954-764-0588 | Major / Jacobs | S |
| P | Premises Liability | I | Jon Phillips | 904-396-5321 | Kuhlmann / Rouse | S |
| P | Premises Liability Negligent Security | I | William Ruggerio | 954-462-2300 | Honore / Control security | S |
| D | Jail Conditions | I,D | Meghan Cassidy, Fletcher, Galica, Clark | 248-305-5260 | Cox / Livingston County | S |
| P | Premises Liability | I | Mark Buell, Schropp Buell Elligent | 813-874-2600 | Miller / Carlton Arms Apts. | S |
| D | Premises Liability | I | Scott Lischbaum, Mintzer, Sarowitz, Zeris | 305-774-9966 | Alcius / Economy Inn | S |

21

| P/D | Description | Code | Attorney / Firm | Phone | Party | | |
|---|---|---|---|---|---|---|---|
| P | Murder at Hotel | I,D | David Goldberg, Geraghty, Dougherty | 941-334-9500 | Duncan/ Glass | S | |
| P | Trip and Fall, Wheelstop | I,D | Roger Dodd | 229-242-4470 | Adams / Racetrac | | L |
| P | Assault, Robbery in | I | Don Blackwell, Anania, Bandklayder, Blackwell | 305-373-4900 | John Doe / Barry Univ. | S | |
| P | Trip and Fall | I | Tom Feola | 786-497-2837 | Groh / Costco | | O |
| P | Trip and Fall | I,D,T | Hector Rivera, Duane Morris LTD. | 305-960-2200 | McCay / Posner | S | |
| P | Premises Liability | I | Robert Chitty, Deutsch & Blumberg | 306-358-6329 | Arriaza / Westland Mall | S | |
| P | Stair Fall | I | Mitch Katler | 954-252-6666 | Beckman / City Furniture | | S |
| P | Bathroom Assault | I | Marie Estine Thompson | 305-756-0100 | Austin / Andy Frain | | C |
| P | Trip and Fall | I | Lane Middleton, McLusky & McDonald | 305-670-2020 | Staples / U of Miami | C | |
| P | Trip and Fall | I | Robert Torricella, Anania, Bandklayder, Blackwell | 305,373,4900 | Hernandez / Mercy Hospital | S | |
| P | Assault in Hospital | I | Joel Shugarman | 410-783-4200 | Barkedale / Detox Center | | S |
| P | Fall on Pier | I | John Sedgewick, Barman & Simmons | 207-784-3576 | Hatch / Old Orchard Beach Pier | | S |
| P | Trip and Fall | I | David Weider | 305-989-4422 | Apfel / U of Miami | | S |
| D | Negligent Security | I | Robert Torricella, Anania, Bandklayder, | 305,373,4900 | Evans / Pelican Airways | S | |

22

Blackwell

| | Claim | Code | Attorney / Firm | Phone | Case | |
|---|---|---|---|---|---|---|
| D | Alarm System Negligence | I | Gabe Zambrano, Johnson, Letter, Belsky | 964-462-3116 | Blaksley / Navarro | S |
| P | Negligent Security | I | Robert Graff, Goldfarb, Gold, Gonzales, Wald | 305-371-3111 | Molinares / Bargin Properties | S |
| P | Business Burglary Negligent Security | I | Steven Warm, Warm & Hixon | 561-995-7877 | Lauren / Mandel | S |
| P | Trip and Fall over Wheelstop | I | Jeff Gordon, Borad & Cassel | 561-832-3300 | Rutan / Don Carter Lanes | C |
| D | Assaults | I,D | Robert Torricella, Anania, Bandklayder, Blackwell | 305-373-4900 | Hernandez / Mercy Hospital | S |
| D | School Assaults | I | Robert Torricella, Anania, Bandklayder, Blackwell | 305-373-4900 | Reckert / Duval School Board | S |
| D | Trip & Fall on Ramp | I | Barbara Diamond, Mintzner, Sarowitz, et. Al. | 305-774-9966 | Itkin / Crabby Jacks | S |
| P | Premises Liability Bank Assault | I | Nat Green | 954-946-2752 | Joseph / Bank of America | S |
| P | Assault - Premises Liability | I,D | Jorge Duarte | 305-358-2400 | Velandia / Alanis Security, Wackenhut Corp., Metro Dade County | S |
| P | Assault - Parking Lot | I | Joel Yanchuck, Berman, Wadley & Zervos | 727-822-6313 | Brown / Lamar Devpmt. Seminole Mall | S |
| P | Jail Escape | I | King & Spalding | 404-572-4600 | Heidler/ Head | C |
| P | Assault - Parking Lot | I,D | James Freeman, Wilkes | 813-873-0026 | Montgomery / Bank of | O |

23

| | Bank | | and McHugh | | America | |
|---|---|---|---|---|---|---|
| D | Jail Assault | I,D | Eric Gressman, Miami Dade County | 305-375-5151 | Collazo / Dade County | S |
| D | Jail Death | I,D | Eric Gressman, Miami Dade County | 305-375-5151 | Myrna Smith / Dade Co. | S |
| P | Parking Lot Assault Premise Liability | I,D | Glenn Webber, Seidule & Webber | 772-287-1220 | Grizanti / Save a Lot | S |
| D | Parking Lot Assault Premise Liability | I,D | Stewart Williams, Angones Hunter, et. Al. | 305-371-5000 | Hernandez / Sedanos | S |
| D | Slip and Fall | I,D | Barbara Diamond, Mintzner, Sarowitz, et. Al. | 305-774-9966 | Boynton / Mt. Zion Church | S |
| P | Jail Assault | I | Thomas Bulger, Silvern Law Office | 303-393-0044 | Martin / Brewer (Aurora County Jail) | S |
| P | Campus Murder,I,D | | Thadius Hamilton, Hutchensen & Hamilton | 954-764-0588 | Major / Bethune Cookman College. | S |
| D | Bar Assault - Premises Security | I,D,T | Evelyn Merchant, Adono & Yoss | 305-660-7222 | Anderson / Tobacco Rd. | W |
| D | Assault at Metrorail Station | I,D | Eric Gressman, Miami Dade County | 305-375-5151 | Miller / Dade County | S |
| P | Prison Suicide | I | Jon Shapiro, Stern Shapiro Weissbery & Garin | 617-741-5800 | Santos / Mass. DOC / CMS | S |
| P | Prison Suicide | I | Jon Shapiro, Stern Shapiro Weissbery & Garin | 617-741-5800 | Ardiuni / Mass. DOC / CMS | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Prison Suicide | I | Jon Shapiro, Stern Shapiro Weissbery & Garin | 617-741-5800 | Day / Mass. DOC / CMS | S |
| P | Jail Escape | I | Brian Mendelsohn, Federal Defender Program | 404-688-7503 | Us/ Le Croy | L |
| P | Rail Death | I,D | Randy Jones III | 305-740-5440 | Shockley / FEC | S |
| D | Office Shooting / Security | I | Douberly & Cicero | 561-752-8253 | Trube / Jones | C |
| P | Door Accident | I | Scott Smith, Lytal Reiter | 561-655-1990 | Jacobs / Harbor House | C |
| P | Trip and Fall | I | Gonzalo Dorta | 305-441-2299 | Rodriguez / Miami Heart Center | S |
| P | Trip and Fall | I | David Standeffer | 864-964-0333 | Overcash / Anderson | S |
| P | Parking lot Accident | I | Robert Polsky, Nuell & Polsky | 305-441-1122 | Londono & Phillipe / Musequez | S |
| D | Slip & Fall | I | Allen Sang, Carman Beauchamp & Sang | 407-622-7888 | Jones / T J X  Co . Marshal Fields | W |
| D | Parking lot Assault | I | Steven Igou, Igou & Smith | 407-841-7200 | Scocozza / The Resorts in Daytona Beach | S |
| P | Slip and Fall | I | Robert Graff, Goldfarb, Gold,   Gonzales, Wald | 305-371-3111 | Molinares / Bargin Properties | S |
| P | Trip and Fall | I | David Gaspari, Lytal Reiter | 561-820-2207 | Stevens / Ibis Isle Condo | S |
| D | Workplace Violence Shooting Murder | I | Orlando Valle, Mintzner Sarowitz Zeris Ledva | 305-774-9966 | Graffam/ Coach USA | S |
| P | Assault.  Juvenile | I | Joel Shugarman | 410-783-4200 | Emerson / Adventist Care | S |

Shugarman & Mehring

| | Detention | | | | | |
|---|---|---|---|---|---|---|
| D | Assault in parking lot | I | Bradley Dillard, Mitchell McNutt & Sams | 662-842-3871 | Foradori/ Captain D's | C |
| P | Jail Suicide | I | Jack Bremer PA. | 304-233-1911 | Bennett/ Prime Care | S |
| P | Trip and fall | I,D | Irv Lamel | 305-443-5212 | Gonzalez/Basketball Prop. American Airlines Arena | S |
| P | Prison murder | I,T | David Gaspari, Lytal Reiter Clark, Fountain Williams | 561-820-2207 | Hoyer/ Hunter   CCSO | W $2.6 mil |
| P | Fall accident | I | Scott Smith, Lytal Reiter Clark, Fountain Williams | 561-820-2207 | Friedrich / Anderson | S |
| D | Assault in bathroom | I | Richard Fulmer, George, Hartz, Johnstone, King & Stevens | 954-565-6020 | Surface/ Quarterdeck Lounge | S |
| D | Assault at Shopping Plaza | I,D | Steven Hyatt, Dittmar & Hauser | 305-442-4333 | Gonzalez/ Kasolta Club Inc. | S |
| D | Hotel Robbery | I | Francis Carroll, Hassell Moorhead & Carroll | 386-238-1357 | Gonzalez/ Lodging Hospitality Management | S |
| D | Gas Station Kidnapping | I | Pam Diedrich, Mason Cawood & Hobbs | 410-269-6620 | Edna Jones/ BP Amoco | S |
| P | Wheel Stop Trip & fall | I | Steve Warm | 561-995-7877 | Bogert/ Simon Property Group | S |
| D | ADA Compliance | I | Jack Merritt, Merritt & Merritt | 941-953-4140 | Access for America/ Venice Villages Shoppes | S |
| D | Alarm Services Failure | I | Robert Mayer, Conroy Simberg Ganon Krevans & Abel | 561-697-8088 | Astel/Simplex Riverview | S |
| P | Assault in parking lot | I | John Phillips | 954-765-1350 | Osburn/Publix Hollywood Mall | O |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P | Trip and Fall | I | Brian Vigness, Morgan Colling & Gilbert | 239-433-6880 | La Forme/ Shell Creek park | | S |
| D | Chair Accident | I,D | Anthony Franqui, Paul Totten | 305-539-0909 | Albritton/ RJ Gators | | W |
| P | Trip and Fall | I,D | Ted Doran, Doran Wolfe | 386-253-1111 | Robinson/ North Florida Lubes | | S |
| D | Stair Fall | I | Terrell Anderson, Mitzner | 305-774-9966 | Abraham / 747 Ponce LLC | | S |
| D | Stair Fall | I | Lisa Harris, Mintzer Sarowitz | 305-774-9966 | Youmans / Longshoreman | | S |
| P | Slip and Fall | I | Gonzalo Dorta | 305-441-2299 | Meyers / Leon | | S |
| P | Trip and Fall | I | Patrick Massa | 561-694-1800 | Crandall/ Noble | S | |
| P | Trip and Fall | I | David Gaspari, Lytal Rietter | 561-655-1990 | Birdsall/ Sunoco | | S |
| D | Premises Security Apartment Rape | I,D | Robert Mayer, Conroy Simberg | 561-697-8088 | Celestin/ Cross Creek Condo | | S |
| D | Slip and Fall | I | Mark Humphrey, Romaguera, Baker, Dawson, Bringardner & Dias | 407-418-1180 | Sharples/Gambro Health Care | | S |
| P | Trip and Fall | I,D | Greg Huber, Lytal Reiter Clark | 561-655-1990 | Oberman/ Vero Beach Inn | | O |
| P | Murder -shooting | I | Frank Labrador | 305-443-4850 | Perdomo/ Miami River Club | | O |
| P | Prison Murder | I | James Bradshaw, Brown Bradshaw, Moffat | 801-532-5297 | Gardner/ Utah Dept. of Corr. | | S |
| P | Bar Assault | I | Manuel Vega Jr. | 305-442-1070 | Bengochea/Holiday-Isle Resort | C | |
| P | Premises Security | I | Gonzalez & Henley | 561-820-8100 | Schefer/ Rubio | | S |
| D | Trip and Fall | I | Saam Zangeneh, Clarke Silvergate, Campbell Et Al. | 305-377-0700 | Forde/ Aventura Mall Venture | | S |

27

| P/D | Case Type | Role | Attorney | Phone | Party / Defendant | Status |
|---|---|---|---|---|---|---|
| D | Assault on Cruise | I | Lauren Griffo, Kaye Rose & Maltzman | 619-232-6555 | Carroll/ Princess Cruise Lines | S |
| P | Slip and Fall | I | Tyler Batteese | 813-228-7755 | Dillard/ Tampa Sports Auth. | S |
| P | Apt. Shooting | I | Seth Lehrman | 954-472-9990 | Ford/ Glen Cove Apartments | S |
| P | Speed Bump trip | I | David Standeffer | 864-964-0333 | Ohrn / West Oak High School | S |
| P | Slip and Fall | I,D | Linton C. Kilpatrick | 662-334-9426 | Dare / Cinemark | S |
| P | Slip and fall | I | Roberto Ureta | 305-774-1133 | Guerrero/ Sunset Shops Ltd. | S |
| P | Negligent Security Shooting in Apt. | I | Richard Ryles | 561-804-9361 | Jenkins / Venetian Isles Apts. Housing Trust Management | S |
| P | Jail Suicide | I | Sandy Ewing, GG &E | 610-692-9116 | Weiss / Bob Barker Co. Chester County Jail PA | S |
| P | Parking lot Assault | I,D | Austin Carr | 305-446-2517 | S.F. / Hodica Security parking | O |
| D | Stair Trip and Fall | I | Glenn Siegel | 941-255-1235 | Holmes/ Brigands Restaurant | S |
| D | Convenience Store | I | Robert Yates | 972-580-1249 | Woldekidan/ Red Coleman's | S |
|  | Murders |  |  |  |  |  |
| P | Sexual Assault | I | James Kowalski | 904-396-5321 | Jane Doe / Duval School Board | S |
| P | Hotel Robbery | I | Greg Miles. Davis & Miles | 407-647-4010 | Seymour/ Comfort Inn |  |
| P | Murder at Store | I,D | Gregory Mangrum | 901-763-1060 | Kazempour/ Domino's Pizza | S |
| P | Trip and Fall | I | Glenn Siegel | 941-255-1235 | Thiebes/ City of Arcadia | S |
| P | Assault | I | Johnny Pineyro, Toral & Assoc. | 954-455-4220 | Lambert / Inverry Apts. | O |
| P | Murder, lighting | I,D,T | Victor Rones, | 305-945-6522 | Thibaut/ Miami Dade Co. | L |

| | Cause of Action | | Attorney | Phone | Party / Entity | | |
|---|---|---|---|---|---|---|---|
| P | Trip and Fall | I | Robert Tilghman | 305-381-8806 | Schiffer/ Sub Tropic Dive | | S |
| P | Suicide | I,D | Stephan LeClainche | 561-684-2500 | Phillips/ David Lawrence Ctr. | S | |
| D | Negligent Security Shooting | I | Conroy, Simberg, Ganon Brent Jones | 561-697-8088 | Pugh/ Alfa Investments | S | |
| P | Negligent Security Shooting | I | Mitchell Law Firm Joe Mitchell | 954-486-2482 | Serpellini / Willow Lakes Apts. | | C |
| D | Negligent Security Alarm Failure, theft | I,D | Powers, McNalis, Torres Tana Sachs | 561-588-3000 | Nexel/ Lexington | | S |
| D | Murder, Negligent Hiring, Supervision | I | Rick Kenyon, Pretzel & Stoufer | 312-346-1973 | Synadinos / Town Mgmt. | S | |
| D | Assault, Negligent Security | I | Joe Cartolano, Cartolano & Alvero | 305-577-3302 | Aponte / Nova Washington & Lincoln Corp (McDonalds) | | S |
| D | Trip and Fall | I | Nancy Reynolds, Firth Anderson & Peake | 540-772-4600 | Griesenback / GMRI dba Olive Garden | | S |
| P | Murder, Robbery Negligent Security | I | Elizabeth Hawkins, Hall Law Firm | 713-942-9600 | Jones / Ace Cash Express | | S |
| D | Slip & fall, Stairway | I | Lisa Harris, Mitzner Sarowitz | 305-774-9966 | Villaran / Ocean King Apts. | | S |
| P | Trip & Fall | I | Joe Mitchell Mitchell Law Firm | 954-486-2482 | Costa / Ocean Properties dba Holiday Inn Hotel | | S |
| P | Faulty Sidewalk l Design - Death | I | Ralph Patino | 866-443-7853 | Moreno / Archer Western | S | |
| P | Slip and Fall | I | Zane Cagle, Anderson Assoc. | 314-621-5534 | Campbell/ Bluebeards Castle | | C |
| P | Slip and Fall | I | Gonzalo Dorta | 305-441-2299 | Saenz / Petsmart | | O |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P | Assault | I | Willie Jones | 561-272-0272 | Logan / Citiplace | | C |
| D | Assault,Kidnapping | I | Howard Stone, Marlow Connell Valerius Abrams | 305-446-0500 | Bloodgood / Center Corp. Bluff's Plaza | S | |
| P | Slip and Fall | I | Gonzalo Dorta | 305-441-2299 | Beasley / Bermuda Market | | S |
| P | Slip and Fall | I | Lawrence Bohannon, Maria Aronson | 954-523-2800 | Mazzoucolo/Cypress Park W. | | O |
| D | Murder, Bar shooting | I,D | Lawrence Bunin | 954-473-1232 | Hodge / Mint Lounge | S | |
| D | Fall off loading dock | I | Heather MacKendree, Weinberg | 305-455-9500 | Ramirez / Mandarin Oriental | S | |
| P | Slip and Fall | I,D | Francis Muldoon Jr. | 305-294-0930 | Johnson / Courtyard Marriot | | S |
| P | Accident | I | Robert Ureta | 305-235-9990 | Molina / Commercebank | | S |
| D | Slip and Fall, Stairs | I | Jennifer Anderson, Marlow Connell Et Al. | 305-446-0500 | Weinrum / The Addison Rest. | | S |
| P | Shooting in Restaurant | I | Michael Carter, Ryles Firm | 561-804-9361 | Haines / Brock Martial trust Subway restaurant | S | |
| D | Shooting in hotel | I,D | Warren Powell, Bruner Powell Robbins et.al. | 803-252-7693 | Ivey/ Dachille (Holiday Inn) | | S |
| P | Negligent Security | I | Jorge Duarte | 305-358-2400 | Guzman / Okeechobee Apts. | | S |
| D | Negligent Security | I | Michael Pennekamp Fowler White | 305-789-9260 | Horton / Pine Point Villas | | S |
| D | Shooting @ Store | I | Scott Kirshbaum, Mintzer Sarowitz Et. Al. | 305-774-9966 | Karolyi / Miller Plaza | | S |
| P | Slip and Fall | I | Tim Moran, Harrell & Harrell | 904-251-1111 | Lawley / Bonefish Rest. | | O |
| P | Security Systems | I | Phillips O'Shaughnessy | 954-712-0574 | Benham / Coral Bay Comm. | | S |

| P/D | Claim | I/D | Attorney / Firm | Phone | Opposing Party | Outcome |
|---|---|---|---|---|---|---|
| D | Negligent security | I | Anita Acebo, Mintzer Sarowitz | 305-774-9966 | Williams /Swezy Realty Inc. | O |
| P | Hotel parking lot Shooting, murder | I,D | Blume, Goldfaden, et. Al 973-635-5400 Harris Feldman | | Perchick / Wydham Hotel | S $1.7Mil  C |
| P | Slip & Fall | I,D | Stein, Mitchell & Mezines Ari Casper | 202-737-7777 | Fraza / USA (Whitehouse) | |
| P | Canal Drowning, I,D | | Ralph Patino | 305-443-6163 | Desir/ Parrots Landing | S |
| D | Parking Garage Assault I,D, | | Howard Stone, Marlow 305-446-0500 Connell Valerius Abrams | | Elfstrom / Key West Hyatt Tannex Corp. | S |
| P | Slip and Fall | I | Rob Tilghman, Nathan Eden | 305-381-8806 | Maribona / Albertson's | S |
| P | Slip and Fall | I | Peter Valori, Damian & Valori | 305-371-3960 | Myskiw/The Falls Center Assoc. | S |
| D | Jail Escape, Negligent Design, Fencing | I,D | Stephen Gray, Dorsey King Norment & Hopgood | 270-826-3965 | Metro Fence/ Burns & Donovan | S |
| D | Jail Design, Cost Overun | I | Jennifer Neilio, Harvey 856-317-9122 Pennington | | Women's Detention Center/ Vitetta | S |
| D | Street lighting/barriers Car canal accident | I | Sara Lindsey Palm Beach County Attorney's Office | 561-355-2225 | Lopez/Palm Beach Co. & FDOT | S  C |
| P | Slip and Fall | I,D | Darryl Lewis, Searcy Denny Scaola, Barnhart, & Shipley | 561-686-6300 | DeFelice / Mirage Arcades | |
| D | Murder, Negligent Security, Apt. Bldg. | I,D | Mark Klingensmith Sonneborn, 561-684-2000 Rutter, Cooney & Klingensmith, | | Perez / Villa Gladys | O |
| D | Shooting at McDonalds | I | Joe Cartolano & Alvero PA. | 305-577-3302 | Raxach / McDonalds | S |
| P | Trip and Fall | I,D | Jay Green, Green Ackerman & Frost | 561-347-2400 | Desatnick / Neiman Marcus | S |
| P | Slip and Fall | I | Kaba & Associates | 786-394-8787 | Diaz | S |
| P | Trip and Fall | I,D | Brian Vigness, Morgan & Morgan | 239-433-6880 | Reynolds/ Sunoco | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| D | Slip and Fall | I | David Strauss, Blaxberg, Grayson | 305-381-7979 | Carey/ FIU | S |
| P | Assault | I,D | Dan Grissom, Stabinski & Funt | 305-643-3100 | Riba/ Brookdale Comm. | O |
| P | Assault - gas Station | I | Dan Grissom, Stabinski & Funt | 305-643-3100 | Carbo/ Lago Express | S |
| D | Trip and Fall | I | Kubicki Draper | 305-982-6709 | Capone/Wyndham Resort | S |
| P | ADA Violation | I | Lawrence McGuinness | 305-264-5611 | Vazquez / 4011 Professional Center Condo Inc. | O |
| D | Premises Liability | I | Phillip Allen, Garbett Stiphany Allen & Roza | 305-810-2790 | Green Briar West Apartments | C |
| D | Robbery of Customer Security Negligence | I | Carman, Beauchamp & Sang Anthony Gonzales | 561-393-6335 | Wellings / Eckerd Corp. | O |
| D | Store injury | I | Thomas Farrell, Luks Santaniello | 407-540-9170 | Cherubino / Home Depot | S |
| D | Fall Accident, Ramp | I | Thomas Borell | 305-670-8182 | Del Valle/ Sunset Place Shop | O |
| P | Falling Merchandise | I,D | Lawrence McGuinness | 305-264-5611 | Aldaya / Coronel Market | O |
| P | Assault in Hospital Parking lot | I | Brent Bradley, Kinsey Troxel Johnson Walborsky & Bradley PA. | 850-434-5267 | Wiggens/ West Fla Hospital | O |
| D | Assault | I | Tomas Farrell, Luks Santaniello | 407-540-9170 | Stratton / Pilot Travel Center | O |
| P | Premises Negligence | I,D | McLusky and McDonald | 305-662-6160 | Maurice's Jewelers / Wexler | O |
| P | Fall accident, chair | I | Gonzola Dorta | 305-441-2299 | Perez / Alvarez | S |
| P | Night Club Assault | I | Tony Pineyro, Toral Garcia | 305-933-3179 | Recio / Mantra Entertainment | S |
| P | Parking Garage Assault | I | Phil Ignelzi; Ogg Cordes Murphy | 412-471-8500 | Lahoff / Am-Guard, Public Parking Authority of Pittsburgh, Alco Parking | S |

| | | | | | | |
|---|---|---|---|---|---|---|
| P | Assault -Parking Lot | I,D | Ernest Teitell, Silver Golub & Teitell | 203-325-4491 | Morgan / Marriot Hotel | O |
| P | Fall Accident - Stairs | I | Dan Bandklader, Anania Bandklayder | 305-373-4900 | Juarez / Cafferata | O |
| D | Prisoner Suicide | I | Gene Feingold | 219-836-8800 | Stone / Munster Township | O |
| P | School Murders I | I | Robert Scrivo, McElroy Deutcsh 973-993-8100 Mulvaney & Carpenter | | Aeriel et al/ Newark School District   O | |
| P | Mall Shooting | I | Michael Long, Metnick, Levy, Long. | 561-498-9979 | Charlemond / Simon Group & Control Security Services | O |
| P | Accidental Death Motorcycle Trespass | I,D | David Shurtz | 703-528-4433 | Fenwick/DC Housing Authority | O |
| D | Trip & Fall - Stairs | I | James Thompson | 727-823-0540 | Oetljen/ Papineau & Roberts | O |
| P | Jail Murder | I | Richard Nygaard, Schwebel Goetz & Sieben | 612-377-7777 | Moyle / KKE architects   O | |
| P | Convenience store Shooting | I | Eric Overholt, Hiedn Rott Oertle 619-296-5171 | | Villaverde / 7-11 Inc.   O | |
| P | Slip and Fall - stairs | I | Roberta Deutsch | 561-368-1008 | Heath / Hard Rock Café S | |
| D | Trip and Fall - Stairs | I | James Thompson,Thompson Goodis | 727-823-0540 | Oetljen / Papineau & Roberts | O |
| D | Sex Assault in Jail | I | Patrick Aseltyne, Johnson Rosati | 517-886-3800 | Baldridge / Jackson Co  C | |
| P | Security Negligence Death from Fire | I | Tom Borrell | 305-670-8182 | Milhomme / Chase Home Finance | O |
| D | ADA Title II | I | Pattie Williams, Georgia AG Office | 404-651-6174 | Miller / Georgia Dept. of Corr. | O |