# EXHIBIT D



## GEORGIA DEPARTMENT OF CORRECTIONS

Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4766
Fax 706-855-4924

Sonny Perdue
Governor

James E. Donald
Commissioner

MEMORANDUM

TO:    Patti Williams
       Assistant Attorney General

FROM:  Victor Walker
       Warden

RE:    **ADA COMPLIANCE: BRAILLE SIGNS**

DATE:  November 6, 2008

As of this date, November 6, 2008, a braille label maker has been ordered from LS & S (Learning Sight and Sound Made Easier). As soon as we receive the shipment, we will begin making the signs for ADA compliance.

VW/ssd



## GEORGIA DEPARTMENT OF CORRECTIONS

Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4766
Fax 706-855-4924

Sonny Perdue
Governor

James E. Donald
Commissioner

MEMORANDUM

TO:        All Staff

FROM:      Victor Walker
           Warden

RE:        **ADDENDUM FOR 4A POST ORDERS**

SUBJECT:   **INMATES NEEDING ADA ACCESS**

DATE:      November 6, 2008

When a pre-op or post-op inmate in need of ADA access, the inmate will be housed on another nursing unit other than 4A.

· This addendum will be added to 4A post orders.

VW/ssd



## GEORGIA DEPARTMENT OF CORRECTIONS

Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4766
Fax 706-855-4924

Sonny Perdue
Governor

James E. Donald
Commissioner

MEMORANDUM

TO: All Staff

FROM: Victor Walker
Warden

RE: **ADDENDUM FOR ALL EDUCATION AND VISITATION POST ORDERS**

SUBJECT: **INMATES NEEDING ADA RESTROOM ACCESSIBILITY IN MENTAL HEALTH DEPARTMENT**

DATE: November 6, 2008

Any inmates that are in the mental health department and require ADA restroom accessibility can utilize the restroom in the education area or visitation area.

This addendum will be added to education and visitation post orders.

VW/ssd

# GEORGIA DEPARTMENT OF CORRECTIONS



Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4766
Fax 706-855-4924

Sonny Perdue
Governor

James E. Donald
Commissioner

MEMORANDUM

TO:        All Staff

FROM:      Victor Walker
           Warden

RE:        **ADDENDUM FOR ALL LIVING UNIT POST ORDERS**

SUBJECT:   **INMATES NEEDING ADA ACCESSIBILITY
           TO SUBMIT CLOTHING REQUESTS OR REQUESTING
           MENTAL HEALTH SERVICES**

DATE:      November 6, 2008

Inmates who are unable to utilize the clothing request box in front of the Inmate Store can submit their request form via the mailbox from their assigned living unit.

Inmates who are unable to access the mental health department due to a disability need to submit a counselor request form in the mailbox or give it to any staff member. The counselor will then schedule a time to see the inmate in an alternate area.

This addendum will be added to living unit post orders.

VW/ssd



# GEORGIA DEPARTMENT OF CORRECTIONS

*Augusta State Medical Prison*
*3001 Gordon Highway*
*Grovetown, Georgia 30813*
*706-855-4766*
*Fax 706-855-4924*

Sonny Perdue
Governor

James E. Donald
Commissioner

## MEMORANDUM

TO:         All Staff

FROM:       Victor Walker
            Warden

RE:         **ADDENDUM FOR BUILDING 14 & 6A POST ORDERS**

SUBJECT:    **INMATES NEEDING ADA ACCESS**

DATE:       November 6, 2008

When necessary, 6A medical services can be provided in Building 14 for inmates in need of ADA access.

This addendum will be added to Building 14 and 6A post orders.

VW/ssd



## GEORGIA DEPARTMENT OF CORRECTIONS

*Augusta State Medical Prison*
*3001 Gordon Highway*
*Grovetown, Georgia 30813*
*706-855-4766*
*Fax 706-855-4924*

Sonny Perdue
Governor

James E. Donald
Commissioner

MEMORANDUM

TO:     Patti Williams
        Assistant Attorney General

FROM:   Victor Walker
        Warden

RE:     **SIGN FOR INMATES WITH SPEECH/HEARING DIFFICULTIES**

DATE:   November 6, 2008

This is an example of the sign that we will be posting by all inmate phones:

> IF YOU HAVE
>
> SPEECH / HEARING DIFFICULTIES
>
> AND REQUIRE A DEVICE
>
> FOR TEXT COMMUNICATION
>
> NOTIFY STAFF