# EXHIBIT E

## Work Log of ADA Issues

| Facility ASMP Progress | Projected Completion Date | Location | Non Compliance | Variance | Significance | Cost | Difficulty | Comment |
|---|---|---|---|---|---|---|---|---|
| 25% | 01/00/09 | Seg Cell 6A4 (Miller) | Toilet Seat Hgt | 15" vs 17" | M | M | H | Change to angle chase, install H/C combo unit, move and elevate bunk |
| 25% | 01/00/09 | (this is disciplinary cell - one of 4) | Toilet C/L | 15" vs 18" | M | M | H | Change to angle chase, install H/C combo unit, move and elevate bunk |
| 25% | 01/00/09 | | Grab bar C/L AFF | 32" vs 33" | L | L | L | Replace per above |
| 25% | 01/00/09 | | Rear bar length | 30" vs 36" | M | L | L | Replace per above |
| 25% | 01/00/09 | | Side bar grip from rear wall | 34" vs 54" | M | L | L | Replace per above |
| 25% | 01/00/09 | | Toilet Clear floor space | 42" vs 48" | M | L | L | Replace per above |
| 25% | 01/00/09 | | Lav Clear floor space | No clear space | H | H | H | Replace per above |
| 25% | 01/00/09 | | Bed Height | 16" vs 20" | M | M | M | Elevate bunk and move to end wall of cell |
| na | | | Food pass height | 40.5" vs 34" | M | | | No change - would require replacement of door |
| na | | Cell B18 (door B122) (Goodman) | Toilet C/L | 17.5" vs 18" | H | H | H | No change - would require removal and replacement of wall |
| 100% | complete | (this is GP cell - ranges 1B and | Toilet Seat Hgt | 16.75" vs 17" | M | M | M | Replace with H/C seat |
| 25% | 12/31/2008 | 2B have been modified for access | Rear bar length | 24" vs 36" | M | L | L | Replace with custom bar |
| 25% | 12/31/2008 | and all mobility impaired at ASMP | Side bar C/L | 45" vs 54" | M | L | L | Replace with custom bar |
| 25% | | will be housed here) | Side bar grip from rear wall | 47.5" vs 54" | M | L | M | Replace with custom bar |
| na | | | Lav top hgt | 35" vs 34" | L | | | No change - mounted on embed carrier grouted wall |
| 100% | complete | Shower C102 | Grab bar C/L AFF | 40" vs 36" | M | L | L | Move bars |
| 100% | complete | | Bar on 3 walls | | M | L | L | Add bars on angle wall and R side wall |
| 100% | complete | (these changes to be made on | Control clear floor space | | M | M | M | Control area clear is not for shower its for siz path - add shwr cntl on hose |
| 100% | complete | 1B and 2B ranges ONLY) | Shower chair design | 25.5" vs 30" | M | M | M | Purchase new chair |
| 100% | complete | | Clear floor space for turn | small wheels | M | M | M | Remove siz path |
| 100% | complete | Bathtub room C125 | Seat | none provided | H | L | L | Purchase and install new seat |
| 100% | complete | | Bar on control wall | none provided | H | L | L | Add bar |
| 100% | complete | (these changes to be made on | Controls location | wrong location | M | L | L | Relocate controls closer to edge or to side wall |
| 75% | 11/21/2008 | 1B and 2B ranges ONLY) | Flex Hose shower head | none provided | H | L | L | Purchase new hose |
| 100% | complete | | Back wall bars | only one provided | H | L | L | Add new bar |
| 100% | complete | | Control wall bar | none provided | H | L | L | Add new bar |
| na | | | Clear floor space for turn | not provided | H | H | H | No change - would require removal and relocation of side wall |
| na | | Near Room C125 (1B & 2B only) | Drinking Fountain knee hgt | 24" vs 27" | M | M | M | Remove that - without mat clearance is 26" - no change beyond that |
| 25% | 12/12/2008 | Day room @ Shower C102 | Door lock | not lever handle | | | | no levers on detention areas |
| 100% | complete | Library | Maneuvering space pull side | 6" vs 18" | M | | | Move seating in the area on pull side and mark floor - remove shelf on push side |
| 100% | complete | | Door lock | not lever handle | | | | no levers on detention areas |
| 100% | complete | | Table Knee space | 25.5" vs 27" | M | | | Raise level on 30% of tables |
| 100% | complete | Law Library | Counter height | 42" vs 36" | M | M | | lower 1 section of counter in library, remove 1 section in law library |
| 100% | complete | | Carrels knee space | 26" vs 27" | L | M | | Raise level on 2 H/C carrels in law library |
| 100% | complete | Classrooms 1 - 5 | Moveable furniture | | M | | | Rearrange furnishings |
| 100% | complete | | Door lock | not lever handle | | | | no levers on detention areas |
| 100% | complete | | Table Knee space | not 27" | M | | | Raise level on 30% of tables |
| 100% | complete | Toilet - Library/Classrooms | Propped Door | opn clear width 26.5" | M | | | Move the trash can propping the door |
| 100% | complete | | Toilet C/L | 19.5" vs 18" | L | M | | no change - must remove and replace wall to relocate toilet |
| 100% | complete | | Side bar C/L from rear wall | 45" vs 54" | L | M | | Bar is OK length - move to be 54" from corner to leading edge |
| 100% | complete | | Rear bar placement | 22" from side wall | M | M | | Relocate with custom bar not rod wall stat tight to downtube for flush valve |
| 100% | complete | | Flush Control location | Not on wide side | L | L | | install electronic flush control |
| 100% | complete | | Urinal rim height | 19" vs 17" | M | L | | Lower urinal |
| 100% | complete | Outdoor Seating area | Lav knee space | 27" vs 29" | M | M | | No change - mounted on embed carrier grouted wall |
| 100% | complete | | Mirror location | 48" vs 40" | M | L | | Lower mirror |
| 100% | complete | | Maneuvering space pull side | not level | M | M | | Provide 5 x 5 level landing at door and 5' ramp to landing |
| 100% | complete | PT Toilet A151B | Maneuvering space pull side | not 18" | M | M | | Provide 5 x 5 level landing at door and 5' ramp to landing |
| 25% | 12/12/2008 | | Door lock | not lever handle | | | | no levers on detention areas |
| 100% | complete | PT Drinking Fountain | Toilet C/L | only 1" | L | H | H | Relocate with H/C fountain and mount to proper height |
| na | | Infirmary Shwr Rm H102 | Threshold Hgt | 45" vs 32" | M | M | | Remove sink - make sink outside bath accessible |
| na | | | Grab bar C/L AFF | 31" vs 32" | M | | | No change |
| na | | | Pipe protection | not provided | L | L | | provide pipe covering on sink outside the door |
| na | | | Mirror location | 42.5" vs 40" | M | L | | Lower mirror |
| na | | | Toilet C/L | 21" vs 18" | L | L | | Furr out rear wall - reinforce for bars |
| na | | | Grab bar configuration | incorrect for H/C | M | | | install electronic flush control |
| na | | | Flush Control location | Not on wide side | M | M | | Not in an accessible unit - no change - do not house H/C in this unit |
| na | | | Spout height | 41" vs 36" | M | M | | Not in an accessible unit - no change - do not house H/C in this unit |
| na | | | Clear floor space for turn | 25.5" vs 27" | M | M | | Replace with H/C fountain |
| na | | | Grab bar length - 3 wall | 39" vs 36" | M | M | | Not in an accessible unit - no change - do not house H/C in this unit |
| na | | | Grab bar C/L AFF | not provided | M | M | | Not in an accessible unit - no change - do not house H/C in this unit |
| na | | | Clear floor space at cntls | too short - 2 walls | M | H | | Not in an accessible unit - no change - do not house H/C in this unit |
| na | | | Clear floor space for turn | 27" vs 30" | ? | H | | Not in an accessible unit - do not house H/C in this unit |

| Area | Item | Measurement | Comment | Status |
|---|---|---|---|---|
| Infirmary Bathtub Rm H125 | Shower chair design | small wheels | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Threshold hgt | 1.75" vs 5" | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Seat | none provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Grab bar control wall | none provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Controls location | wrong location | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Flex Hose shower head | none provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Back wall bars | only one provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Head wall bar | none provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| Infirmary Cell 3A1 | Clear floor space for turn | not provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Clear floor space for turn | not provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Storage above toilet | out of reach | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Toilet floor width | 45" vs 48" | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Rear grab bar | not provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Grab bar DFL-AFF | 30" vs 33" | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Grab bar length | 36" vs 42" | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Leading edge of bar | 38" vs 54" | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Toilet C/L | 16" vs 18" | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Lavatory faucets | no lever handles | Not in an accessible unit - no change - do not house H/C in this unit | na |
| | Lav pipe protection | not provided | Not in an accessible unit - no change - do not house H/C in this unit | na |
| Route to Dining/Rec | Route slope | 8.1% vs 5% (part) | Appears to be in compliance with "existing installation" reqms - 1:12 (Steve chk) | 100% |
| Gym | Locker Space | not h/c operable | Change hardware on 30% | complete |
| | DF Knee space | 28" vs 27" | Raise fountain | complete |
| Gym Shower | Threshold hgt | 4" vs 5" | Remove v-hold | complete |
| | Flex Hose shower head | none provided | Provide shower hose on one of two corner showers | complete |
| | Shwr cntls | no lever handles | replace cntls handles | complete |
| | Grab bars | none provided | provide grab bars - 2 walls | complete |
| | Shwr seat | none provided | provide fixed or removable seat | complete |
| Gym Toilet | Rear grab bar | 5" vs 36" wall | Replace with 36" bar hold as tight to flush downtube as possible | 100% |
| | Rear grab bar | 31" vs 36" | Replace with 36" bar hold as tight to flush downtube as possible | 100% |
| | Toilet Seat Hgt | 16" vs 17" | Provide new seat | 100% |
| | Toilet C/L | 19" vs 18" | No change - requires leaning out wall and rebuilding | na |
| | Flush Control location | Not on wide side | Install electronic flush control | 100% |
| | Lav knee space | 28" vs 29" | No change - mounted on embed carrier grouted wall | na |
| | Urinal rim height | 23" vs 17" | Lower urinal | 100% |
| Track/Ball field/resistance station | Flush Control location | 48" AFF vs 44" | Install electronic flush control | complete |
| | slope at gym landing | 23.1% vs 8.33% | Not sure where they taken - measured 8.7% at walk to gym/dining | |
| | slope at path beyond gate | 7.4% vs 5% | Measured 1:12 or less in most sloped section | |
| | path to resistance stations | none provided | concrete pave from track to 30% of like stations (min 1 ea) | |
| | path to DF | none provided | concrete pave from track to fountain | |
| | DF spout Height | 39" vs 36" | Provide lower fountain on same pedestal | complete |
| Chapel & Visitation | Entrance door have | no lever handles | replace cntls handles | 12/10/2008 |
| Visitation Area | Maneuvering space pull side | 7.5" vs 18" | lever handle security issues | complete |
| Chapel & Visit Toilet | Rear grab bar | 18" vs 36" | Relocate door 37" back toward bathroom (at corner) | complete |
| | Rear grab bar | 6" vs 12" vs wall | Replace with 30" bar (max length possible) | complete |
| | Lav clear space from wall | 31.5" vs 36 | Hold new bar as close to flush downtube as possible - cannot move flush valve | complete |
| | Toilet C/L from side wall | 17" vs 18" | No change - cannot accomplish without removal/relocation of wall | na |
| | Toilet Seat Hgt | 16" vs 17" | No change | complete |
| | Flush Control location | Not on wide side | Replace seat | 100% |
| | Lav knee space | 27" | Install electronic flush control | complete |
| | | | No change - mounted to embeds cast into wall | na |
| Commissary | Mirror location | 48" vs 40" | Relocate Mirror | 100% |
| Accessible areas | Window counter hgt | 41.5" vs 36" | Lower serving side shelf on both windows | complete |
| | braile signage | | Add braile signage to ADA accessible areas | 25% |
| Accessible areas | door HDWE | | Change door HDWE in accessible areas to compliant HDWE | 25% |

GENERAL NOTES
6 grab bars ordered on 10/10/2008
Bradley slp ring/foot ordered on 10/10/2008
25% completion means that the product is ordered, holding for installation

Facility | Projected Completion
GSP

## Work Log of ADA Issues

| Progress | Date | Location | Non Compliance | Variance | Significance | Cost | Difficulty | Comment |
|---|---|---|---|---|---|---|---|---|
| na | | Visiting Room Interview Rm 5 | Door clear opening | 31" vs 32" | M | | H | No Change as door is actually 31" wide, reasonably accommodating a pushed wheelchair, which is the proceedure |
| na | 11/20/2009 | | Counter depth | 8.5" vs 19" | M | | L | Extend counter |
| na | complete | Visiting Room | Fountain knee space | 25.5" vs 27" | M | | M | Raise height of fountain |
| na | | Building K Shower K105 | Door clear opening | 28.5" vs 32" | M | | H | New door |
| na | | | Floor cross slope | 8.4% vs 2% | L | | H | Change slope to 2% |
| na | | | Shwr chair design | small wheels | M | | L | Replace shower chair |
| na | | | Pass Thru height | 55" vs 48" | L | | H | Change proceedure |
| na | | | Pass Thru clear flr space | 42" vs 48" | L | | H | Remove and relocate walls w new door |
| na | | Cell B | Turn space | not 60" | H | | H | see comment 2 above |
| na | | - All 5x cells in range - | Turn space | not 60" | H | | H | Sx-x cells in this area converted to angle chase |
| na | | | Door clear opening | 29" vs 32" | M | | H | Change door  frame and door operator |
| na | | | Window vent control | 55" aff vs 48" | M | | H | Sx-x cells in this area converted to angle chase |
| na | | | Window vent control | 6" beyond reach | M | | H | No Change |
| na | | | Television Shelf hgt/location | 48" vs 46" | M | | H | Sx-x cells in this area converted to angle chase |
| na | | | Toilet seat hgt | 14.5" vs 17" | L | | H | Sx-x cells in this area converted to angle chase |
| na | | | Toilet C/L | 33" vs 18" | M | | H | Sx-x cells in this area converted to angle chase |
| na | | | Grab bar config | not for h/c | M | | M | Sx-x cells in this area converted to angle chase |
| na | | | Rear Grab bar | none provided | H | | M | Sx-x cells in this area converted to angle chase |
| na | | | Lav clear space | 19" vs 30" | H | | M | Sx-x cells in this area converted to angle chase |
| na | | | Lav knee space | 22" vs 29" | H | | M | Sx-x cells in this area converted to angle chase |
| na | | | Bed Height | 18" vs 20" | M | | L | Raise height of bunk |
| na | | | Light pull cord | missing/blocked | M | | L | Reorient and replace |
| 0% | | Infirmary Cell | Mirror | no mirror | M | | L | Provide mirror and mount at proper height |
| 0% | 1/25/2009 | - All except Restrained Isolation cells | Toilet C/L | 21.5" vs 18" | M | | M | Change fixtures to H/C persilware - relocate new unit as close to 18" as possible |
| 0% | 1/25/2009 | | Toilet clear floor space | 32" vs 36" | M | | M | When fixtures are changed, align to as close to 36" as possible |
| 0% | 1/25/2009 | | Seat hgt | 14.75" vs 17" | L | | M | Replace fixture - see above |
| 0% | 1/25/2009 | | Rear Grab bar | none provided | H | | M | Provide rear grab bar 36" or as close to 36" as possible |
| 100% | complete | | Commode chair | not for h/c | M | | L | eliminate |
| 0% | 1/25/2009 | Infirmary Shower | Lav knee space | 24" vs 29" | M | | M | Replace with H/C persilware - relocate as close as possible to 36" from side wall |
| 100% | complete | | Door clear opening | 25" vs 32" | M | | H | Remove door and frame - make it a tiled case opening |
| 100% | complete | | Door pass thru | 40" vs 34" | M | | H | Removal of door eliminates |
| 25% | 11/20/2009 | | Grab bar config | 38.5" vs 36" | M | | L | Relocate bars |
| 100% | complete | | Control handle | not ADA | H | | L | Replace with lever handle |
| 100% | complete | | Showerhead | not 60" | H | | L | Provide hose shower head |
| 100% | complete | | Turn space | not 60" | H | | L | Removal of door eliminates |
| 100% | complete | Infirmary Bathtub | Seat | none provided | H | | L | Provide tub seat |
| 100% | complete | | Control wall grab bar | none provided | M | | L | Provide grab bar |
| 100% | complete | | Back wall grab bar | only 1 provided | M | | L | Provide low grab bar |
| 100% | complete | | Controls location | not on near side of | M | | M | Explore feasibility of relocating to some distance between C/L and near end of tub |
| 100% | complete | Law Library | Counter height | 36" vs 34" | L | | M | Reassign adjacent room for accomodation and raise existing table to 29" clear height |
| 100% | complete | | Counter depth | 14" vs 19" | | | | see comment above |
| 100% | complete | Library | Table knee space | 28.5" vs 29" | M | | M | Raise Table |
| 100% | complete | Medical Unit Visiting Toilet | Toilet C/L | 16.25" vs 18" | | | | Move Toilet fixture or build out wall to 6" above proper Grab bar height |
| 100% | complete | | Side Grab bar length | 32" vs 42" | | | | Change Grab bar to correct length |
| 25% | | | Lav knee space | | | | | Adjust as needed |
| 100% | complete | Library Toilet | Mirror hgt | 54" & 42" vs 40" | | | | Lower one of the two mirrors |
| 25% | 11/20/2009 | | Turn space | not 60" | | | | Remove partition and adjacent urinal |
| 25% | | | Toilet seat hgt | 16.75 vs 17" | | | | Add Seat spacer to obtain 17" |
| 100% | complete | | Side Grab bar | none provided | | | | Add 42" grab bar |
| 100% | complete | | Rear Grab bar | none provided | | | | Add 36" grab bar |
| 100% | complete | | Lav knee space | 20.5" vs 29" | | | | Raise fixture |
| 100% | complete | | Mirror hgt | 54" vs 40" | | | | Lower mirror |
| 25% | 11/20/2009 | Gym | Toilet C/L | 16.25" vs 18" | | | | Move Toilet fixture or build out wall to 6" above proper Grab bar height |
| 0% | 1/25/2009 | Public Violation Entry | Men's Restroom layout | | | | | Remodel complete per plans from ECS -  see Claude Woodley |
| | | | Women's Restroom layout | | | | | Remodel complete per plans from ECS -  see Claude Woodley |

11/13/2008  9:16 AM

Work Log of ADA Issues

| Facility | Projected Completion | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GDCP | Date | | | | | | | | |
| Progress | Date | Location | Non Compliance | Variance | Significance | Cost | Difficulty | Comment |
| 0% | 1/25/2009 | Max Cell B-101 | Television Hgt | 72' vs 54" | M | L | L | Provide remote for h/c inmates |
| 30% | 11/19/2008 | | Turn space | fixed stool blocks | M | L | L | There are 24 h/c cells in Hi-Max - be certain this is one - if so remove the stools |
| 30% | 11/19/2008 | Max Shower B15 | Grab bars | none provided | H | L | L | Reinstall grab bars securely |
| 0% | 1/25/2009 | Infirmary Cell | Lav knee space | 16" vs 17" | L | M | M | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Lav config | drain pipe c/l frm fnt | L | M | M | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Lav Drainpipe | not protected | L | L | L | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Toilet C/L | 60" vs 18" | H | H | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Toilet seat hgt | 16" vs 17" | L | M | M | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Rear Grab bar | not provided | M | L | L | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Commode chair | mounted over w/c | H | H | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower seating | not provided | M | M | M | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower dims | 40"x40" vs 36"x40" | M | H | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower clear floor space | 40" vs 48" | M | H | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Showerhead | no hose | M | L | L | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Showerhead | 69" aff vs 48" | M | M | M | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower slope of path to | 11.4% vs 8.33% | M | M | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | Infirmary Shower | Shower slope of path to | 26.2% vs 8.33% | M | M | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower ramp landing | 42' vs 60" | M | M | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower ramp edge protect | not provided | M | M | M | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower slope inner ramp | 11.8% vs 8.33% | M | M | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower inner ramp width | 31" vs 36" | M | M | H | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower inner ramp edge | not protected | M | M | M | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Shower grab bars | not provided 3 sides | M | L | L | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |
| 0% | 1/25/2009 | | Showerhead | no hose | M | L | L | Renovate this space for accountability - see plans SJ - plans sent 10-23-08 |