1    is the date on the top of that page?

2         Q      2007.

3         A      And before that, previously affected

4    2005, and what is the date of the memo from the

5    Georgia State Prison Director?

6         Q      That's the date of your report.

7         A      Hello.  Logical person says:  This is

8    old information, so why are you asking me about

9    this?

10        Q      Is it your understanding that that SOP

11   is no longer in effect?

12        A      It's been supplemented by the newer

13   report.

14        Q      Is more than Augusta and Georgia State

15   Prison listed there -- well, why don't you read

16   for me the prisons that are listed there?

17        A      Georgia Diagnostic, Georgia State

18   Prison, and Metro State Prison, which I'm not

19   familiar with, primarily a female population.

20             And it talks about Macon State Prison,

21   the Men's State Prison, Johnson State Prison, and

22   again Augusta State Medical.

23             So it's my understanding today as we

24   speak, and again the focus on this case is not

25   the past but the present, is that we're dealing

1   with Augusta State Prison and Georgia Diagnostic,

2   and Georgia State Prison is off the table.

3         And I know nothing, I have no

4   information about any of these other facilities.

5   Don't know, don't care.

6     Q    That's fine, but the point I am trying

7   to make is that, even with Georgia State Prison

8   off the table, inmates with mobility impairments

9   are classified and sent to other prisons other

10   than the Augusta facility?

11     A    It may be, and I don't know that.

12     Q    Your report states it is -- the SOP

13   states that there are more than one prison,

14   which -- are you going with your report or are

15   you going with the SOP attached to your report?

16     A    The SOP came after my report.  It

17   was -- I was writing my report while counsel was

18   working with the wardens to make my

19   recommendations happen.

20         By the time I did my report, I attached

21   that memo to show that action is being taken.

22     Q    I'm talking about the SOP attached as

23   Exhibit F to your report.

24     A    Right, I understand.

25     Q    Which is dated November 2007 -- oh,

1    sorry, October of 2007.

2        A    Right, so that's old information.

3        Q    Even assuming you take that together

4    with the memo regarding Georgia State Prison,

5    that SOP indicates that inmates who have mobility

6    impairments are going to more than just Augusta

7    State Medical Prison, isn't that correct?

8        A    I have no information on that.

9        Q    Okay, that's fine.

10       A    Not my area or purview.  Not my problem.

11       Q    You conclude that -- well, first of

12   all, you state that:  Tracy Miller is housed in

13   Cell 2-B-4 -- well actually, you know what?

14   We've talked before about the fact that inmates

15   have been moved around in different cells, and

16   you don't necessarily know.

17            You conclude that the cells are

18   ADA-compliant.

19       A    When I was there, and what I saw.

20            And when I'm talking about

21   ADA-compliant I'm referring to, in this

22   particular case, architectural barrier-free.

23       Q    Okay, so you concluded that those cells

24   have no -- is it that they have no architectural

25   barriers, or that they have made reasonable

1   efforts to comply with ADAAG?

2       A       They made reasonable efforts to comply

3   with ADAAG.

4       Q       They may not have necessarily strictly

5   compiled with ADAAG in the sense of every

6   measurement is right?

7       A       Within a 16th of an inch of being 100

8   percent?

9       Q       Well, okay, let's say within an inch.

10      A       To the best of my looking at those

11  spaces, they were -- they complied with ADA.  I

12  did not go through and measure every single

13  device in both those men's cells.

14          But they had the five-foot clearance,

15  they had -- the bed height was good, they had --

16  the toilets were easily accessible, they had grab

17  bars.

18          I didn't measure the height of the grab

19  bars to see if they were exactly on the mark.

20          But with a quick visual, they had all

21  the key elements that were needed to make them

22  within -- again, the standard of care is

23  reasonable accommodation.

24          Again, we're still dealing with an

25  existing facility that is not built after '98 or

1   '94, it's still an older building.

2        Q     Okay, you did not look at all of the

3   rooms in the, in the -- I mean you walked through

4   the units, but you didn't necessarily examine all

5   the rooms and all the units at Augusta?

6              I'm not suggesting you should have, I'm

7   just covering the fact that --

8        A     I toured the entire facility, and where

9   I needed to stop and look, I did.

10       Q     Okay.  Now the next paragraph, we

11  started talking about the different units, unit

12  1-B, inmates have access to TV, books and library

13  services; unit 2-B, the inmates in this unit are

14  in segregation lockdown, and you don't mention

15  TV, books and library services.

16             Is there a distinction between those

17  two countries, so that in one they have access to

18  those services and in the other they do not?

19       A     It's very possible, I didn't take an

20  inventory of the classification, just that

21  apparently there was, within that design, they

22  had some -- you know, different units had more

23  privileges because they weren't necessarily on

24  administrative -- in the prison world someone

25  could be in lockdown, they could be in protective

```
 1    custody.
 2            They're not a problem child, you know,
 3    they're trying to protect themselves so they
 4    don't get killed.  They could be a police officer
 5    or corrections officer, or someone who is a
 6    snitch or something of that nature.  And they're
 7    going to get boxes and library and TV and, you
 8    know, they're just trying to do their time and
 9    stay out of everyone's way.
10            In the 2 unit, they're on lockdown, and
11    they're problem children, and they're not going
12    to have the same kind of privileges and benefits
13    that other people, even though architecturally
14    the unit might look the same, one may be more
15    medically-oriented, one may be more
16    behaviorally-oriented, I think is the best way I
17    can put that.
18       Q    And you mentioned that physical therapy
19    is offered to inmates when ordered by the prison
20    doctor.  Does that mean, when it's not ordered by
21    the prison doctor, they don't have access to
22    physical therapy facilities?
23            I mean, they can't sort of say:  I need
24    physical therapy?
25       A    The inmates, yes, they -- no, the
```

1    inmates can't do that, they have to go through

2    protocol, just like you and I have to do with our

3    insurance companies:  We have to go to our

4    general practitioner and request, beg and grovel,

5    and then get referred to somebody, and eventually

6    we get to see somebody before we pass away.

7            So it's the same thing in the prison

8    world as in the free world.

9        Q    And You say that:  Units 1-B and 2-B

10   have accessible cells that are ADA-complaint, but

11   the six corner cells in the units do not comply

12   with the space needs for proper turning radius.

13       A    Correct.

14       Q    So in your view are those accessible

15   cells or not?

16       A    They're not.

17       Q    The corner units are not.

18            Then it says --

19            THE REPORTER:  Excuse me, I can't

20       hear you.  You're reading down there.

21   BY MS. SHALF:

22       Q    Okay, it says:  Inmates in those in

23   wheelchairs are not kept in those cells.

24       A    Correct, to the best of my knowledge.

25       Q    How do you know that?

1    A    Because when it became readily apparent

2 while I walked around that those cells, because

3 of their configuration, sort of a left-over space

4 in the corner, that they couldn't accommodate the

5 radius, I asked our deputy warden walking around

6 with us to make sure that they don't put people

7 in those units, in those cells.

8    Q    And did they issue a written policy

9 stating that inmates in wheelchairs should not be

10 kept in those cells?

11    A    I don't know.

12         Let's put it this way, the best I could

13 do is I brought it to their attention, I brought

14 it to counsel's attention, and I'm hoping that --

15 and in my discussion with counsel she discussed

16 it with the powers that be: that people are not

17 supposed to be placed in there.

18    Q    Okay, you also state that 1-A, 2-A and

19 3-A are not compliant?

20    A    Correct.

21    Q    And only accessible even through an

22 elevator or service elevator or stairway?

23    A    Correct.

24    Q    Unit 6-A you say:  The medical

25 screening unit and clinic, it has architectural

1  barriers.  What barriers were those, just, I

2  mean, generally?

3      A     The shower had a ledge on it.  There

4  was some round door handles.  Some of the

5  doorways weren't wide enough.  They didn't have

6  the Braille signage, I believe.

7      Q.    So the bathroom in the screening unit

8  or the shower in the screening unit is not

9  accessible to a person in a wheelchair?

10     A     I don't remember specifically because I

11 saw hundreds of rooms, but I just remember

12 generally that there was a couple of issues in

13 that medical screening unit that didn't comply.

14          And I think they've been addressed on

15 the work-order sheet, what had to be done, and so

16 the correct answer is, when you look at your

17 work-order sheet, that will identify exactly what

18 architectural issues had to be cleaned up there.

19     Q     Okay, where -- at the time that you

20 were there, where did they tell you that inmates

21 in wheelchairs were taken to shower, or did you

22 ask?

23     A     I don't --

24     Q     I'm talking now about inmates that are

25 kept in the segregation cells in 6-A.

1    A    I don't recall.  At the time I probably

2  asked, but right now it's sort of fuzzy.

3    Q    You noted that:  Cell number 4 is being

4  renovated to be ADA-compliant.  Does that mean

5  that, at the time you were there, it was not

6  ADA-compliant?

7    A    Correct, it was in the process of

8  rehabilitation.

9    Q    Okay:  The mental health department

10  provides counselors and nurses.  This unit

11  conducts group therapy counseling sessions, and

12  you say:  This space is not fully accessible.

13       And again, do you remember what it was

14  about that space that rendered it inaccessible?

15    A    It's a little foggy now, several months

16  later, but I think it was some of the doorways

17  weren't proper width, and/or handles and things

18  of that nature.

19       Again, for the specific answer I refer

20  to the work orders that will identify this, and

21  they were going to go in there and clean that up.

22    Q    Okay, so -- but the work order was

23  based -- was not based on your report?

24    A    No, it was done prior.

25    Q    Do you know what the items in the work

1    order were based on, where those came from?

2        A      Yes, Mr. Mazz's report.

3        Q      Okay, so those work-order items came

4    from Mr. Mazz's report, and --

5        A      And/or their own observations.

6            I mean, I think to a great extent the

7    renovations are in response to plaintiffs'

8    expert's observations, and clearly Mr. Mazz is

9    well-educated on architectural-barrier issues,

10   he's worked for the Department of Justice, so I

11   don't doubt the integrity of what his

12   recommendations were.

13           But I also want to acknowledge the fact

14   that the Department people, who are used to

15   running their institution, may have also added

16   some things where they knew a plumbing thing

17   wasn't working right, or where there was a

18   problem in the rec yard or things of that nature.

19           So once they became self-educated based

20   on expert's reports and their own readings, they

21   started -- as I talked to these folks, they're

22   starting to get with the drill, they understand

23   that, if I have an education room or I have a

24   group therapy room or I got to get into the

25   dining hall, I have to have an accessible path of

1    travel.

2           And they now get it about what an

3    accessible path of travel is: the bathroom, the

4    water foundation, the width of the doors, the

5    lips and the door thresholds, all of that.

6      Q     And so when you say the space is not

7    fully accessible, is that based at least in part

8    on the findings of Mr. Mazz's report, in terms of

9    measurements and that sort of thing?

10     A     Yes, that's my understanding, based on

11   discussion with counsel.

12           THE VIDEOGRAPHER:  Tape?

13           MS. SHALF:  Oh, off the record.

14           THE VIDEOGRAPHER:  Going off the

15       video record at 3:22, end of tape 2.

16                   (Recess)

17           THE VIDEOGRAPHER:  Ready?  Stand by.

18           We're back on video record at 3:40

19       with tape 3 of the videotaped deposition

20       of Randall Atlas, Ph.D.

21   BY MS. SHALF:

22     Q     We're back at Augusta State Medical

23   Prison, I'm now on page 16 of your report, and

24   you discuss the education building and the library.

25     A     Okay.

1    Q     Are those in the same building?

2    They're listed as K-212 and 213.

3    A     They're adjoining rooms.

4    Q     They're adjoining rooms, all in the

5    same building?

6    A     Yes.

7    Q     You mentioned that classrooms are

8    accessible and bathrooms have been renovated to

9    be compliant.

10   A     Yes.

11   Q     Was that recently?  In other words, is

12   that part of the renovations that are going on on

13   the work log?

14   A     Yes.

15   Q     So when you were visiting there, were

16   they compliant at that time?

17   A     Yes.

18   Q     But they had been recently renovated as

19   per the work log?

20   A     Yes.  Mr. Jones had pointed that out to

21   us, that, where they had made changes and changed

22   the grab bars or moved the walls or changed the

23   toilet fixtures, whatever was necessary, opened

24   the doors, things of that nature.

25   Q     Okay, so that was part of the work

1    project that is going on in the work log?

2        A    Yes, it's being undertaken now as we

3    speak.

4        Q    And the adjoining bathroom was

5    renovated, is that also part of the same, roughly

6    the same project?

7        A    Yes.

8        Q    The work-log project?

9        A    To the best of my knowledge, yes.

10   According to Mr. Jones, yes.

11       Q    Okay, and the library for the facility

12   has undergone renovation to meet ADA

13   requirements.  Again, same question:  Had that

14   happened already by the time you were there?

15       A    Yes.

16       Q    But was that renovation something that

17   was recent, like in the past year, based on the

18   work log?

19       A    Yes.

20       Q    In fact, since the work log was based

21   on Mr. Mazz's report, those renovations occurred

22   since the time of his report?

23       A    Yes.

24       Q    You mention a law library was

25   renovated: has renovated the counter heights, the

1    work carrels, and so forth.

2            Again, was that already done when you

3    were there?

4        A    Yes.

5        Q    But that was something that was done

6    since Mr. Mazz's report?

7        A    In the last year, yes.

8        Q    Building 9, the public bathrooms and

9    the visiting area, they would be upgraded and

10   modified to be compliant, so they are not yet

11   modified yet?

12       A    Correct.

13       Q    As of this time, or as of the time you

14   visited?

15       A    As of November of last year.

16       Q    Okay.

17       A    And that work is supposed to be done by

18   the end of this month.

19       Q    Okay, the chapel, it says it's

20   ADA-compliant, but you note:  The inmate and

21   staff bathrooms have been modified.

22           Again, that was done at the time, by

23   the time you were visiting?

24       A    Yes.

25       Q    But was that done as part of the

1    work-log renovations?

2         A     I don't know specifically.

3         Q     Okay, you note that:  Unit 10-A and -B

4    does not comply, unit 11 does not comply, unit

5    12-B, these are the split-level units you were

6    referring to earlier that are not compliant with

7    ADA?

8         A     Yes, Ma'am.

9         Q     Units 13-A, -B and -C are

10   general-population and split-level housing, also

11   do not comply with ADA?

12        A     Correct.

13        Q     Unit 14 is a general-population dorm,

14   you say it's ADA compliant.  Are you aware

15   whether Mr. Miller and Mr. Goodman have ever been

16   housed in unit 14?

17        A     No.

18        Q     Does that mean you're not aware, or

19   does that mean you are aware and they have not been?

20        A     I'm not aware if they have or have not

21   been.

22        Q     Okay.  Do you know generally what kinds

23   of inmates get to stay in unit 14?

24        A     Medium-security general population.

25        Q     Okay, do individuals in wheelchairs who

1    are medium security stay in that building?

2        A     Yes.  In fact I saw a couple.

3        Q     Are there any other qualifications or

4    criteria that you're aware of that would allow an

5    inmate to be housed in that building as opposed

6    to the infirmary or elsewhere, if they're in a

7    wheelchair?

8        A     I wasn't privy to the classification,

9    nor the housing paradigm.  That just wasn't part

10   of the scope of my questions.

11       Q     You're not aware of -- they didn't

12   describe to you:  Oh, this is where inmates who

13   are X, Y and Z, other than general population?

14       A     No, I just asked -- it was -- this is

15   sort of a note, when we talk about security

16   classification it involves two different things,

17   and often they are confused, because it's confusing.

18            There is the management level of

19   classification:  Oh, he's a medium-custody

20   inmate.  He's high security.  He's a seg person.

21            There's also the architectural aspect

22   of that classification.  If you're in the

23   administrative-seg unit, that has a behavioral or

24   an architectural aspect of the types of doors,

25   whether the doors swing in or out, whether you

1  have a TV or a library, or what the floor

2  materials are, and whether there's a stainless

3  steel toilet or a China -- vitreous China toilet.

4        So a lot of times, when people say:

5  Oh, was a minimum-custody inmate, well, was he in

6  a dorm, or was he -- or were minimum-custody

7  inmates being misappropriated in a lockdown unit

8  because they had single cells, and they --

9  really, that's where we need to put

10  high-security, behavioral-problem inmates.

11        So it's important to understand that,

12  when you ask about who is classified for these,

13  that there's an architectural classification

14  based on the materials that's in that unit, and

15  then there's the behavioral classification based

16  on either what they were sentenced for, you know,

17  mass murderer, poisoning their child, killing

18  their dog, whatever.

19        And then the second aspect of that

20  behavior is how they behave while they're in the

21  prison.  If you killed your wife, but if you're

22  complete with your issues, you could behave in

23  prison and be in general population for the rest

24  of your time in prison.

25        If you are a petty thief but you keep

1    murdering and assaulting people while you're in

2    prison, you're going to be in lockdown and

3    classified high-security, and be pretty much not

4    seeing the light of day for a long time.

5                So that's why the -- it's important to

6    understand, when we look at my words here, a

7    general-population dorm, when you asked who goes

8    there, it depends both behaviorally classified,

9    and what their sentence classified them, you

10   know, how much leeway they'll allow -- what

11   facility they get classified to.

12               And then they hopefully find the

13   correct architectural classification.

14   Q    Okay, you say:  The gym is an

15   accessible and a compliant building.

16   A    Yes.

17   Q    You say:  The bathrooms have been

18   renovated, but they are waiting a grab bar behind

19   the toilet flusher to be fully compliant.

20   A    There's a back order on the grab bars,

21   and they have ordered the device.  It hasn't come

22   in yet.

23               So they know it needs to be done, but

24   the physical space is compliant, they have the

25   turning radius and the doors are wide and the

1    mirrors are there --

2        Q    Okay.

3        A    -- they just, they don't have the grab

4    bar.

5             And of course it was obvious to me, and

6    I asked the question:  Where is the grab bar?

7             Well, it's back-ordered, it will be

8    here in another couple weeks.

9        Q    So when you say it's a compliant

10   building, that is with the exception of the grab

11   bar, but that the physical, the walls and the

12   toilets and everything else are in the right place?

13       A    Yes.

14       Q    What about the showers?  The showers,

15   when Mr. Mazz visited, had a two- or three-inch

16   threshold.

17       A    In the gym, are we talking?

18       Q    In the gym.

19       A    Those have been removed.

20       Q    Okay, so that has all been done since

21   Mr. Mazz's report?

22       A    Yes.  And it didn't even draw my

23   attention because it had not been there.

24   Otherwise, I would have spotted it.

25       Q    What about the path to the yard, to the

1    recreation yard from the gym?  There is a slope

2    there -- I'll give you a minute -- there is a

3    slope there, --

4         A      Right.

5         Q      -- and that was called out in

6    Mr. Mazz's report.  So, has that been fixed?

7         A      I don't believe so.  Don't believe that

8    that -- there was a good slope going in there,

9    and from what I remember that had -- doesn't look

10   like it's been changed.

11        Q      When there's a slope that's too steep,

12   what is -- how does that path need to be treated?

13        A      Unfortunately, the only way it can be

14   treated, if they are going to bring it into

15   compliance, is they have to tear up the concrete,

16   raise the ground, and bring that ramp much

17   further down to get back to your two-percent slope.

18        Q      Could you add ramp features to it to

19   make it safer for persons in wheelchairs, such as

20   handrails or --

21        A      You could, but that doesn't solve the

22   problem.

23               Again, if you're going to comply with

24   ADAAG, it's very unforgiving, you must have your

25   five-percent slope.

1          And if it's greater than that -- well,
2     it can't be greater than that, it just can't be
3     greater than that.
4          Now the challenge becomes, and again,
5     this is subject to the interpretation, when
6     you're dealing with places like San Francisco,
7     where everything by definition are hills, you
8     know, ADA, you have to have one accessible
9     entrance into a building.  You know, you don't
10    have to have all the entrances, because it's
11    unreasonable in a place like San Francisco to
12    make -- you can't -- it's not Florida, it's not a
13    flat place.
14          So that's what I'm saying, you know,
15    Georgia has hills, they may be able to modify
16    that slope, and I don't know how that's going to
17    eventually play out.
18          MS. WILLIAMS:  Let me, I'm not sure
19       I'm clear where you're at on this.  Are
20       you asking him about number 13 on page
21       17, if is that the --
22          MS. SHALF:  He mentioned the gym
23       being accessible, but --
24          MS. WILLIAMS:  I just want to know
25       if that's the slope you're talking about,

1     because --

2          THE WITNESS:  Yes, to the dining

3     room and the gym.

4          MS. WILLIAMS:  Okay, I just want to

5     make sure I'm on the same page.

6          MS. SHALF:  Well, now there you say

7     the roof to the dining room --

8          THE REPORTER:  Would you start it again?

9  BY MS. SHALF:

10    Q     There you say:  The route to the dining

11 room and gym path of travel slopes are compliant

12 with -- I assume you mean existing --

13    A     Yes.

14    Q     -- installation requirements?

15    A     And inmates needing assistance are

16 given assistance if such a slope is a challenge.

17          So here is the question I asked when I

18 was there:  The slope looked greater than five

19 percent, and I was told that, if an inmate in a

20 wheelchair needed assistance, they would have one

21 of the trustees or something like that help them

22 up and down the slope, so they didn't have to

23 necessarily tear up all the concrete and redo

24 what they had done in the past.

25    Q     Okay.

1    A    So the reasonable accommodation here

2  was that, if somebody needed assistance down that

3  particular stretch that may have been more than

4  the five percent, that they would have somebody

5  cover or protect them and help wheel their chair.

6    Q    Okay, this is part of the Exhibit G,

7  and can you identify that for the record, please?

8    A    I'm looking at Exhibit G, which is

9  Department Funding By Year, and I'm looking

10  specifically at the memo of April 6, 2000,

11  Redirection of Fiscal Year Budget 1996 ADA funds

12  for Augusta Medical State Prison and Pulaski

13  State Prison.

14    Q    Can you look at the bottom of that page?

15    A    Yes, where it says --

16    Q    It says:  Changes to the scope of work.

17    A    And it says:  The walkway leading to

18  the gym to the paved track will require handrails

19  for the first 25 to 30 feet.

20    Q    And then the one before that?

21    A    The last 25 feet of the walkway leading

22  to the new housing units to the dining hall

23  constitute a ramp and will require handrails.

24    Q    So it appears there that the person

25  writing this memo is recommending that handrails

1  be installed on those two slopes?

2      A      That's correct.

3      Q      And apparently it did not occur?

4      A      I don't specifically recall the

5  handrails or lack of handrails.

6          I do remember the slope, as you sort of

7  walked up to the gym, and then you leveled out

8  and walked to unit 14.

9          I did not have my level with me to take

10  an accurate measurement of the slope.

11          But if in fact this is called out, then

12  that's something that needs to go into the work

13  order.

14      Q      Okay, so you didn't bring a level, you

15  just brought --

16      A      My tape measure, correct.

17      Q      -- a tape measure?

18          Going to the next page of your report:

19  In summary, the Augusta State Medical Prison has

20  34-plus ADA-compliant cells.

21          You go on and list a number things that

22  have been resolved, and when you say have been

23  resolved, are those items that were resolved

24  after Mr. Mazz's report?

25      A      Or even earlier reports.  Whatever was

1    in that to-do list.

2        Q    The work?  This is the work log?

3        A    Yes.

4        Q    These are items that are on the work log?

5        A    Yes, but I don't want to be browbeaten

6    in trial that there's something on that list that

7    wasn't on Mazz's report that came from, like I

8    say, you know, Steve Jones or prior work, or the

9    prior Accommodation Plus people.

10            Collectively, what's in that work order

11    is in the work order.

12        Q    Okay, and you say:  Those items have

13    been resolved and brought up to standards, so by

14    that do you mean that before those items were

15    done they were not up to standards?

16        A    They were not up to ADA Accessibility

17    Guidelines.

18        Q    Okay, so they were not ADA-compliant?

19        A    Correct.

20        Q    And you have a note there on number 11:

21    Physical-therapy water fountain, (please check

22    on)?

23        A    I'm trying to remember -- I don't

24    remember, I don't remember the specifics, but

25    obviously something caught my attention.

1          I'm not sure if they had to put it in

2    or it wasn't compliant and they had to put in a

3    compliant one, but there was something there

4    about the water fountain and the physical-therapy

5    area that had to be checked on.

6          Q     Okay, so you were checking to see

7    whether that had been repaired?

8          A     Yes.

9          Q     Your opinion was that:  Augusta State

10   Medical Prison is ADA-compliant at the time of

11   this report.

12         A     Correct.

13         Q     Then your next sentence is:  All

14   alterations will be completed by the end of

15   January 2009.

16         A     Correct.

17         Q     If there were alterations that were

18   still being completed, how is it possible to say

19   that it is ADA-compliant as of the date of your

20   report?

21         A     Because the physical space was there,

22   there were still renovations that were being

23   undertaken.

24         As a whole the facility was compliant.

25   It had beds, they had already met, they had

1    already met the threshold, for lack of a better

2    word, you know, the two percent, and they were --

3    they're finishing up.

4         They have a whole bunch more than just

5    two-percent compliant there, and they had

6    undertaken to make the facility, other than those

7    one-housing units that just can't, to be

8    accessible, both programmatically and

9    architecturally barrier-free.

10         So yes, they were still patching and

11   fixing and cutting and pasting and doing things

12   to make the entire facility compliant above and

13   beyond what was necessary to comply with the work

14   order list and/or the basic requirements of ADAAG.

15        Q    Why would they be making those changes

16   if they were not necessary to make the facility

17   ADA-compliant?

18        A    Because there were other areas that

19   were being -- that were identified that, where

20   other programs and services that may not have

21   been called out in the report, or they were just

22   going through the facility as best they were able

23   to and bringing the whole facility up to ADAAG

24   requirements.

25        Q    So the facility was not up to ADAAG

1    requirements before these alterations were

2    completed?

3        A      Technically, yes.  But we're talking

4    about the final stretch on a checklist of, you

5    know, like they're waiting for a grab bar back

6    order.  That doesn't mean the facility is not

7    ADA-compliant.

8              They renovated the bathroom, they've

9    order the grab bar, the mounting brackets are in

10   there, they're waiting for the metal -- they're

11   waiting for the postage people deliver them.

12             So it's not a fair statement to say

13   that this is a noncompliant facility because

14   they're still doing some minor renovations that

15   they promised to have done by the end of this

16   month.

17       Q      Okay, Georgia State Prison, it says

18   towards the bottom:  The officers on duty in

19   these areas assist the inmates with their

20   wheelchairs.

21             Did you see any written policy that

22   said that officers, in other words guards as

23   opposed to medical staff, are supposed to assist

24   inmates in and out of their wheelchairs?

25       A      No, I did not see written policy.

1   Apparently it's a verbal standard operating

2   procedure.  But it's not, it was nothing I saw in

3   writing to that effect.

4       Q    Based on your background as a security

5   consultant, do you think it is appropriate for

6   guards in a prison facility, whose job is to keep

7   the security of the area, to be assisting inmates

8   in and out of wheelchairs, assuming they are

9   disciplinary problems, or are there security

10  risks associated with that?

11      A    Yes, there are security risks

12  associated with that.  But yes, it's also

13  appropriate.

14           Not only -- the corrections officers

15  are the caretakers, as much as it may be trying,

16  especially with inmates who are uncooperative,

17  but they are the caretakers, they are responsible

18  for them, they are the guardians, and it's not

19  inappropriate for them to either help move an

20  inmate through or to push a chair or provide

21  assistance or supervise a medical person

22  providing assistance so that the inmate doesn't

23  attack or take advantage of the situation, or be

24  a witness that there's no -- not an act of

25  violence or a violation.

1          So it's not an inherent problem in that

2     regard.

3          In the -- under Title III, you couldn't

4     do that, but under Title II you can.  And that's

5     again one of those magic thresholds that, under

6     Title II you can do a whole bunch of things that

7     you could never get away with in Title III.

8          Q     Well, so if there's an inmate in a cell

9     that does not have an ADA-compliant toilet that

10    renders it difficult for him to get on and off,

11    is it appropriate to have an officer come in the

12    cell every time he needs to get on the toilet?

13         A     No.

14         Q     How about to assist the inmate every

15    time he gets in and out of the shower?

16         A     That might be possible.

17         Q     Is it appropriate --

18         A     You know, they are only allowed to

19    shower so many times per week, so it's not like

20    us in the free world where, you know, we're

21    taking two showers a day, and you're dealing

22    with -- you know, there, if they have limited

23    access, and that wouldn't probably be past the

24    point of unreasonableness.

25         Q     If the shower is a very enclosed space,

1    as it is at Georgia State Prison, again, with

2    your security background, would you be concerned

3    about that if you were a security consultant?

4        A     Absolutely.  Clearly the facilities at

5    Georgia State Prison are small, they don't comply

6    with accessibility requirements.  That's not even

7    an issue of contention.

8           Yes, it puts the officer in a difficult

9    position of being in a confined space where he or

10   she is vulnerable to attack by the inmate who

11   wants to take advantage of the situation.

12        So if the hypothetical is that:  Is it

13   a security risk by having a corrections officer

14   try and assist an inmate at Georgia State Prison

15   in a shower facility or -- yeah, absolutely.

16        But I think we've established that the

17   inmates with mobility impairments, with

18   disciplinary problems, aren't going to be at

19   Georgia State Prison, they're going to be at

20   other facilities that have the space, that have

21   the staff, that have the architectural

22   accommodations to make that where it's safe for

23   the inmate from abuse, and it also makes the

24   officer safe from being abused from the inmate.

25        Q    You say at the end of that:  Should

1    inmates with mobility impairments remain at GSP,

2    alterations that are feasible will be completed

3    by February 2009.

4          I just want to clarify, you mean the

5    alterations that are feasible are those that are

6    listed on the work log as being done?

7    A     Yes, Ma'am.

8    Q     Okay, and your opinion --

9    A     Again, I want to qualify that,

10   there's -- Georgia State Prison in my opinion, as

11   we come up here, is not suitable to accommodate

12   inmates with mobility impairments.  I don't think

13   there's a lot of debate or discussion on that.

14   It's too old, the spaces are too small, it's

15   structurally infeasible.

16         However, there are still ADA

17   accommodations that have been made there, and

18   that's what this is referring to:  Well, what

19   would that be?

20         That's your public areas where the

21   public is coming in to visit Johnny while he's

22   there, and they got to park their car, that has

23   to be accessible.

24         They come into administrative spaces

25   and they get screened for weapons and contraband,

1    that has to be accessible, on an accessible path

2    of travel.

3              The visiting room that they go visit

4    their problem child at also has to be accessible.

5    The tables, you know, grandma is in a wheelchair,

6    maybe grandma can't hear well, Johnny may not

7    hear well, who knows, they both may not hear well

8    or see well or whatever.

9              So in that regard, those common-area

10   spaces where the public interacts with the

11   inmates have to comply with ADAAG 100 percent.

12   And those are some of the issues that I brought

13   up, and also Mr. Mazz brought up, and those are

14   what I believe are the work orders being

15   accommodated here in the next month.

16             And that's different than the housing

17   areas, which is beyond reason.

18   Q       Okay, so your opinion there is GSP is

19   not ADA-compliant, but it is not a violation of

20   the ADA because it's not feasible to do these

21   alterations?

22   A       Correct, and that, as per November of

23   '08, they are not going to be classifying and/or

24   housing inmates with certain kinds of appropriate

25   disabilities to be at Georgia State Prison, where

1    they would have to have all these -- you know,

2    where it kicks in the threshold of having to have

3    all these accommodations.

4         And as long as they get their public

5    spaces in order, it's all good.

6    Q    Okay.  Now moving on to Georgia

7    Diagnostic:  Inmates with mobility impairments

8    who are classified to be in the general

9    population will not be housed at Georgia

10   Diagnostic.  Diagnostic will house those inmates

11   using wheelchairs with disciplinary problems or

12   high security based on disciplinary problems in a

13   high-max unit.

14        So let's suppose that an inmate is sent

15   to Georgia Diagnostic who is not classified as

16   maximum security, but is there to be in a

17   segregation cell basically.

18   A    Okay.

19   Q    And has medical issues.  This is an

20   inmate with mobility problems, and he has medical

21   issues that require treatment.  In your opinion

22   is it appropriate to then send him to the

23   infirmary, which is not the part that is

24   designated for mobility impairments, but -- and

25   that you've indicated is not ADA-compliant, is it

1    appropriate to send him to the infirmary at

2    Georgia Diagnostic, or should he be going to, for

3    instance, Augusta for treatment for his medical

4    problems?

5        A    It's my opinion he should be going to

6    Augusta, and that the people from the Georgia

7    Department of Corrections should be on top of the

8    classification game of where that inmate is going

9    to go to get the best services available for that

10   inmate, and which facility can provide those full

11   services.

12           And if we have an inmate who is not a

13   problem, a behavioral problem, but has medical

14   issues, then they need to match those medical

15   services or those medical needs, and if there are

16   mobility issues and I have thresholds and doors

17   you can't get through and handles that don't

18   apply, then yes, they should not be going to

19   Georgia Diagnostic, they need to be going to

20   Augusta.

21       Q    Okay.

22       A    And that comes from a higher

23   bureaucratic classification level like the

24   reception center people.  That's not necessarily

25   an institutional level.

1          It's a departmental-level decision, not

2     an institutional -- not a facility-level

3     decision.

4          Q     Right.  So if an inmate is in the

5     high-max facility and that institution

6     determines:  Oh, he needs to really be in a

7     medical unit, should they put in a request to

8     transfer him back to Augusta?

9          A     Yes.

10         Q     Okay.

11         A     And again, I am -- I do not work for

12    the Georgia Department of Corrections so I can't

13    answer every bureaucratic administrative rule of

14    order.  Not my problem.  However, it's my

15    understanding, based on my discussion with the

16    wardens, they put in requests to the powers that

17    be above them and they arrange for a transfer and

18    the bus comes and takes them away.

19         So, you know, each institution doesn't

20    necessarily have their own bus, that's a Georgia

21    Department of Corrections transport system.

22         But I'm saying it goes back up to a

23    bureaucratic, a department-level shuffling of

24    people based on your request and needs and services.

25         Q     Okay, now let's assume a different

1  hypothetical, which is that you have two inmates

2  that you're comparing, one has mobility

3  impairments and the other is able-bodied, both of

4  them have the same kind of history where they're

5  put in segregation and need to be in a

6  segregation cell, the same kind of security level.

7      If only the inmates with mobility

8  impairments are sent to Georgia Diagnostic,

9  whereas inmates without mobility impairments are

10  in other areas of the prison that are -- other

11  areas of the prison system, I'm sorry, that have

12  some restrictions appropriate to that level, but

13  not those of a high-max facility, in your

14  opinion -- I'm sorry, that's a long

15  hypothetical -- in your opinion --

16      A      Well, you also said Georgia Diagnostic,

17  which is sort of --

18      Q      The high-max facility at Georgia

19  Diagnostic.

20      A      I'm not familiar with Georgia

21  Diagnostic because I didn't get to tour it, so I

22  don't know if the high-security unit at Georgia

23  Diagnostic is ADA-compliant or not.

24      And we just had a discussion --

25      Q      Assume a high-max facility is, for the

1    most part, ADA-compliant, it's a new building.

2         A      Oh, okay.

3         Q      So if a high-max facility is

4    ADA-compliant, and that is why the inmate with

5    the disability impairment is sent there, because

6    those function as segregation cells, but if the

7    security -- if the level of restriction there is

8    higher than an able-bodied inmate would have for

9    the same offense --

10        A      Okay.

11        Q      -- is it appropriate to send the

12   mobility-impaired inmates to the high-max

13   facility because that's an ADA-compliant facility

14   that is high security?

15        A      Well, the -- you know, the answer is

16   that there should not be disparity between the

17   able-bodied and the disabled inmate.  If they do

18   the crime, they do the time or the same

19   punishment.

20             So I don't want to say no, they

21   shouldn't be sent Georgia Diagnostic, clearly

22   they're being sent to Georgia Diagnostic whether

23   in a wheelchair or not.

24             To me that's not the issue.  If you're

25   a behavioral problem, you're being sent to that

1    unit for proper administrative care.

2            Now the challenge becomes -- but I also

3    concur, or I will opine to the fact that, if

4    while they're there, that you're treating the

5    inmates with disabilities, whatever disabilities,

6    I really don't care, pick a disability,

7    differently than an able-bodied inmate, yes, I

8    have a problem with that, that is inappropriate,

9    that's illegal, and that violates their rights.

10           Now the issue becomes, if you want to

11   set up, you know, what right and what disability

12   and what privilege they didn't get and how you

13   reasonably accommodated that, that's about a

14   gazillion hypotheticals, but I am being very

15   clear that the expectation both legally and

16   operationally is that, if you're going to the

17   Georgia Diagnostic because you've acted out and

18   you've hurt somebody or you're going to hurt

19   yourself, then the privileges that are given to

20   you as that status are what they are.

21           And it's not based on your color, sex,

22   creed, preference, mobility, disability, or

23   whatever.  It is what it is.

24       Q    Okay.

25       A    You act out, you're in lockdown.

1    Q    So if persons with mobility impairments

2    are going there because they're on segregation,

3    as opposed to say being classified maximum

4    security, which is a different issue, if inmates

5    with mobility impairments are being sent there as

6    segregation, then able-bodied inmates should also

7    be sent there as well?

8    A    Yes.

9    Q    And just to be clear, your opinion is

10   that the infirmary is not now currently

11   ADA-compliant, or let's say as of the date of

12   your report it was not ADA-compliant?

13   A    Correct, and they were in the process

14   of renovation, it's supposed to be in good

15   working order and compliant by virtually the end

16   of this month, of January.

17   Q    So it's not, as far as you know, it's

18   not yet compliant, it has -- the renovations have

19   not been completed?

20   A    According to the discussions of Steve

21   Jones, they're well on their way and they should

22   meet that deadline.

23        And that's something you can, when you

24   depose or affidavit, you'll deal with him.

25        I'm one step removed from that, but I

1    asked the question, and the question -- the

2    answer in November was:  It's being handled, and

3    by the end of January we should be up to speed.

4        Q    And you did say though that it will

5    take substantial funds and time to retrofit the

6    cell and shower areas.  Is that different from

7    the areas that are being renovated by the end of

8    January 2009?

9        A    To the best of my knowledge, yes.

10       Q    So the cell and shower areas are not

11   being renovated, but these other areas are?

12       A    I would defer a definite answer to

13   Steve Jones.  I don't know the subtleties of

14   exactly what's being doing at Georgia Diagnostic.

15       Q    But the best of your understanding is

16   the cell and shower areas are sort of too big of

17   an issue, but there are other areas, maybe

18   visiting areas and so forth, that are being

19   renovated?

20       A    They're going to do whatever they can

21   do quickly and easily, it's going to be done by

22   the end of this month.

23            And those issues that they have to put

24   in for capital-funding requests will go through

25   the bureaucracy to get their timeline and their

1    resources.

2       Q     Might that be the issues that were --

3    that work log?  Remember I asked you about the

4    ones that are:  Renovate space for

5    accountability, see plans?  Are those --

6       A     Again, I am not familiar enough with

7    the subtleties of that to be able to give a

8    100-percent answer.  I was not involved in the

9    development of that work plan.

10      Q     Okay, so as we sit here today, the cell

11   and shower areas are not ADA-compliant?

12      A     I have no personal knowledge of what

13   the status is of those shower areas, so I can't

14   give you --

15      Q     You have no knowledge that they've been

16   made ADA-compliant?

17      A     Correct.

18      Q     Okay.  Now does it seem likely to you

19   that the prisons have been changed over the years

20   to make them less compliant than they were previously?

21      A     Am I understanding your question?

22   Have, over the years, have the facilities been

23   made less compliant?

24      Q     In other words, if they're not

25   compliant now, or they weren't compliant as of

```
 1     the date of your report, do you think it's likely

 2     that they were compliant in say 2006?

 3         A      No.

 4         Q      Or 1998?

 5         A      No.

 6         Q      Or 1996?

 7         A      No.

 8         Q      Okay, are there any other facts that

 9     you can think of or documents that you relied on

10     in reaching these conclusions, other than what's

11     stated in your report and what we've discussed

12     today?

13         A      No.

14         Q      And does this report contain, and in

15     combination with your deposition, contain your

16     complete opinion as to --

17         A      With the caveat that I'm getting, like

18     the Augusta State thing just came in, I got that

19     yesterday from counsel, and there may be

20     something I get in from the Diagnostic Center, so

21     I may be asked to amend my report.

22         Q      Well, that would be the next question:

23     If you have any additional opinions or

24     conclusions, would you be supplementing that with

25     a final report?
```

1     A     To the best of my knowledge, yes.

2           MS. SHALF:  I think I'm done, but

3     I'm sure Jason will cover anything that I

4     haven't thought of.

5           MR. BEACH:  Put a lot of faith in me.

6           Mr. Atlas -- I'm sorry, I apologize,

7     I called you Mr. Atlas, I apologize,

8     Dr. Atlas, I was introduced earlier, and

9     again my name is Jason Beach, I represent

10    Tony Goodman in his companion case with

11    Mr. Miller's.

12          I'm just going to ask you a few

13    questions today, try not to be

14    repetitious.  I've been copiously taking

15    notes with what Sarah asked, so we

16    shouldn't have any of that.

17          And I apologize if these sort of pop

18    around to different subjects, but I just

19    want to make sure we get down as quickly

20    as possible.

21                 CROSS-EXAMINATION

22    BY MR. BEACH:

23    Q     Early in your deposition you mentioned

24    that, under ADAAG, that there were some

25    drawbacks, as opposed to proceeding under the

1    UFAS.   Specifically what would be some of those

2    drawbacks, or baggage, I think you used the term,

3    with ADAAG?

4        A      The scoping requirements, or where they

5    want each accessible classification to have

6    accessible cells.   Those are issues that are not

7    even brought up in UFAS.

8            The idea, basically, essentially the

9    scoping requirements, if you had to capsulize it,

10   scoping requirements were not part of UFAS,

11   especially because there wasn't even a section

12   there on judicial facilities or correctional

13   facilities.

14       Q      So if, for instance, the I Georgia

15   Department of Corrections chose to go with ADAAG,

16   what sorts of tradeoffs are they accepting, what

17   sort of baggage with that decision, as opposed to

18   them going with UFAS?

19       A      Well, the UFAS might require more cells

20   to be compliant, but it doesn't tell you what

21   kind of cells or where they need to be.

22           The ADAAG says what kind of cells, and

23   that they have to be distributed evenly

24   throughout the system -- well, not through the

25   system, I mean let me restate -- let me retract

1    that, evenly distributed among the classifications.

2         Q     And you stated earlier in deposition I

3    believe, correct me if I'm wrong, that the

4    Georgia Department of Corrections follows ADAAG,

5    is that correct?

6         A     To the best of my knowledge, based on

7    the review of the Accommodations Plus document.

8         Q     And is that for the entire system, or

9    can certain prisons, say can ASMP choose to go

10   with UFAS, and GSP choose to go with ADAAG?  Is

11   that possible?

12        A     That was asked and answered, and it's a

13   system-wide decision, not a facility decision.

14        Q     All right, and can you tell me each

15   cell that Mr. Goodman has been housed in at ASMP?

16        A     That was asked and answered.

17        Q     And what was your response?

18        A     No.

19        Q     And at GSP?

20        A     I only can -- what's documented in my

21   report of where they were when I visited them in

22   November of '08.

23        Q     Okay.

24        A     That's the only information I have.

25        Q     Okay, and do you know the

1    classification levels of Mr. Goodman, all the

2    ones that he has had since January 1st, 1990?

3       A    No.

4       Q    Okay.

5       A    Again, that was asked and answered, I

6    do not have access to their records or their file.

7       Q    Great.  Did you speak to someone at the

8    Department of Justice about this case at all?

9            And by "this case" I mean either the

10   Miller or Goodman case.

11      A    Yes, but I didn't -- it was -- you

12   know, I called the 800 number and got one of

13   their field reps on the line, and I didn't take

14   notes per se.  I just wanted to double-check

15   about the status of the interim regulations, and

16   was I going to ever live long enough for them to

17   actually adopt this now as the final rule?

18           So I was asking -- you know, this is

19   back three or four months ago, so I needed some

20   clarification on -- the purpose of my questions

21   were:  What is the status of which regulations in

22   force at the moment?

23           Because I -- again, because based on

24   like on your questions, there's intention, you

25   know, based on the interim rules, but the Final

1    Rule is actually still what was passed earlier,

2    but now they've just passed some new regulations

3    on '04, and it's confusing even to me.

4            I am not exactly sure what's approved

5    and what's not approved at this point.

6        Q    About how long was that conversation,

7    do you recall?

8        A    It was back in probably October or

9    September, October of last year.

10       Q    I'm sorry, I probably wasn't clear, I

11   was asking in terms of duration of the actual

12   phone call.

13       A    Oh, 45 minutes, half-hour.

14       Q    Do you remember the name of the field

15   representative you spoke with?

16       A    No.

17       Q    Does the name Chris ring a bell at all?

18       A    No, I'm sorry, I don't.

19       Q    Do you know what the TA Division of the

20   Department of Justice is?

21       A    Technical Assistance?  Yes.

22       Q    Okay.  I'm going to go through some of

23   the documents very quickly that you produced, and

24   I'm going to give you back your originals here.

25            Sarah, if you could pass that down,

1    that would be great.  Thank you.

2              The first thing I'd like to draw your

3    attention to, and we may or may not enter these

4    into evidence, just depending on what the answers

5    are, the first document you have on the top says:

6    Augusta State Medical Prison, and 3001 Gordon

7    Highway.

8              Do you see that document?

9    A    Yes.

10   Q    Great.  If you could turn to, I believe

11   it's the last page, the bottom picture has that

12   caption that says:  Access to outside urinal.

13   Can you see something at the bottom of that

14   urinal?

15   A    Yes, there's a architectural barrier

16   there, and I brought that to the attention, that

17   that needs to be removed and/or taken away, that

18   entire urinal.

19   Q    And exactly why is that?  Would a

20   person with a wheelchair be able to use that

21   urinal with that barrier in place?

22   A    That's correct.

23   Q    Okay.

24   A    Would not be able to use that.

25   Q    Correct, thank you.

```
 1              The next document that I'd like to draw
 2     your attention to, and you may be able to answer
 3     this quickly, there is a check in -- it looks
 4     like a copy of a check that is from the
 5     Cincinnati Insurance Company, Cincinnati
 6     Indemnity Company, in the amount of $2,200?
 7          A     Yes.
 8          Q     Is that in regards to either of these
 9     two cases?
10          A     Yes, that's the retainer check.
11          Q     Okay.
12          A     The initial retainer check, it came
13     from the defense.
14              MS. WILLIAMS:  It's from DOAS.
15              MR. BEACH:  Okay, those are all the
16           questions that I have of the documents
17           that you produced.
18              MS. WILLIAMS:  I do have just a
19           little follow-up here.
20              MR. BEACH:  Okay, sure.
21                    CROSS-EXAMINATION
22     BY MS. WILLIAMS:
23          Q     In your report, even though you didn't
24     visit Georgia Diagnostic Prison, we haven't
25     discussed you coming to look at the prison, but
```

1    there may be -- I may need to schedule you to do

2    that sometime in the near future.  How does your

3    schedule look as far as that goes?

4         A       February, March are pretty good.

5         Q       Okay, have you had a chance to look at

6    the photos that was -- that I handed to you

7    yesterday from Steve Jones?

8         A       Yes.

9              MR. BEACH:  Was that just a

10        follow-up, Pattie?  Because I wasn't --

11        I still have a few more questions.

12             MS. WILLIAMS:  Oh, I thought you

13        were done.

14             MR. BEACH:  I was done with those

15        particular -- with that particular section.

16             MS. WILLIAMS:  Oh, I'm sorry.  I

17        thought you meant you were done.

18             MR. BEACH:  No, it's okay.  I just

19        thought, as I was listening to your

20        question, I thought:  I think she's about

21        to start.

22             MS. WILLIAMS:  I'm sorry.

23             MR. BEACH:  It's my fault, I should

24        have been more clear.

25             MS. WILLIAMS:  I apologize.

1            CROSS-EXAMINATION, (Continued)

2     BY MR. BEACH:

3          Q     Dr. Atlas, I'd like you to turn to your

4     expert report now, if you have a copy of that in

5     front of you.  And I'm looking at page 14.  It's

6     the paragraph under the title Accessibility

7     To-Date.

8          A     Okay.

9          Q     And I believe you answered this before,

10    but I just want to confirm.  You say:  Regardless

11    of what the conditions and practices of the

12    prisons were in 1997 and 1998, when the lawsuits

13    were filed, I was charged with evaluating the

14    conditions in today's correctional environment to

15    comply with reasonable accommodations of program

16    accessibility, correct?

17         A     Yes.

18         Q     So you have no opinion on the ADA

19    compliance of either GSP, ASMP or Georgia

20    Diagnostic before the date of your report, correct?

21         A     That's correct.

22         Q     Okay.  I'd like to direct you to

23    page 16 of your expert report.  I'm looking at

24    the paragraph that begins:  Unit 10-A and 10-B.

25         A     Yes.

1    Q    The last line of that paragraph says:

2    However, unit B-1 provides alternate delivery of

3    acute care for mentally disturbed inmates.

4         What is the alternative, exactly?

5    A    If I remember correctly, what makes

6    unit B-1 is that they have an inmate who is

7    having mental-health issues, there are not

8    architectural barriers there, so they can house

9    an inmate in that unit and then provide

10   counseling and/or medication and/or retraining or

11   whatever is necessary.

12        So if they have an inmate that has

13   disabilities, he would be brought to B-1 where

14   architecturally you don't have the problems or

15   barriers, and then they could -- and they would

16   bring the services to that person.

17   Q    So is this sort of an alternate program

18   type issue, rather than a bed issue?

19   A    Yeah, correct.

20   Q    The next part I'd like to draw your

21   attention to is page 17 at the very top of the

22   page, I think Sarah went over this generally, but

23   the first full sentence says:  The sitting areas

24   comply with tables that have cutouts for persons

25   in wheelchairs to sit at.

1          The next sentence:  The bathrooms have

2    been modified and are compliant.

3          For both of those, do we -- do you know

4    exactly when those were made compliant?

5       A     No.

6       Q     Were those due to Mr. Mazz's --

7       A     I don't have knowledge one way or the

8    other, but they were clearly expressed to me by

9    the prison staff that they were done recently,

10   and it would be reasonable to assume that it was

11   as a result of this litigation and/or subsequent

12   reports.

13      Q     So your guess is that probably these

14   modifications were done in the last year or so?

15      A     Yes.

16      Q     Okay.  The second area I'd like to

17   direct your attention is directly under the

18   opinion paragraph, same page, page 17, where it

19   says:  Augusta State Medical prison is

20   ADA-compliant.

21          And I just wanted to clarify something

22   that you were discussing with Miss Shalf.  Now

23   the ADA applies to the entire facility, correct?

24   Not just the beds?

25      A     That's correct.

1    Q    Okay, the next portion under the

2  heading Georgia State Prison, in the second

3  paragraph:  The officers on duty in these areas

4  assist the inmates with their wheelchairs.

5          What sort of training, if any, do the

6  officers on duty receive?  Do you know?

7    A    I have no information on that.

8    Q    Okay, would you, would you recommend a

9  sort of training?

10   A    Well, there should be standard

11 operating procedures, there should be post

12 orders, and that always involves, you know, a

13 sergeant or captain or lieutenant that's

14 providing some kind of briefing and/or training

15 so there -- whether it comes in the academy or

16 not, not likely, but more likely it's going to be

17 institutional-specific.  And that would hopefully

18 come from the higher-ups on down.

19          So yes, there would obviously need to

20 be some discussion and/or training of what is the

21 most effective and legal way of handling that.

22          In an ideal world you're not supposed

23 to be -- inmates, as long as they're physically

24 able to push they're own wheelchair, are not

25 supposed to be pushed.

1        However, in a health-care environment

2   and/or a corrections environment it's not, it's

3   not the same as if we were going to the movie

4   theater or a shopping center or, you know, the

5   Whole Foods Market.

6        For example, even of those who are

7   able-bodied, when you go to a hospital and you're

8   checking out of a hospital, guess what?  You're

9   in a wheelchair and someone is wheeling across

10  into that front of lobby, and you have no say in

11  the matter, it's like:  Shut up and sit there.

12       So, you know, in those kind of

13  environments it's part of the procedure for a

14  continuum of a delivery of service, as compared

15  to:  I'm insulting you because I don't think

16  you're competent enough to wheel your own

17  wheelchair.

18       And again, that's where some of the

19  subtleties of this comes in, where on one hand

20  you have to be empowered to take care of

21  yourself, and the people that want to be as

22  able-bodied or as empowered as they can be; on

23  the other hand, there's nothing wrong in a

24  health-care environment or a corrections

25  environment that I have to be brought to a shower

1     area or a little boost up the gym because I have

2     a hill in Georgia.  It's not a deal-breaker in

3     that regard.

4            I'm providing that alternate delivery

5     of service where I don't have enough upper-body

6     strength, but I've got, you know, 200 trustees

7     who would be only too happy to provide a little

8     extra service, and they get an extra slice of

9     bread for doing it.

10    Q     Let me clarify, tell me if I misstate

11    this, but it's your opinion that GSP is

12    ADA-compliant in terms of inmate housing, is that

13    correct?  But it's not in terms of the visitor

14    types of facilities?

15           Is that a correct statement?

16    A     No.

17    Q     Okay, please clarify.

18    A     No, Georgia State Prison is not --

19    well, it's not that -- Georgia State Prison is

20    not ADA-compliant, but it's not in violation of

21    the ADA.  There's a difference.  It's a thin line

22    there.

23           But just because they're not have

24    all -- just because they're not a barrier-free

25    institution, except for the public areas -- let

1    me re-qualify the question.

2            Georgia State Prison is not a compliant

3    facility with ADAAG in their residential housing

4    areas.   That's an accurate statement.

5            Georgia State Prison is a compliant

6    facility in regards to their public spaces where

7    the public interacts with the inmates.

8            Does that clarify?

9    Q     It does.   Thank for that clarification.

10           Why then, if Georgia State Prison is

11   not -- may not be ADA-compliant, but it's not in

12   violation of the ADA as you said, why would the

13   Department of Corrections transfer prisoners from

14   GSP to, say, ASMP?

15   A     Because currently, or when I was there,

16   they still had a couple of inmates who had

17   physical disabilities that would, under normal

18   circumstances, require a barrier-free environment.

19           And pretty much I brought to the

20   attention of the powers that be that those people

21   need to be out of here yesterday.   Immediately.

22   Q     Okay.

23   A     And so the transfer here is about:

24   Make up your mind.   If you're going to house

25   inmates with disabilities here, then open up the

1  money pit and throw money shamelessly at the

2  problem until it goes away, or don't have people

3  here with disabilities and put them in a place

4  that they can provide the best quality of service

5  and accommodations, and just deal with your

6  public spaces where grandma, who's coming in with

7  a disability, can be reasonably accommodated.

8           And you have to do that anyways,

9  there's no choice on that now.

10     Q     Are you aware that Mr. Goodman was

11  housed at GSP for a certain period of time?

12     A     Yes.

13     Q     Now I'm looking at, I believe it's

14  Exhibit C to your expert report that lists

15  various cases and litigation that you've been

16  involved in?

17     A     Yes, Sir.

18     Q     That's approximately I guess a little

19  over 500 cases, is that correct?

20     A     Probably something like that.

21     Q     Now I'd like to direct your attention

22  to Exhibit D of your expert report.  The first

23  letter that is in there entitled:  ADA-compliant

24  Braille signs, that letter is dated November 6,

25  2008, correct?

1     A     Yes, Sir.

2     Q     Is that -- is it your understanding

3    that that's the date that that policy was

4    instituted?

5     A     Yes, Sir.

6     Q     Okay, the second letter, subject line:

7    Inmates needing ADA access, that's also dated

8    November 6, 2008?

9     A     Yes, Sir.

10    Q     And it's your understanding that also

11   is the effective date of that?

12    A     And, you know, what you're seeing here

13   is that as an outcome of my visit, and legal

14   counsel from the State of Georgia being with me,

15   that where we saw that problems could be solved

16   with administrative orders and/or post orders or

17   policies and procedures, it was done.

18          And it was done timely and it was --

19   the Department was responsive to the request

20   that, it couldn't be just informal, well, yeah,

21   we know not to do it, okay, I need it in writing,

22   and I need it in writing right now.

23    Q     And was that also fair to say that it

24   was in response to Mr. Mazz's report?

25    A     No, because Mazz was way off-course.

1    He's looking at the height of toilet seats.  It's

2    like:  Okay, that has nothing to do with what

3    inmates I put where.

4        Q     So none of the corrections that are

5    going on in any of the facilities have anything

6    to do with that report, is that what you're

7    saying?

8        A     Not directly.  Indirectly it does,

9    because it's part of the litigation, so I mean

10   I'm not -- I don't have my head in a hole in the

11   ground.

12           I'm saying that just because a grab bar

13   doesn't meet the compliance height as per

14   Title III ADAAG regulations has nothing to do

15   with where I choose to house inmates with

16   behavior problems or with disabilities.

17           That's a management decision, that's a

18   programmatic decision, that's a Title II decision.

19           And so I'm saying, with Mazz's report

20   being focused totally toward architectural

21   barrier-removal, he didn't talk about

22   programmatic issues at all in his report.

23       Q     And you were hired by defendants in

24   response to this litigation being filed though,

25   is that correct?

```
 1        A     That's correct.
 2        Q     Okay, the next letter in Exhibit D,
 3  subject line:  Inmates needing ADA restroom
 4  accessibility in mental health department, that's
 5  also dated November 6?
 6        A     Correct.
 7        Q     That would be the effective date?
 8        A     Same stuff, different memo.
 9        Q     Okay, so the next letter, the same
10  thing, the one:  Inmates needing ADA --
11        A     Same stuff, different memo.
12        Q     Same answer for inmates needing ADA
13  access?
14        A     That's correct.
15        Q     The same for the next letter:  Sign for
16  inmates with speech and hearing difficulties?
17        A     That's correct.
18        Q     Okay.
19        A     So this was a result of me saying:  I
20  want to see it in writing so that it's clear for
21  everybody, for inmates and for staff and for the
22  attorneys, that this is our policy for our
23  department and this is what we're going to stand
24  behind.
25              MR. BEACH:  Thank you.  Those are
```

1    all the questions I have.

2         MS. WILLIAMS:  I don't think I'm

3    going to ask you any.

4         THE WITNESS:  Smart choice.

5         And I'll read, not waive.

6         MS. WILLIAMS:  You said that earlier.

7         THE WITNESS:  Can we keep on record,

8    just to acknowledge how long we've been

9    here and what we estimate?

10        I'm showing 4:30, we started at

11   10:00, I'm taking off an hour for lunch,

12   so help me with the math here, 11:00,

13   12:00, 1:00, 2:00, 3:00, 4:00 and a half,

14   4:30, and then --

15        MS. WILLIAMS:  Five and a half.

16        THE WITNESS:  Take off -- all right,

17   four and a half, we were paid for three,

18   so I'm going to bill you for an hour and

19   a half.

20        MR. BEACH:  If you would just send

21   me that invoice, we'll be happy to --

22        THE WITNESS:  Okay, we're in

23   agreement that I'm okay with my math?  So

24   I'm going to bill you for an hour and a

25   half.

1          MR. BEACH:  Okay.

2          THE WITNESS:  All right.

3          THE VIDEOGRAPHER:  Going off the

4     video record at 4:35.

5          THE REPORTER:  You want this transcribed?

6          MS. SHALF:  Yes.

7          THE REPORTER:  Do you want a copy?

8          MR. BEACH:  I would, thank you.

9          THE REPORTER:  Miss Williams, do you

10    want a copy?

11         MS. WILLIAMS:  I want a copy of the

12    transcript.

13    (Thereupon, at 4:35 p.m., the deposition was

14    concluded)

15

16                    _____

17                    DR. RANDALL ATLAS

18

19    Sworn to and subscribed before me
      this _____  day of _____, _____.
20

21

22

23    _____
      Notary Public in and for
24    The State of Florida at Large.

25

```
 1              CERTIFICATE OF COURT REPORTER

 2

     THE STATE OF FLORIDA:
 3                        SS:
     COUNTY OF MIAMI-DADE:

 4

 5         I, CLAUDIA REAM-PINEDO, a Registered

 6   Professional Reporter in and for the State of

 7   Florida at Large, do hereby certify that I was

 8   authorized to and did stenographically report the

 9   deposition of DR. RANDALL ATLAS, a witness called by

10   the plaintiff in the above-styled cause; that the

11   witness was first duly sworn by me; that the reading

12   and signing of the deposition were not waived by the

13   witness; that the foregoing pages, numbered from 94

14   to 244 inclusive, constitute a true and complete

15   record of my stenographic notes.

16         I further certify that I am not an attorney

17   or counsel of any of the parties, nor related to any

18   of the parties, nor financially interested in the

19   action.

20         Dated this 29th day of January, 2009.

21

22         _____

23              Claudia Ream-Pinedo, RPR

24              Court Reporter

25
```

```
 1              CERTIFICATE - REPORTER NOTARY OATH

 2

 3

 4    THE STATE OF FLORIDA)

 5    COUNTY OF MIAMI-DADE)

 6

 7

 8

 9          I, Claudia Ream-Pinedo, a Notary Public

10    for the State of Florida, certify that DR.

11    RANDALL ATLAS personally appeared before me and

12    was duly sworn.

13

14          WITNESS my hand and official seal this

15    29th day of January, 2009.

16

17

18    _____

19          Claudia Ream-Pinedo, RPR

20              Notary Public

21

22

23

24

25
```

Claudia Ream-Pinedo
Commission #DD370128
Expires: Dec 22, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

**A**

abandoned 131:15
ability 107:10 147:4
able 118:2 131:5 164:14
  165:6 199:15 205:22
  220:7 227:20,24 228:2
  233:24
able-bodied 160:12 215:3
  216:8,17 217:7 218:6
  234:7,22
above-styled 243:10
absolutely 117:17,18
  118:22 119:10,14 120:1
  132:19 156:24 209:4,15
abuse 209:23
abused 209:24
academic 157:2
academy 233:15
acceptable 160:17,19,24
  161:23
accepting 223:16
access 110:14,24 146:15
  146:18 161:24 172:22
  182:12,17 183:21 208:23
  225:6 227:12 238:7
  240:13
accessibility 97:20 99:3
  142:14 203:16 209:6
  230:6,16 240:4
accessible 99:1,6,7 118:16
  135:2 139:25 142:6
  146:6,9,16 147:11 148:7
  148:25 152:5,15 156:23
  157:13,22 160:18 162:4
  165:22,24 168:1,19
  170:6 171:1,3,6 172:8,16
  174:1,5,13 181:16
  184:10,14 185:21 186:9
  187:12 188:25 189:3,7
  190:8 196:15 199:8,23
  205:8 210:23 211:1,1,4
  223:5,6
accommodate 127:5
  142:18 157:19 170:10
  175:6 185:4 210:11
accommodated 139:14
  142:3 176:8 211:15
  217:13 237:7
accommodating 109:1
  114:16
accommodation 152:7
  157:24 158:8 181:23
  201:1 203:9
accommodations 113:14
  121:18 152:12 142:1
  170:17 209:22 210:17
  212:3 224:7 230:15

237:5
accompanied 150:21
account 123:8
accountability 136:23
  165:12 220:5
accurate 202:10 236:4
acknowledge 121:6 188:13
  241:8
acknowledged 130:20
act 109:19 119:16 207:24
  217:25
acted 217:17
acting 175:10
action 94:6,11 143:7 151:9
  179:21 243:19
actions 151:11
active 139:8
activities 103:11 104:7,11
  105:5 106:17,19 107:5
  107:16,21 108:24,25
  109:4,24 111:14 118:3
  118:16,24 130:10 146:15
  159:23
activity 143:10 144:24
  145:22 147:15,22 150:20
  155:21
actual 104:24 177:7
  226:11
acute 231:3
ADA 97:3,20 99:11,13
  101:6,10 102:6 108:13
  118:8 119:23 121:21
  123:17 124:13,17,24,25
  125:14 128:20 132:20
  141:2 174:25 175:4
  181:11 191:12 193:7,11
  193:14 199:8 201:11
  203:16 210:16 211:20
  230:18 232:23 235:21
  236:12 238:7 240:3,10
  240:12
ADAAG 95:12,21 96:1,2,9
  106:12,20,22 116:12
  137:6 181:1,3,5 198:24
  205:14,23,25 211:11
  222:24 223:3,15,22
  224:4,10 236:3 239:14
ADA-complaint 184:10
ADA-compliant 170:25
  180:18,21 187:4,6
  192:20 202:20 203:18
  204:10,19 205:17 206:7
  208:9 211:19 212:25
  215:23 216:1,4,13
  218:11,12 220:11,16
  232:20 235:12,20 236:11
  237:23

ADA-related 125:8 133:10
add 198:18
added 172:13 188:15
adding 140:16 163:17
additional 221:23
addressed 126:20 173:20
  186:14
addressing 115:25
adjoining 135:15 152:4
  190:3,4 191:4
adjusted 134:21
administration 143:14
administrative 105:20
  143:11,13 144:12 149:11
  150:2 182:24 210:24
  214:13 217:1 238:16
administratively-wise
  149:20
administrative-seg 194:23
adopt 225:17
advantage 207:23 209:11
advice 129:5
advised 104:3
affairs 103:17
affect 106:10,23
affidavit 218:24
afternoon 95:8
age 130:14 131:8,15
  161:17
aging 176:25
ago 111:9 112:4 118:12
  128:11,14 225:19
agree 117:3 131:20 167:17
  173:23
agreed 130:22 167:17
agreement 114:3,4 241:23
AG's 102:18
ahead 96:25 105:4
AIDS 175:10
air-conditioning 133:2
al 94:7,12
alleged 123:9,15
alleges 122:19
allow 194:4 196:10
allowed 208:18
alteration 141:3 142:21,22
  142:24 143:9 144:23
  145:3,19,21 147:12,14
  147:17,19,21,24 148:22
  149:7 150:16 151:10,12
  151:22 154:16,19
alterations 137:15 154:8
  162:15 204:14,17 206:1
  210:2,5 211:21
altered 147:5 158:6
altering 164:24
alternate 231:2,17 235:4

alternative 155:15 156:17
  162:15,16 231:4
alternatively 107:20 118:3
  158:15
alternatives 153:25 154:18
  155:9,12
amend 221:21
American 170:1
amount 108:25 140:6
  145:18 153:1 163:10,12
  228:6
analogy 100:14
analysis 108:6,21 110:20
  116:20 154:14
and/or 100:8 105:19,19
  109:8 121:16 122:2
  132:4 145:14,14 169:6
  170:1 175:24 187:17
  188:5 205:14 211:23
  227:17 231:10,10 232:11
  233:14,20 234:2 238:16
anew 154:10
angle 152:21
answer 95:24,25 99:19
  102:21 116:25 117:11
  154:22,25 172:1 173:17
  175:3 186:16 187:19
  214:13 216:15 219:2,12
  220:8 228:2 240:12
answered 224:12,16 225:5
  230:9
answers 135:4 148:15
  227:4
ANTHONY 94:4
anybody 165:16
anymore 101:17
anyways 237:8
apologize 96:12 222:6,7
  222:17 229:25
apparent 185:1
apparently 98:7 182:21
  202:3 207:1
appeared 133:14 244:11
appears 167:6 201:24
appendices 96:16
appendix 96:4
apple 167:13
applicable 117:18,19,22
application 157:1
applied 171:15
applies 167:24 232:23
apply 154:15 173:13,14
  213:18
appropriate 108:7 139:3,3
  207:5,13 208:11,17
  211:24 212:22 213:1
  215:12 216:11

approved 226:4,5
approximate 102:13
approximately 95:5
    102:13 237:18
April 201:10
architect 98:14 99:21
    160:1
architectural 96:4 99:18
    103:9 107:17 117:4
    119:3,16,21 121:10
    129:11 134:16 138:22
    148:1 152:17 153:1,5
    155:7 156:14,18,21
    157:25 162:4 180:22,24
    185:25 186:18 194:21,24
    195:13 196:13 209:21
    227:15 231:8 239:20
architecturally 118:1
    130:7 149:22 171:5
    183:13 205:9 231:14
architectural-barrier
    117:9 118:20 188:9
architecture 99:24 130:15
area 139:3 180:10 192:9
    204:5 207:7 232:16
    235:1
areas 132:12 134:6 140:3
    141:17 174:3 205:18
    206:19 210:20 211:17
    215:10,11 219:6,7,10,11
    219:16,17,18 220:11,13
    231:23 233:3 235:25
    236:4
arrange 214:17
art-deco 118:10
aside 144:14 163:16 173:7
asked 102:1,4 103:23
    106:13 109:8,10,11,20
    110:19 115:4 121:7
    125:4 129:9 141:7
    155:25 166:10 185:5
    187:2 194:14 196:7
    197:6 200:17 219:1
    220:3 221:21 222:15
    224:12,16 225:5
asking 106:21 110:15
    126:2 133:12,13 156:1
    178:8 199:20 225:18
    226:11
asks 126:25
ASMP 224:9,15 230:19
    236:14
aspect 194:21,24 195:19
assaulting 196:1
assaults 105:16 106:3,7
    108:4 160:10
assessment 133:13

assign 128:3
assigned 124:14
assignment 126:9
assist 135:14 206:19,23
    208:14 209:14 233:4
assistance 200:15,16,20
    201:2 207:21,22 226:21
assistant 109:9 129:8
    141:12
assisting 207:7
associated 101:24 207:10
    207:12
Association 170:2
assume 131:19 147:10
    200:12 214:25 215:25
    232:10
assuming 143:15 180:3
    207:8
assumption 110:23
assurance 136:25
astronomical 145:17
Atlanta 97:17
Atlas 94:20 95:6,8 189:20
    222:6,7,8 230:3 242:16
    243:9 244:11
attached 113:5,6 126:12
    127:18 151:3,5 166:8
    179:15,20,22
attachments 115:16
attack 207:23 209:10
attention 111:24 112:15
    134:18 135:12 144:20
    185:13,14 197:23 203:25
    227:3,16 228:2 231:21
    232:17 236:20 237:21
attorney 166:24 243:16
attorneys 240:22
auditor 124:14
Augusta 111:19 114:21,24
    118:13 136:16 139:16,22
    139:22 146:2 165:2
    166:1 167:25 169:10
    170:19,22,24 171:6,11
    171:16 175:15 176:14
    177:22 178:14,22 179:1
    179:10 180:6 182:5
    189:22 201:12 202:19
    204:9 213:3,6,20 214:8
    221:18 227:6 232:19
authorized 243:8
available 109:4 111:15,16
    111:16 125:6 150:19
    155:15 157:20 213:9
Avenue 94:22
aware 123:14 124:10,12
    134:15 193:14,18,19,20
    194:4,11 237:10

awareness 125:13
A-3 143:5
a.m 94:25

——————————

                B

B 113:23 193:3,9
back 95:4,9 96:7 103:17
    112:23 113:18 114:15
    115:11 118:4 121:25
    125:12,13,15 126:13,15
    129:18,20 140:16 147:18
    159:18 162:9,10,14
    172:25 189:18,22 196:20
    198:17 206:5 214:8,22
    225:19 226:8,24
background 103:10 104:9
    207:4 209:2
backwards 164:1
back-ordered 197:7
bad 173:12
baggage 223:2,17
ball 124:19
bar 134:12,17,20,25
    148:17 196:18 197:4,6
    197:11 206:5,9 239:12
barrage 105:17
barrier 96:4 119:1,16
    227:15,21
barriers 107:17 119:21,25
    130:7,8 162:5 180:25
    186:1,1 231:8,15
barrier-free 118:1 171:6
    180:22 205:9 235:24
    236:18
barrier-removal 239:21
bars 132:15 140:16 164:14
    164:17,19 181:17,19
    190:22 196:20
base 109:6 175:18
based 110:1 122:20 123:3
    137:5 141:18 169:3,24
    171:20 187:23,23 188:1
    188:19 189:7,10 191:17
    191:20 195:14,15 207:4
    212:12 214:15,24 217:21
    224:6 225:23,25
basic 205:14
basically 130:19 144:18
    212:17 223:8
basis 135:23
bathroom 133:2 135:6,9
    135:11,13,15 140:15
    148:20,23 151:17 152:3
    152:8 163:2 186:7 189:3
    191:4 206:8
bathrooms 190:8 192:8,21
    196:17 232:1

Beach 118:11 123:2
    168:22 222:5,9,22
    228:15,20 229:9,14,18
    229:23 230:2 240:25
    241:20 242:1,8
beach 160:5
bed 181:15 231:18
beds 139:16 140:8 170:11
    170:11,13 171:1,3,4
    204:25 232:24
beg 184:4
Beginning 116:9
begins 230:24
behalf 140:25
behave 195:20,22
behavior 103:11 159:5
    195:20 239:16
behavioral 104:10 107:2,9
    108:16 139:9 158:25
    194:23 195:15 213:13
    216:25
behaviorally 196:8
behaviorally-oriented
    183:16
behavioral-problem
    195:10
believe 104:15 111:21
    113:23 114:22 116:10
    125:5 133:18 141:2
    146:2 149:1 172:3 186:6
    198:7,7 211:14 224:3
    227:10 230:9 237:13
bell 226:17
benefits 151:15 183:12
best 111:2 115:21 128:15
    131:3 133:24 139:4
    140:11 162:25 169:24
    172:1 176:8 181:10
    183:16 184:24 185:12
    191:9 205:22 213:9
    219:9,15 222:1 224:6
    237:4
better 159:2 205:1
beyond 130:16 205:13
    211:17
big 118:1 219:16
bill 241:18,24
bit 101:9 104:9 115:4
    162:21,21
black 148:14
blank 131:11
bless 164:9
blow 135:10 148:10
blowing 140:4
book 161:15,20,20
books 159:18 160:16
    161:6,7,17,21 182:12,15

bookshelves 162:6
boost 235:1
bother 140:1 146:19
bottom 201:14 206:18
   227:11,13
bouncing 162:10
box 176:21
boxes 183:7
brackets 206:9
Braille 120:8 134:10,10,17
   142:2,10 161:21 186:6
   237:24
bread 235:9
break 95:10 110:12
   171:24
breaker 164:13
Brickell 94:22
brief 161:22
briefing 233:14
bring 109:16,18 134:5,18
   135:12 159:11,15 174:9
   198:14,16 202:14 231:16
bringing 158:16 161:24
   177:25 205:23
broadly 101:9
brought 185:13,13 202:15
   203:13 211:12,13 223:7
   227:16 231:13 234:25
   236:19
browbeaten 203:5
budget 113:13 133:5
   201:11
build 164:2
building 95:16,20,20
   118:6,10 131:9,12,18,19
   131:20 132:4,5,6 133:15
   133:15,22 147:8 152:4,9
   157:3,12 166:1 168:5
   171:1 182:1 189:24
   190:1,5 192:8 194:1,5
   196:15 197:10 199:9
   216:1
buildings 131:17 168:1
   169:6
built 118:6,11 132:14,20
   158:6 163:20 181:25
bump 162:20
bunch 205:4 208:6
bunk 171:2
burden 141:3,4 143:11
   147:17,24 148:3,21
   149:2,5,7,11 151:10
   154:16
burdens 144:12 150:2,16
   151:10,13
burdensome 153:25
bureaucracy 219:25

bureaucratic 130:21
   213:23 214:13,23
bus 214:18,20
business 119:12 160:2,3
buy 146:12 153:15
B-1 231:2,6,13

C

C 100:22 193:9 237:14
cafeteria 135:6
calendars 110:5
call 101:25 133:6 226:12
called 121:10 198:5
   202:11 205:21 222:7
   225:12 243:9
calling 144:21
campus 132:10
cancel 120:6
capital 133:6
capital-funding 219:24
capsulize 223:9
captain 233:13
caption 227:12
captured 169:12
car 210:22
care 111:11 122:8 153:13
   156:5 170:15 173:23
   179:5 181:22 217:1,6
   231:3 234:20
caretakers 207:15,17
carrels 192:1
carrying 98:23
case 100:24 101:6,23,24
   102:1,5,19,25 103:15,20
   107:24 113:21 119:11
   121:4 127:21 128:6
   142:12 149:12 178:24
   180:22 222:10 225:8,9
   225:10
cases 100:25 101:7,10,12
   138:9 228:9 237:15,19
categories 174:2
caught 203:25
cause 243:10
caveat 112:10 119:17
   221:17
cc'd 176:19
CD 135:17
cell 111:20 147:11,20
   148:6 158:16 159:13
   172:7,16 175:5 180:13
   187:3 208:8,12 212:17
   215:6 219:6,10,16
   220:10 224:15
cells 98:12 99:1,6,7 110:12
   111:22 112:4,6,8,14
   147:8 160:22 167:21

168:1,15,17 169:4
   170:25 171:6,16,21,22
   172:6,19 173:3,8,15,15
   174:1,5,13 180:15,17,23
   181:13 184:10,11,15,23
   185:2,7,10 186:25 195:8
   202:20 216:6 223:6,19
   223:21,22
center 115:5 119:4 131:15
   162:13 164:5 213:24
   221:20 234:4
certain 113:6 130:4
   139:20 160:14 161:8
   211:24 224:9 237:11
CERTIFICATE 243:1
   244:1
certify 243:7,16 244:10
cetera 128:25,25
CFR 117:24 143:3
chair 165:6 201:5 207:20
challenge 102:6 199:4
   200:16 217:2
challenges 105:18 132:17
chance 229:5
change 108:5,8,10,20
   138:5,6,8,9 140:13
   146:20 148:2,16,24
   155:13 157:25
changed 147:3 190:21,22
   198:10 220:19
changes 112:21 114:17,25
   115:1 123:23 125:16,18
   125:20 136:8,11 138:22
   141:5 148:9 155:16
   156:18,21 158:13 190:21
   201:16 205:15
changing 138:13 140:15
chapel 109:13,18 192:19
chaplain 109:16
charged 230:13
check 160:15 203:21 228:3
   228:4,10,12
checked 131:22 137:2
   204:5
checking 204:6 234:8
checklist 110:2 206:4
child 107:12 139:13 183:2
   195:17 211:4
children 139:10 183:11
China 195:3,3
choice 95:13 148:8 166:2
   237:9 241:4
choose 106:22 107:12
   158:20 224:9,10 239:15
chooses 106:19
chose 223:15
Chris 226:17

chronologically 115:21
Cincinnati 228:5,5
circle 136:21
circumstances 236:18
cite 150:4
Civil 94:6,11 169:25
clarification 128:2 225:20
   236:9
clarify 127:11 210:4
   232:21 235:10,17 236:8
class 157:10,10,16 158:3,4
   158:23 159:11,11,12
   176:10
classification 104:25
   108:16 109:22 110:17
   126:8 131:1 168:7
   171:15,25 173:14 177:20
   182:20 194:8,16,19,22
   195:13,15 196:13 213:8
   213:23 223:5 225:1
classifications 173:11
   224:1
classified 104:12,14,16
   130:4 142:17 158:2
   175:14 176:4 179:9
   195:12 196:3,8,9,11
   212:8,15 218:3
classify 128:3
classifying 211:23
classroom 157:9,17,17,20
   157:21 159:10
classrooms 190:7
Claudia 243:5,23 244:9,19
clean 133:20 187:21
cleaned 186:18
cleaning 109:25
clear 127:15 153:11,19
   155:24 156:1 157:1
   175:25 199:19 217:15
   218:9 226:10 229:24
   240:20
clearance 181:14
clearly 132:9,22 137:2
   139:5 140:8 158:22
   188:8 209:4 216:21
   232:8
clinic 185:25
clock 103:22
close 149:9 157:4,6 163:3
   164:6,16 167:20
closed 173:9
closer 162:18,22 163:21
coin 152:3
Collectively 203:10
color 217:21
Colorado 97:18
combination 149:24

221:15
come 101:23 110:7,8
  113:18 120:7 142:23
  149:19 152:21 153:21
  155:21 159:15 165:7
  175:8 196:21 208:11
  210:11,24 233:18
comes 213:22 214:18
  233:15 234:19
coming 121:11 142:5
  210:21 228:25 237:6
comment 123:3 138:6
  172:12
common 146:17 153:8
  158:9 160:25
common-area 211:9
communicate 142:12
communications 128:24
community 108:18
companies 184:3
companion 222:10
Company 228:5,6
compared 103:21 108:17
  162:2 169:14 171:11
  234:14
comparing 215:2
compensated 113:20
competent 137:8 234:16
compiled 121:3 181:5
compiling 116:19 120:22
complete 114:25 195:22
  221:16 243:14
completed 136:14 204:14
  204:18 206:2 210:2
  218:19
completely 147:9
compliance 99:13 102:6
  103:25 104:1 123:16
  124:25 141:1 150:11,15
  198:15 230:19 239:13
compliant 108:21 152:9
  166:1 171:5 185:19
  190:9,16 192:10 193:6
  193:14 196:15,19,24
  197:9 200:11 204:2,3,24
  205:5,12 218:15,18
  220:20,23,25,25 221:2
  223:20 232:2,4 236:2,5
complicated 171:13
complied 181:11
complies 106:12
comply 106:24 119:6,15
  120:11 121:20,24 125:14
  151:1 153:20 155:7
  156:15 181:1,2 184:11
  186:13 193:4,4,11
  198:23 205:13 209:5

211:11 230:15 231:24
complying 121:15 122:2
compromise 151:24
compromises 149:21
compromising 151:24
computer 144:5
conceivable 156:10
concerned 209:2
concerns 176:7
conclude 180:11,17
concluded 180:23 242:14
conclusion 150:22
conclusions 221:10,24
concrete 145:14 163:4
  198:15 200:23
concur 217:3
condition 103:17 176:24
conditions 122:11,14
  230:11,14
conducted 114:18
conducts 187:11
conduit 145:17
confer 114:7
configuration 155:22
  185:3
confined 177:18,23 209:9
confirm 230:10
confused 194:17
confusing 194:17 226:3
conscious 142:17
consider 155:11
considerate 119:20 123:14
  140:10
consideration 106:15
  107:24 163:22
considerations 131:2
considering 150:18
consistent 150:23
constitute 145:22 147:13
  147:21 201:23 243:14
constitutes 145:20
construction 119:17,21,22
  125:10 132:10
construction-manageme...
  138:17
consult 98:7
consultant 207:5 209:3
consulted 98:1,6,8
consulting 98:12,15 99:4,7
contact 102:10 103:8
contacted 102:2,9
contagious 159:5,14
contain 174:4 221:14,15
contamination 159:17
content 103:2 124:5
contention 209:7
content-wise 124:5

continual 105:17
Continued 230:1
continuum 234:14
contraband 210:25
contractor 137:14
conversation 103:5 141:19
  226:6
conversations 137:19
copied 135:21 167:13
copies 123:24
copiously 222:14
copy 96:14,18,21 123:21
  167:11 228:4 230:4
  242:7,10,11
copying 113:12
corner 184:11,17 185:4
correct 96:18 106:5 109:9
  111:20 112:10 113:21
  117:10 118:8 119:10
  120:12 122:4 126:10,23
  132:1,23 137:16 150:12
  151:19 154:9 158:19
  164:18 167:9 173:6
  176:16 180:7 184:13,24
  185:20,23 186:16 187:7
  192:12 193:12 196:13
  202:2,16 203:19 204:12
  204:16 211:22 218:13
  220:17 224:3,5 227:22
  227:25 230:16,20,21
  231:19 232:23,25 235:13
  235:15 237:19,25 239:25
  240:1,6,14,17
correctional 223:12
  230:14
correctional-facility
  148:13
corrections 95:23 102:8
  124:11 128:20 137:12
  140:25 170:2,9,12 183:5
  207:14 209:13 213:7
  214:12,21 223:15 224:4
  234:2,24 236:13 239:4
correctly 117:12 134:20
  143:15 231:5
corridor 131:24
counsel 114:7 124:22
  129:8 165:21 175:23
  179:17 185:15 189:11
  221:19 238:14 243:17
counseling 159:8 187:11
  231:10
counselors 110:7 187:10
counsel's 185:14
counted 102:22
counter 191:25
countries 182:17

country 97:17
COUNTY 243:3 244:5
couple 95:9 124:4 151:24
  171:17 186:12 194:2
  197:8 236:16
course 112:3 137:18 197:5
court 94:1 121:16 122:3
  243:1,24
courts 121:16 122:2,9
courtyards 131:16
cousins 157:4,7
cover 201:5 222:3
covered 137:18,20
covering 163:8 182:7
cracks 176:23
create 170:8
creative 160:3
creed 217:22
crime 216:18
criteria 194:4
critical 165:5
CROSS-EXAMINATI...
  222:21 228:21 230:1
cuff 109:17
current 101:4
currently 104:1 112:9
  218:10 236:15
custody 172:10 183:1
cut 143:15 167:13
cutouts 231:24
cutting 205:11
CV 96:18,19

---

### D

D 127:19 143:6 237:22
  240:2
daily-activity 105:24
dance 120:8
date 102:15 118:5,7
  119:18 127:23 178:1,4,6
  204:19 218:11 221:1
  230:20 238:3,11 240:7
dated 179:25 237:24 238:7
  240:5 243:20
day 110:10 111:6 126:6
  130:1 146:3,12,16,18
  157:19 160:14 196:4
  208:21 242:19 243:20
  244:15
days 99:20 161:19
day-room 159:16
deadline 218:22
deal 121:17 164:13 218:24
  237:5
dealing 118:10 123:15
  135:7 145:6,13 148:13
  176:1 178:25 181:24

199:6 208:21
deals 103:21
deal-breaker 235:2
debate 169:19 174:20
  210:13
decade 111:7 112:22
  128:19 132:11 153:9
  173:22
decide 156:16 170:3
decided 170:5
decision 130:22 142:18
  150:11,15 214:1,3
  223:17 224:13,13 239:17
  239:18,18
defendants 94:8,13 114:7
  239:23
defense 228:13
defer 219:12
define 138:25 142:20,22
  149:2
defined 120:3 132:25
  177:20
definite 219:12
definition 199:7
deliver 107:20 118:3 120:4
  158:14,20 159:19,21
  161:8,15 206:11
delivered 107:16 109:15
delivery 118:23 231:2
  234:14 235:4
demonstrate 143:8
department 95:22 97:16
  102:8 111:17 124:11,16
  137:12 138:18 140:24
  141:8 151:7 166:23
  170:3,8,12 175:23 187:9
  188:10,14 201:9 213:7
  214:12,21 223:15 224:4
  225:8 226:20 236:13
  238:19 240:4,23
departmental 176:20
departmental-level 214:1
departments 170:4
department-level 214:23
depend 168:7
depending 119:18 171:15
  227:4
depends 145:4 149:12
  154:23 196:8
depose 218:24
deposition 94:17 95:6
  114:6 115:9 189:19
  221:15 222:23 224:2
  242:13 243:9,12
Depot 153:15
deputy 109:8 141:12,20
  185:5

describe 194:12
design 98:11,12,18 99:15
  100:20 132:14 147:3,5
  147:11 148:13 182:21
designated 124:16 170:17
  212:24
designed 99:6 100:5 131:5
  132:19 146:24
designee 150:18
designing 98:8 99:1,5
  100:7
desk 101:2
detail 103:5
details 95:11
detention 172:10
determination 106:10,23
determine 106:19,22
  109:3 154:13 168:3
determined 110:21
determines 176:10 214:6
determining 107:14
detox 172:11
develop 136:22
developed 127:10 135:24
development 220:9
develops 176:24
device 142:12 181:13
  196:21
devices 142:1 152:18
diagnostic 115:5 165:9,17
  165:25 178:17 179:1
  212:7,10,10,15 213:2,19
  215:8,16,19,21,23
  216:21,22 217:17 219:14
  221:20 228:24 230:20
diagrams 166:6
difference 112:23 140:21
  235:21
different 97:15 102:5
  103:9 106:13 108:20
  109:7 111:25 112:3
  140:2 144:2,10 152:14
  154:18 155:9 160:7
  173:10 180:15 182:11,22
  194:16 211:16 214:25
  218:4 219:6 222:18
  240:8,11
differently 217:7
difficult 138:7 147:8
  208:10 209:8
difficulties 240:16
difficulty 140:6
dimension 165:5
dining 109:25 188:25
  200:2,7,10 201:22
direct 107:23 141:18
  175:23 230:22 232:17

237:21
directed 138:18 141:12,20
directly 232:17 239:8
director 175:24 178:5
disabilities 123:9,9,13,18
  125:24 138:21,25 139:1
  141:14,15,23,25 142:7
  142:19 151:14 166:2
  170:10 171:9,11 172:21
  174:15 175:6,8 176:2,15
  176:18 211:25 217:5,5
  231:13 236:17,25 237:3
  239:16
disability 107:11 123:11
  139:3,5 172:18 216:5
  217:6,11,22 237:7
disabled 122:15,15 216:17
disagree 116:22 117:4,5
  117:12
disagreeing 117:15,16
disciplinary 105:12 107:6
  108:16 109:2 132:3
  160:8 171:22 172:10
  207:9 209:18 212:11,12
discuss 102:24 114:12
  189:24
discussed 129:7 185:15
  221:11 228:25
discussing 232:22
discussion 165:20 168:9
  169:11,13,21 174:18
  175:13,20 185:15 189:11
  210:13 214:15 215:24
  233:20
discussions 102:25 103:3
  124:22 127:25 129:21
  137:5 138:16 151:3
  169:25 175:12 218:20
disease 159:6
disparity 216:16
dispersed 174:1
dispersion 173:18,25
  174:5,18
disqualified 101:18
disruptive 107:3
distant 101:3
distinction 182:16
distinguishing 104:24
distribute 169:17
distributed 223:23 224:1
DISTRICT 94:1,2
disturbed 231:3
Division 94:2 226:19
divisions 103:10
doable 164:20
DOAS 228:14
doctor 183:20,21

document 100:13 127:2
  129:3 140:22 224:7
  227:5,8 228:1
documentation 109:12
  110:5 124:23,24 125:10
  165:18
documented 224:20
documents 102:4 103:7,13
  113:3 114:13,23 115:6,7
  115:8,22,24,25 116:1,2
  126:16 127:17 142:10
  221:9 226:23 228:16
dog 195:18
doing 97:13,14 99:6,10
  103:14 104:10 105:6
  107:18 111:17 112:19
  116:20 128:14 133:24
  155:15 158:23 161:13
  162:15,23 165:19 170:21
  205:11 206:14 219:14
  235:9
DOJ 169:25
DOJ's 167:12
dollars 140:19
DONALD 94:12
door 145:3,8,17 151:17
  152:13,14,20,23 153:10
  153:17,18 155:21 186:4
  189:5
doors 189:4 190:24 194:24
  194:25 196:25 213:16
doorway 144:25 151:18
  152:16 155:6
doorways 120:11 186:5
  187:16
door-threshold 132:16
dorm 139:16 171:2 174:13
  193:13 195:6 196:7
double-check 225:14
doubt 188:11
dozen 100:7 101:7 112:23
Dr 94:20 95:8 222:8 230:3
  242:16 243:9 244:10
draft 100:12 123:24 124:2
drafting 126:5
drafts 100:10 123:20
  124:1
draw 98:13 136:7 197:22
  227:2 228:1 231:20
drawbacks 222:25 223:2
drawing 131:11
draws 99:21
drill 188:22
drop 161:12
dropped 124:19
drug 108:19
dry 145:6,12 162:21 163:9

163:17
due 232:6
duly 243:11 244:12
duration 226:11
duty 118:14 206:18 233:3
  233:6

## E

E 94:12 120:13 137:21,23
earlier 97:24 103:25 124:2
  125:11 146:1 168:9
  174:7 193:6 202:25
  222:8 224:2 226:1 241:6
Early 222:23
easier 130:25 144:7
easily 181:16 219:21
easy 164:4
edited 123:22
educated 162:25
education 128:24 158:1,3
  159:2,7 188:23 189:24
effect 124:23 178:11 207:3
effective 118:5,7 233:21
  238:11 240:7
effort 121:15,15 122:1
  138:24 156:4 163:10
effortlessly 147:1
efforts 105:21,23,24
  118:21 181:1,2
eight 111:9 163:7
either 104:20 105:18
  116:15 118:19 125:5
  126:15 134:12 137:11
  146:5,8,10,11 149:19
  162:3 173:22 195:16
  207:19 225:9 228:8
  230:19
elaborated 168:9
electrical 133:2
element 164:24
elements 181:21
elevator 146:13 157:12,23
  185:22,22
emotionally 105:18
employed 137:11,13
empowered 159:1 234:20
  234:22
enclosed 208:25
encounters 176:23
encouraged 159:1
ended 124:7
engaged 105:15,17 106:3
  106:6
ensure 151:13
enter 227:3
entire 112:11 131:14
  146:11,12 148:9 151:21

152:13 168:2 169:9
  182:8 205:12 224:8
  227:18 232:23
entities 98:7
entitled 107:11,13,14
  109:13 159:1 237:23
entity 143:7 150:17 151:11
  151:15
entity's 158:19
entrance 137:9 199:9
entrances 199:10
environment 107:7 128:21
  130:12 133:23 158:7
  159:24 230:14 234:1,2
  234:24,25 236:18
environments 108:20
  234:13
equipment 159:16
errors 124:4
especially 128:20 207:16
  223:11
essentially 118:9 161:25
  223:8
established 109:21 209:16
estimate 241:9
et 94:7,12 128:25,25
evaluate 103:24
evaluating 123:7 230:13
evenly 223:23 224:1
eventually 184:5 199:17
everybody 240:21
everyone's 183:9
evidence 227:4
exact 134:8 167:14 170:20
exactly 133:8 165:19
  181:19 186:17 219:14
  226:4 227:19 231:4
  232:4
examine 182:4
example 111:23 134:11
  136:15 139:21 142:4
  145:25,25 147:7 151:16
  151:23 152:19 156:25
  158:22 159:4 160:7
  161:16 176:22 234:6
examples 149:16 162:12
  162:13
exception 145:20 197:10
excluding 171:2
Excuse 184:19
exhibit 96:11,17 100:22
  113:1,23 115:12,13,14
  120:13,16 127:18,19
  129:2 137:21,23 177:6,7
  177:8,8 179:23 201:6,8
  237:14,22 240:2
existence 96:22

existing 143:4 166:20
  181:25 200:12
expectation 217:15
expectations 130:17
expected 112:20
expense 140:6 145:18
expensive 145:10 146:2
  147:9 154:1 155:13
experience 97:20 110:1
  163:1 174:17
expert 96:15 100:25
  101:19 103:21 122:10
  230:4,23 237:14,22
experts 159:22
expert's 123:5 188:8,20
explain 167:24
explanation 140:14
explicit 117:23
explicitly 118:24
expressed 232:8
extend 164:19
extent 106:11,23 188:6
external 164:20
extra 235:8,8
extraordinary 122:7
  130:11 140:6 163:12
eye 163:25

## F

F 96:11 115:13,14 137:23
  177:6,7,8 179:23
facilities 98:8 102:7 111:8
  112:14 119:15 143:4
  154:21 166:20 170:9
  175:22 177:19 179:4
  183:22 209:4,20 220:22
  223:12,13 235:14 239:5
facility 100:5 106:11,12,19
  106:24 108:14 117:25
  118:12,14 119:24 131:14
  132:6 133:24 141:8,19
  154:12 156:12,16,17
  158:12 160:12 169:4,5,8
  169:16 170:16 174:23
  175:15 177:21 179:10
  181:25 182:8 191:11
  196:11 204:24 205:6,12
  205:16,22,23,25 206:6
  206:13 207:6 209:15
  213:10 214:5 215:13,18
  215:25 216:3,13,13
  224:13 232:23 236:3,6
facility's 158:19
facility-level 214:2
fact 107:25 119:4 147:23
  149:19 165:1 180:14
  182:7 188:13 191:20

194:2 202:11 217:3
facts 221:8
fair 206:12 238:23
fairness 132:24
faith 222:5
fall 176:25
falls 176:23
familiar 113:3 178:19
  215:20 220:6
far 103:10 106:16 109:23
  119:8 125:13 162:14
  163:12 167:18 218:17
  229:3
fault 229:23
feasible 210:2,5 211:20
feature 155:7
features 156:14 167:21
  198:18
February 210:3 229:4
feeding 128:25
feeling 170:2
feet 201:19,21
female 178:19
field 99:18 146:22 225:13
  226:14
figure 128:16 174:11
file 94:6,11 102:12 161:21
  225:6
filed 103:18 230:13 239:24
files 102:2
final 124:8 167:2 174:4,7
  206:4 221:25 225:17,25
financial 143:10,12,13
  144:12 149:11,11,15
  150:1
financially 243:18
find 135:19 137:24 142:7
  142:25 196:12
findings 116:22 117:5,6,9
  117:12 189:8
fine 107:15 170:13 179:6
  180:9
finishing 205:3
first 101:2,3 102:2,10
  109:21 112:13 125:1
  138:25 142:7,23 156:20
  157:21 161:1 175:13
  180:11 201:19 227:2,5
  231:23 237:22 243:11
Fiscal 201:11
five 146:7 200:18 201:4
  241:15
five-foot 136:20 181:14
five-percent 198:25
fix 103:16 162:16
fixed 198:6
fixing 155:9 205:11

fixture 164:21
fixtures 133:19 190:23
FL 94:23
flat 199:13
flimsy 145:7
floor 112:13 133:19 157:9
    157:11,21 166:10 195:1
floors 151:25
Florida 199:12 242:24
    243:2,7 244:4,10
flusher 134:13 196:19
focus 103:19 108:12
    138:24 141:15 178:24
focused 111:13 239:20
focusing 107:4
foggy 187:15
folded 166:11
folks 188:21
following 141:1,4 177:19
follows 224:4
follow-up 228:19 229:10
font 144:5
fonts 161:18
Foods 234:5
force 225:22
foregoing 243:13
forth 99:8 112:23 159:18
    162:10 171:23 192:1
    219:18
found 117:3,15,17 134:11
foundation 123:4 189:4
fountain 203:21 204:4
four 160:5 163:7,11
    225:19 241:17
Francisco 199:6,11
free 184:8 208:20
Friday 94:25
front 96:5 116:11 230:5
    234:10
full 123:13 175:16 213:10
    231:23
fully 139:18 171:5 187:12
    189:7 196:19
fun 153:2
function 148:3 216:6
fundamental 141:2,3
    142:21,22,24 143:8
    144:23 145:3,21 146:21
    146:23 147:14,21 148:20
    148:22 149:5,7 151:22
fundamentally 147:5
    158:6
fundamental-alteration
    154:14
funding 113:16 150:19
    201:9
funds 201:11 219:5

furnishing 164:25
further 149:25 150:2,10
    166:23 169:21 198:17
    243:16
future 229:2
fuzzy 187:2

G

G 113:1 115:12 201:6,8
gambit 110:1
game 213:8
games 153:2
gazillion 217:14
geared 131:5
GED 157:10 158:3,23
    159:11,11
general 103:6 107:22
    110:24 111:9 133:13
    139:7 150:6 162:11
    166:24 174:2 175:8
    184:4 193:24 194:13
    195:23 212:8
generally 137:12 186:2,12
    193:22 231:22
general-population
    104:19 110:25 138:23
    158:23 171:8 193:10,13
    196:7
generation 128:9
Georgia 94:2 102:7 115:3
    118:11 120:25 129:23
    130:5,13 131:9 139:21
    161:11,11 165:9,17,24
    169:10 170:5,8,12
    171:12 178:5,14,17,17
    179:1,2,7 180:4 199:15
    206:17 209:1,5,14,19
    210:10 211:25 212:6,9
    212:15 213:2,6,19
    214:12,20 215:8,16,18
    215:20,22 216:21,22
    217:17 219:14 223:14
    224:4 228:24 230:19
    233:2 235:2,18,19 236:2
    236:5,10 238:14
getting 114:18 127:13
    135:4 161:17 221:17
give 100:15 102:12 134:8
    149:16 155:3 172:1
    198:2 220:7,14 226:24
given 97:2 99:12 113:17
    114:21 136:25 153:4
    177:18 200:16 217:19
glad 135:13
glass 145:8
go 95:9 96:17,25,25 101:8
    103:12 105:4 110:11,13

115:8,11 116:23 119:24
    120:16 121:25 135:3,13
    135:15 136:19,22 146:8
    146:8 150:2 153:23
    154:5 156:20 158:2,3,12
    159:10 160:13 167:2
    168:10 172:25 175:11
    177:10,13 181:12 184:1
    184:3 187:21 202:12,21
    211:3 213:9 219:24
    223:15 224:9,10 226:22
    234:7
goals 112:20
God 164:9
goes 119:9 131:25 162:14
    165:21 196:7 214:22
    229:3 237:2
going 96:8 108:22 118:4
    121:13 123:2 125:12
    129:15 130:11 132:21
    135:8,8,25 137:18
    138:20 139:25 140:18
    141:5,13,15,22 142:24
    143:16 146:5,14 153:2
    154:20 155:13 157:17
    160:20,22 162:9,11
    163:6 165:24 166:3,13
    170:7,7 174:24 176:3
    179:14,15 180:6 183:7
    183:11 187:21 189:14
    190:12 191:1 196:2
    198:8,14,23 199:16
    202:18 205:22 209:18,19
    211:23 213:2,5,8,18,19
    217:16,18 218:2 219:20
    219:21 222:12 223:18
    225:16 226:22,24 233:16
    234:3 236:24 239:5
    240:23 241:3,18,24
    242:3
good 95:8 101:16 110:16
    119:8 121:8,15 124:4
    128:13 130:1 145:25
    156:25 157:1,23 158:5,9
    164:10 170:15 173:12
    181:15 198:8 212:5
    218:14 229:4
Goodman 94:9 104:16
    106:6 131:21 195:15
    222:10 224:15 225:1,10
    237:10
Goodman's 122:11
google 155:20
Gordon 227:6
gotten 176:4
grab 134:12,17,20,25
    137:8 140:16 148:17

164:14,17,19 181:16,18
    190:22 196:18,20 197:3
    197:6,10 206:5,9 239:12
graciously 145:5
grandfathered 118:9
grandma 211:5,6 237:6
gray 148:14
great 110:3 145:11 188:6
    225:7 227:1,10
greater 199:1,2,3 200:18
grooming 157:5,6
ground 198:16 239:11
group 96:4,6 100:1 113:14
    187:11 188:24
grovel 184:4
GSP 210:1 211:18 224:10
    224:19 230:19 235:11
    236:14 237:11
guardians 207:18
guards 206:22 207:6
guess 121:8 129:14 232:13
    234:8 237:18
guidelines 96:9 98:16
    106:25 116:13 155:8
    156:15 167:7 174:20
    203:17
guys 112:22
gym 110:14 196:14 197:17
    197:18 198:1 199:22
    200:3,11 201:18 202:7
    235:1

H

H 129:2
half 101:7 112:23 139:23
    139:24 146:4,4 241:13
    241:15,17,19,25
halfway 175:16
half-hour 226:13
hall 188:25 201:22
hallway 148:10 162:5
hand 113:1 156:8 170:16
    176:22 234:19,23 244:14
handed 229:6
handicapped 122:20
handle 171:10
handled 161:1 219:2
handles 186:4 187:17
    213:17
handling 124:17 233:21
handrails 165:3 198:20
    201:18,23,25 202:5,5
handy 105:3
hang 164:22
happen 159:23 179:19
happened 120:3 191:14
happens 99:9 109:10,23

happy 235:7 241:21
hardship 145:11 148:3
    149:5
hardware 153:18
hat 120:8
head 140:24 144:19
    150:17 239:10
heading 233:2
health 187:9 240:4
health-care 234:1,24
hear 184:20 211:6,7,7
heard 102:3
hearing 101:14 139:6
    142:8 177:5 240:16
height 117:13 134:9,13
    181:15,18 239:1,13
heights 191:25
Hello 178:7
help 137:24 161:21 166:14
    200:21 201:5 207:19
    241:12
helped 127:11
helping 103:12,14
high 104:12,14,17 110:23
    130:17 171:17 194:20
    212:12 216:14
higher 130:9 171:20
    213:22 216:8
higher-ups 233:18
highlighted 172:4
highlighting 144:15,16
Highway 227:7
high-max 212:13 214:5
    215:13,18,25 216:3,12
high-security 107:6 171:4
    195:10 196:3 215:22
hill 235:2
hills 199:7,15
hinge 153:17
hinges 152:21
hired 239:23
historic 118:10
history 157:10 215:4
hitting 144:19 161:19
hold 170:21
holding 159:12 163:15
    168:14,17 169:4 172:6
    172:16 173:3 174:3
hole 239:10
Home 153:15
hopefully 127:18 160:11
    196:12 233:17
hoping 185:14
hospital 234:7,8
hot 127:24
hour 110:11 155:21
    241:11,18,24

hours 110:10 161:9,9
house 131:23 141:22
    212:10 231:8 236:24
    239:15
housed 111:13 131:21
    132:3 180:12 193:16
    194:5 212:9 224:15
    237:11
housing 109:17,21 112:11
    118:13 126:8 138:20
    139:14,15 140:5,18
    141:13 146:1,2,5,11,23
    147:6 148:6 162:2
    168:14,17 169:3 172:6
    172:16 173:3 174:2
    175:4 176:11 177:19
    193:10 194:9 201:22
    211:16,24 235:12 236:3
HUGH 94:7
human-factor 165:5
hundred 170:25 171:10,17
hundreds 139:16 186:11
hurt 177:1 217:18,18
hypothetical 209:12 215:1
    215:15
hypotheticals 217:14

I

idea 110:16 223:8
ideal 233:22
identified 121:9 137:3
    161:3 205:19
identify 97:11 100:23
    186:17 187:20 201:7
II 94:16 117:18,22,24
    118:14,19,22 119:14,24
    149:17 152:10,11 208:4
    208:6 239:18
III 117:8,19 119:1,7,17
    152:11 208:3,7 239:14
illegal 217:9
Immediately 236:21
impact 108:13
impairment 140:19 142:11
    177:4,4,5 216:5
impairments 123:16
    160:21 161:5 171:9
    175:14 179:8 180:6
    209:17 210:1,12 212:7
    212:24 215:3,8,9 218:1,5
impede 159:21
impediments 132:16
implement 128:19
implemented 109:14
    119:19
importance 107:8
important 176:17 195:11

196:5
impose 159:20
improvement 134:7
improvements 133:3,6,7
inaccessible 172:19 187:14
inaccurate 100:3
inappropriate 207:19
    217:8
inch 163:18 181:7,9
inches 117:13,14 145:1,16
    152:24,25 153:1,10,14
    153:19 163:7,11
includes 169:5 172:9
including 131:14
inclusive 243:14
inconvenience 145:18
    148:8
incorrect 134:10
Indemnity 228:6
indicated 125:19 138:5
    172:18 212:25
indicates 180:5
Indirectly 107:1 239:8
individual 106:18
individually 177:14
individuals 151:14 193:25
industries 132:12
infeasible 210:15
infection 159:13
infinitely 130:25
infirmary 132:4 133:23
    194:6 212:23 213:1
    218:10
informal 173:23 238:20
information 106:9 111:6
    112:24 115:5 122:21
    124:21 133:11 175:18
    178:8 179:4 180:2,8
    224:24 233:7
information-gathering
    107:3
informed 105:6
inherent 208:1
inhibit 147:3
initial 228:12
inmate 107:10 108:3,3
    109:1,13,17 126:20,25
    139:2 142:10 157:15
    158:24 159:3,12 160:8,9
    162:1,3 173:11 174:14
    176:7,23 192:20 194:5
    194:20 195:5 200:19
    207:20,22 208:8,14
    209:10,14,23,24 212:14
    212:20 213:8,10,12
    214:4 216:4,8,17 217:7
    231:6,9,12 235:12

inmates 102:5 103:10
    104:7,19,20 105:6,7,9,15
    105:19 106:4,7,17 107:2
    107:5 108:15,17,23
    109:5 110:23,25 115:25
    123:15 128:10 130:2,23
    131:3 132:2 137:13
    138:23 141:13 142:5,6
    146:17 147:4 157:5,6
    160:12 161:17 170:13,19
    171:9 172:21 175:14
    179:8 180:5,14 182:12
    182:13 183:19,25 184:1
    184:22 185:9 186:20,24
    193:23 194:12 195:7,10
    200:15 206:19,24 207:7
    207:16 209:17 210:1,12
    211:11,24 212:7,10
    215:1,7,9 216:12 217:5
    218:4,6 231:3 234:4,23
    236:7,16,25 238:7 239:3
    239:15 240:3,10,12,16
    240:21
inmate's 158:16
inspection 114:15
inspector 153:21
installation 200:14
installed 202:1
instance 162:20 169:8
    171:16 213:3 223:14
instituted 238:4
institution 130:14,15,23
    166:9 176:6,6 188:15
    214:5,19 235:25
institutional 213:25 214:2
institutional-specific
    233:17
institutions 109:7 112:24
    131:4 169:19 170:14
    176:3,19 177:2
insulting 234:15
insurance 184:3 228:5
integrity 188:11
intent 121:16,20,24 122:2
    159:20 174:25 175:2,4
intention 134:4 149:9
    225:24
intents 173:21
interacts 211:10 236:7
interested 243:18
interim 172:14 173:19,21
    173:25 225:15,25
interpretation 175:2 199:5
interpreting 164:1
introduced 222:8
inventory 182:20
investigation 101:6,13

112:17 129:5
invoice 241:21
involved 100:20 102:5
    121:3 220:8 237:16
involves 151:21 194:16
    233:12
irrelevant 117:6
irrespective 118:5
isolation 171:22 172:11
    173:8
issue 110:7 111:12 126:19
    128:6 148:19,21 149:23
    156:10 164:15 174:9,22
    185:8 209:7 216:24
    217:10 218:4 219:17
    231:18,18
issued 113:13
issues 97:21 99:3,14
    107:23 124:17 127:11
    128:2 132:3,16 134:7
    139:6,7 158:25,25 159:3
    162:24 163:13 169:22
    175:1 176:7 186:12,18
    188:9 195:22 211:12
    212:19,21 213:14,16
    219:23 220:2 223:6
    231:7 239:22
item 137:2,2
items 153:24 187:25 188:3
    202:23 203:4,12,14

——————— J ———————

jackhammering 163:6
jail 126:24
JAMES 94:12
January 94:25 114:17
    204:15 218:16 219:3,8
    225:2 243:20 244:15
Jason 222:3,9
job 134:17 154:5 159:25
    159:25 160:3 207:6
Johnny 210:21 211:6
Johnson 178:21
Jones 136:25 190:20
    191:10 203:8 218:21
    219:13 229:7
judicial 223:12
juggled 112:12
jump 167:16
Justice 97:17 166:24
    188:10 225:8 226:20
justify 149:18

——————— K ———————

K 131:9,18,20 132:4,5
    133:14 147:8 177:11
keep 105:3 162:10 195:25

207:6 241:7
kept 110:15 135:4 166:4
    184:23 185:10 186:25
key 181:21
kicks 212:2
kids 147:2
killed 183:4 195:21
killing 195:17
kind 140:3 141:24 152:14
    183:12 215:4,6 223:21
    223:22 233:14 234:12
kinds 193:22 211:24
knew 137:6 188:16
knock 151:18
know 95:21,24 96:2 98:16
    105:2,8 110:6,9 111:10
    119:19 122:13,16 126:24
    127:8 128:12 133:23
    135:14 137:6,14 139:10
    140:9 141:9,21 148:15
    148:17 153:7 157:15
    160:14 161:18 162:5
    163:7,14,18 164:3 165:3
    165:14 167:13 169:12
    170:1,6 174:8,8,8 175:7
    175:24 176:25 179:3,5
    179:11 180:13,16 182:22
    183:2,8 184:25 185:11
    187:25 193:2,22 195:16
    196:10,23 199:8,9,14,16
    199:24 203:8 205:2
    206:5 208:18,20,22
    211:5 212:1 214:19
    215:22 216:15 217:11
    218:17 219:13 224:25
    225:12,18,25 226:19
    232:3 233:6,12 234:4,12
    235:6 238:12,21
knowing 107:8,9
knowledge 111:2 123:5
    153:9 169:24 184:24
    191:9 219:9 220:12,15
    222:1 224:6 232:7
knows 176:6 211:7
K-212 190:2

——————— L ———————

lack 123:3 202:5 205:1
laid 118:24
language 149:25
Large 242:24 243:7
larger 161:18,20
lasered 155:3
lately 117:17 167:18
lath 163:9
law 145:4 172:15 174:19
    191:24

lawn 177:1
lawsuit 103:18,22 176:1
lawsuits 102:6 230:12
leading 201:17,21
learned 105:7 128:18
ledge 186:3
leeway 196:10
left 112:12 124:19
left-over 185:3
legal 118:14 161:21
    233:21 238:13
legally 217:15
legally-defined 123:13
legitimate 161:23 171:5
letter 237:23,24 238:6
    240:2,9,15
letting 98:15
let's 100:20 101:5,8,19
    105:8 115:11 130:6
    131:2 140:1,19 147:7,10
    151:16,21 157:18 159:3
    160:7,9 163:16 167:25
    170:20 172:24 175:12
    181:9 185:12 212:14
    214:25 218:11
level 108:14 129:11,13
    130:9,18 146:7,17,20,21
    147:12 157:14,14 171:15
    171:19 172:22 176:20
    194:18 202:9,14 213:23
    213:25 215:6,12 216:7
leveled 202:7
levels 146:6 225:1
librarian 161:7
library 160:13,15,17,20,23
    162:3 182:12,15 183:7
    189:24 191:11,24 195:1
lieutenant 233:13
life 130:24 139:11 158:5
    171:12
lift 146:13
light 133:19 196:4
Limitation 177:11
limitations 152:18 153:4
limited 208:22
line 162:13 164:5 225:13
    231:1 235:21 238:6
    240:3
linear-style 132:14
line-item 133:5
link 175:23
lips 189:5
list 100:24 120:14 121:3
    121:11,12 127:21 153:23
    154:6 202:21 203:1,6
    205:14
listed 177:21 178:15,16

190:2 210:6
listening 229:19
lists 176:13 237:14
literally 146:22
litigation 108:13 232:11
    237:15 239:9,24
little 101:9 104:9 115:4
    131:15 149:25 162:21
    164:21 187:15 228:19
    235:1,7 237:18
live 225:16
living 130:3 146:17
lobby 234:10
location 155:15
lockdown 104:21 107:2,12
    108:19 109:2,13 110:10
    174:14,15 182:14,25
    183:10 195:7 196:2
    217:25
log 120:14,21 136:11,12
    137:22,25 138:14 162:9
    162:12 165:8 190:13,19
    191:1,18,20 203:2,4
    210:6 220:3
Logical 178:7
logistical 102:25
logistics 103:1
long 124:20 135:4 139:9
    149:18 154:22 196:4
    212:4 215:14 225:16
    226:6 233:23 241:8
longer 178:11
look 112:6,13,14 113:2,3
    116:23 133:18 141:11,11
    143:18 145:4 156:9
    168:10,25 174:23 177:6
    182:2,9 183:14 186:16
    196:6 198:9 201:14
    228:25 229:3,5
looked 107:22 112:8,10
    200:18
looking 107:1 110:22
    123:10,12 143:21 144:9
    154:12 155:5 173:9
    177:25 181:10 201:8,9
    230:5,23 237:13 239:1
looks 228:3
loose 118:25
lose 140:7
lot 97:1,5 103:19 195:4
    210:13 222:5
low 156:7
lower 146:6
low-security 108:23
lunch 241:11

——————— M ———————

Macon 178:20
magic 127:7 208:5
main 115:15
majority 104:21 113:8
making 121:14 148:8
155:14 157:25 205:15
malingerer 122:20
malingering 123:3
management 159:21
194:18 239:17
managerially-wise 149:20
manpower 163:12
manuals 142:2
March 229:4
mark 181:19
marked 96:11 97:9 101:16
111:21 113:1 127:18
marker 111:5
markers 96:13
Market 234:5
marking 105:4
mass 195:17
match 213:14
materials 113:12 160:23
195:2,14
math 241:12,23
matter 234:11
maximum 104:14,17
173:10,16 212:16 218:3
Mazz 111:25 112:7 119:2
188:8 197:15 211:13
238:25
Mazz's 115:10 116:18
117:2 118:21 188:2,4
189:8 191:21 192:6
197:21 198:6 202:24
203:7 232:6 238:24
239:19
Ma'am 104:2 113:22
120:23 121:1,5 122:12
124:9 126:17 129:6
136:6,9 154:3 165:15
166:8 167:8,23 193:8
210:7
mean 97:12 109:6 115:6
126:7 132:1 141:3
161:14 165:4 174:12
182:3 183:20,23 186:2
187:4 188:6 193:18,19
200:12 203:14 206:6
210:4 223:25 225:9
239:9
meaning 121:9
meaningless 119:5
means 118:18 165:14
meant 128:17 165:16
229:17

measure 136:19 181:12,18
202:16,17
measurement 134:9
136:24 181:6 202:10
measurements 120:11
134:1,3 189:9
measures 103:21 122:7,8
130:11 136:20
mechanical 133:1
medical 105:21 109:24
141:16 159:3,13 170:24
171:7 172:11 175:11
176:14,24 178:22 180:7
185:24 186:13 189:22
201:12 202:19 204:10
206:23 207:21 212:19,20
213:3,13,14,15 214:7
227:6 232:19
medically-oriented 183:15
medication 231:10
medicines 110:7
medium 108:4 160:10
171:18 173:9 194:1
medium-custody 194:19
medium-security 173:15
193:24
meet 159:7 174:24 191:12
218:22 239:13
meeting 129:6
memo 140:23 178:4
179:21 180:4 201:10,25
240:8,11
memos 124:6
men 107:25 111:7,13,25
112:1
mental 187:9 240:4
mentally 231:3
mental-health 231:7
mention 182:14 191:24
mentioned 104:6 131:8
166:5 183:18 190:7
199:22 222:23
men's 178:21 181:13
merely 121:6
met 204:25 205:1
metal 164:21 206:10
Metro 178:18
mezzanine 146:6
Miami 94:23 118:11 145:6
MIAMI-DADE 243:3
244:5
mid 124:18
middle 164:8
middle-school 132:7
mid-level 146:3,25
Miller 94:4 104:13 106:3
111:19 122:11 131:21

180:12 193:15 225:10
Miller's 222:11
mind 97:13 236:24
mind's 163:25
mine 168:21
minimum 169:1
minimum-custody 195:5,6
minor 206:14
minute 198:2
minutes 226:13
mirrors 197:1
mis 143:17
misappropriated 195:7
miscut 143:17
misdirected 118:22
misguided 118:21
misinterpretation 127:8
mislabeled 120:15
missing 134:21
mission 120:2 147:5
174:22
misstate 235:10
mobility 123:15,16 140:19
142:8 160:21 161:5
167:21 171:9 175:14
177:4 179:8 180:5
209:17 210:1,12 212:7
212:20,24 213:16 215:2
215:7,9 217:22 218:1,5
mobility-impaired 139:6
141:14 216:12
mode 107:3
modifications 232:14
modified 152:5 192:10,11
192:21 232:2
modify 199:15
modifying 130:12 148:6
moment 131:12 173:24
225:22
money 148:8,17 158:5
237:1,1
monster 158:10
month 116:9 192:18
206:16 211:15 218:16
219:22
months 187:15 225:19
Motel 161:11
mount 164:13,14
mounting 206:9
move 120:5 140:1 157:17
163:11 175:12 207:19
moved 112:3 163:19
180:15 190:22
moves 159:14
movie 234:3
moving 163:5,16 212:6
mowing 177:1

multiple 167:25 172:20
murderer 195:17
murdering 196:1

_____

N

name 113:14 160:4 222:9
226:14,17
narrow 111:13 144:25
151:17 162:6
nasty 110:13
nature 103:6 132:17
134:14,22 140:17 142:2
142:15 143:9 144:24
145:21 147:14,21 148:2
148:11,12 183:6 187:18
188:18 190:24
near 229:2
necessarily 103:16 128:10
128:12 138:21 169:20
172:15 180:16 181:4
182:4,23 200:23 213:24
214:20
necessary 190:23 205:13
205:16 231:11
need 126:21 127:4,5 128:1
138:5 140:8 142:9,12
146:8 157:22 161:17,19
161:20,21 165:6 166:14
170:13 177:2 183:23
195:9 198:12 213:14,19
215:5 223:21 229:1
233:19 236:21 238:21,22
needed 110:22 125:16,18
127:16 134:7 137:4
181:21 182:9 200:20
201:2 225:19
needing 200:15 238:7
240:3,10,12
needs 132:24 134:20
135:12,12 142:5 161:1,2
161:4 176:19 184:12
196:23 202:12 208:12
213:15 214:6,24 227:17
negotiable 114:1
negotiate 146:13
neighborhood 135:3
neutral 105:25 108:1
never 135:8 159:20 164:7
175:7 208:7
nevertheless 151:13
new 115:2 118:12 119:17
119:21 145:2 151:2
169:20 201:22 216:1
226:2
newer 119:22 132:10
139:15 178:12
news 101:16

new-looking 133:22
nicely 147:2
nine 163:1
non 133:12
noncompliant 206:13
non-architectural 155:16
normal 236:17
Notary 242:23 244:1,9,20
note 111:23 132:1 192:20
   193:3 194:15 203:20
noted 172:15 187:3
notes 96:12 135:20,21,24
   140:14 222:15 225:14
   243:15
notice 97:1 112:2 144:14
notify 126:21
November 114:15 116:6,7
   116:10 127:24 136:3
   179:25 192:15 211:22
   219:2 224:22 237:24
   238:8 240:5
number 138:4 144:15
   155:8 156:14 169:3
   171:1 176:13 187:3
   199:20 202:21 203:20
   225:12
numbered 177:15 243:13
numerous 105:16 106:3,7
   132:15
nurses 110:8 187:10

O

oak 145:7
OATH 244:1
object 123:2
obligated 154:17 155:11
   155:18
obligates 155:20
obligation 119:24 156:2,8
observance 132:6
observations 188:5,8
observe 121:6
obvious 134:7 197:5
obviously 203:25 233:19
Occasionally 134:2
occur 202:3
occurred 191:21
October 180:1 226:8,9
offense 216:9
offered 107:5 183:19
office 102:18 133:22 145:5
   166:24
officer 124:25 146:25
   183:4,5 208:11 209:8,13
   209:24
officers 206:18,22 207:14
   233:3,6

official 244:14
off-course 238:25
oh 96:24 120:14 122:23
   144:11 158:18 179:25
   189:13 194:12,19 195:5
   214:6 216:2 226:13
   229:12,16
okay 95:4,21,25 96:2,25
   98:18,25 99:10 100:19
   101:18 104:23 106:9,21
   109:12 112:6 115:17
   116:17 117:20 118:4
   120:10,18 121:22 122:5
   122:24 126:7,11 129:22
   131:8 132:5,18 133:25
   135:22 138:2 144:14
   145:19,24 147:7 149:4
   149:10 150:8,13 151:16
   152:1 154:5 155:10
   156:16 158:11 160:4,7
   166:3,21,25 167:4
   168:10,24,24 169:8
   173:2 175:17 176:9
   177:9,12,16 180:9,23
   181:9 182:2,10 184:22
   185:18 186:19 187:9,22
   188:3 189:25 190:25
   191:11 192:16,19 193:3
   193:22,25 196:14 197:2
   197:20 200:4,25 201:6
   202:14 203:12,18 204:6
   206:17 210:8 211:18
   212:6,18 213:21 214:10
   214:25 216:2,10 217:24
   220:10,18 221:8 224:23
   224:25 225:4 226:22
   227:23 228:11,15,20
   229:5,18 230:8,22
   232:16 233:1,8 235:17
   236:22 238:6,21 239:2
   240:2,9,18 241:22,23
   242:1
old 132:5 178:8 180:2
   210:14
older 133:24 182:1
old-school 131:16 132:5,8
once 119:19 142:16 188:19
ones 135:17 220:4 225:2
one-hour 110:12
one-housing 205:7
ongoing 98:24
on-board 98:23
on-line 118:13 169:13
on-site 126:18
open 160:15 174:13
   236:25
opened 190:23

opening 145:15,16 152:25
   153:3,18
open-dorm 139:17 141:16
operated 132:20 146:24
operating 110:22 127:3
   128:22 207:1 233:11
operation 146:23 147:6
   150:19
operational 108:14 149:14
operationally 169:15
   217:16
opine 217:3
opinion 204:9 210:8,10
   211:18 212:21 213:5
   215:14,15 218:9 221:16
   230:18 232:18 235:11
opinions 221:23
opposed 99:7 194:5
   206:23 218:3 222:25
   223:17
order 115:1 117:11 121:17
   122:3 137:3 146:21
   148:24 187:22 188:1
   196:20 202:13 203:10,11
   205:14 206:6,9 212:5
   214:14 218:15
ordered 183:19,20 196:21
orderly 133:21
orders 110:4 125:7,11
   128:22 187:20 211:14
   233:12 238:16,16
ordinary 122:8
Oregon 97:17
organization 172:18
organized 101:2
original 115:1 137:3
originals 226:24
outcome 238:13
outcomes 107:9
outlet 134:19
outlines 97:20
outside 110:13 123:4
   227:12
overcrowding 140:9
overseeing 136:4
overstating 100:16

P

page 97:15,19 101:3,4
   129:3 143:2,18 150:5
   165:8 166:15,17 167:3,5
   167:12,20 168:11,11,12
   168:13,24 170:23,23
   172:2,2,25 175:13 177:3
   177:6,10 178:1 189:23
   199:20 200:5 201:14
   202:18 227:11 230:5,23

231:21,22 232:18,18
pages 243:13
paid 112:15 241:17
panels 145:8
paper 99:20 100:4 114:16
papers 116:11
paradigm 194:9
paragraph 143:5 170:23
   175:16 182:10 230:6,24
   231:1 232:18 233:3
paralegal 100:10 102:3,10
   102:17
paralysis 122:17
park 210:22
part 96:3 111:4 115:16
   120:21 121:14 127:6
   131:16 135:21 143:3
   154:3 169:20 175:2
   189:7 190:12,25 191:5
   192:25 194:9 201:6
   212:23 216:1 223:10
   231:20 234:13 239:9
participate 100:6 139:8,18
   158:4
participation 100:1
participatory 100:1
particular 103:20 108:13
   108:15 111:19 128:6
   131:10 134:19 138:19
   139:4 154:11 177:17
   180:22 201:3 229:15,15
parties 243:17,18
parts 137:20
pass 184:6 226:25
passed 119:23 226:1,2
paste 143:15,17 167:11,13
pasting 205:11
pastor 159:7
patching 205:10
path 129:23,24 148:7
   152:5 157:22 188:25
   189:3 197:25 198:12
   200:11 211:1
Pattie 131:20 166:14
   229:10
pauses 137:17
paved 201:18
paying 111:24
pencil 99:20 100:4
people 100:7 105:20
   123:17 125:12 128:3,9
   130:2,3,4 137:1,11,12
   157:13 160:20 166:2
   169:25 174:14 176:2
   183:13 185:6,16 188:14
   195:4 196:1 203:9
   206:11 213:6,24 214:24

234:21 236:20 237:2
**percent** 122:25 123:1
  169:2,14,23 170:4,15
  171:20,21,22 173:5
  181:8 200:19 201:4
  205:2 211:11
**percentage** 171:20
**perfectly** 119:8
**performed** 121:2 136:5
**period** 105:15 125:25
  161:8,15 237:11
**permitted** 172:19
**perpetual** 107:25
**person** 100:2 123:11,12
  124:15,16,19 135:11
  136:18 146:9 156:3,6
  158:2 159:18 161:5
  175:6,7 177:3 178:7
  186:9 194:20 201:24
  207:21 227:20 231:16
**personal** 136:23 220:12
**personally** 136:13 244:11
**personnel** 137:11
**persons** 125:23 138:20
  139:5 140:18 141:22
  160:18 171:11 176:15
  177:17,22 198:19 218:1
  231:24
**perspective** 123:10
**petty** 195:25
**phone** 126:22 159:19
  226:12
**photographs** 135:16
**photos** 229:6
**physical** 105:16 114:17
  122:11,14 130:12 133:6
  145:19 147:12,17,19,24
  148:16 177:11 183:18,22
  183:24 196:24 197:11
  204:21 236:17
**physically** 105:18 106:8
  233:23
**physical-therapy** 203:21
  204:4
**Ph.D** 95:6 189:20
**pick** 95:10,14,15,16,19
  217:6
**picked** 124:3
**picture** 227:11
**pictures** 134:2 136:17
  165:2
**piece** 164:20
**pills** 110:8
**pit** 237:1
**place** 117:25 132:20 139:2
  140:1 142:25 164:21
  197:12 199:11,13 227:21

237:3
**placed** 152:15 185:17
**placement** 125:23 176:12
  176:13
**places** 130:6 138:4 144:15
  154:21 199:6
**plaintiff** 94:5,10 243:10
**plaintiffs** 188:7
**plan** 127:7 161:14 166:10
  166:10 220:9
**plans** 99:12,15 125:2,7
  136:7,10 165:12,12
  220:5
**plaster** 163:17
**play** 106:15 199:17
**playing** 146:22 147:2
**please** 97:11 99:23 100:23
  121:23 161:6 177:10
  201:7 203:21 235:17
**plumbing** 188:16
**plus** 125:12 170:25 203:9
  224:7
**pods** 146:2
**point** 124:13 125:15 137:7
  141:10,24 179:6 208:24
  226:5
**pointed** 129:10 190:20
**poisoning** 195:17
**police** 183:4
**policies** 110:3 125:23
  126:9 127:1,9 128:21
  238:17
**policy** 126:9 129:4 161:2,4
  185:8 206:21,25 238:3
  240:22
**polish** 100:12
**politically** 126:23
**pop** 222:17
**population** 107:23 111:9
  139:7 175:9 176:25
  178:19 193:24 194:13
  195:23 212:9
**portion** 163:20 233:1
**position** 164:12 209:9
**positively** 117:17,19
  118:22 119:14 120:2
  132:19
**possibilities** 127:8
**possibility** 156:9
**possible** 123:19 143:17
  152:12 155:22 182:19
  204:18 208:16 222:20
  224:11
**post** 110:4 128:22 233:11
  238:16
**postage** 206:11
**potential** 128:10

**potentially** 167:5
**poured-in-place** 163:3
**powers** 128:1 129:22
  141:21 161:3 185:16
  214:16 236:20
**practice** 160:25
**practices** 230:11
**practitioner** 184:4
**preference** 217:22
**preparation** 115:8
**prepare** 114:6 123:20
  124:6
**preparing** 115:19 126:4
**prerogative** 158:20
**presbyopia** 161:19
**present** 111:6 114:9 126:3
  126:6,8 133:17 178:25
**presentations** 97:8,16
**press** 127:25
**presumably** 116:17
**pretending** 170:6
**pretty** 114:25 132:14
  145:7 148:18 153:8,22
  196:3 229:4 236:19
**prevent** 107:17
**previously** 112:7 178:3
  220:20
**primarily** 178:19
**print** 161:20
**printed** 123:24
**printer** 161:18
**prior** 119:22 125:8 151:5
  187:24 203:8,9
**priority** 177:18
**prison** 95:15 98:22 101:6
  104:10,11 115:3 118:11
  119:5,6 125:24 126:24
  129:23 130:5,13 131:9
  133:7 134:15 135:5
  137:6,10,13 139:18,21
  145:13 156:15 157:3,4
  157:10,14 158:12 160:13
  160:19 161:12 166:6
  168:3,5 169:10 170:5,24
  171:12 176:14 178:5,15
  178:18,18,20,21,21
  179:1,2,7,13 180:4,7
  182:24 183:19,21 184:7
  189:23 195:21,23,24
  196:2 201:12,13 202:19
  204:10 206:17 207:6
  209:1,5,14,19 210:10
  211:25 215:10,11 227:6
  228:24,25 232:9,19
  233:2 235:18,19 236:2,5
  236:10
**prisoners** 131:23 236:13

**prisons** 98:12 103:9,24
  116:4 123:7 133:25
  136:1,2 176:14 178:16
  179:9 220:19 224:9
  230:12
**private** 137:14
**privilege** 217:12
**privileges** 108:23 182:23
  183:12 217:19
**privy** 105:1 112:21 194:8
**probability** 129:25
**probably** 103:1 145:9
  187:1 208:23 226:8,10
  232:13 237:20
**problem** 107:12 112:25
  128:7 132:13 135:6
  139:9,13 148:1 151:19
  155:9 158:10 159:5
  160:9 162:23 163:24
  164:5,7,8,11 174:21
  180:10 183:2,11 188:18
  198:22 208:1 211:4
  213:13,13 214:14 216:25
  217:8 237:2
**problematic** 138:10
**problems** 207:9 209:18
  212:11,12,20 213:4
  231:14 238:15 239:16
**problem-solving** 160:4
**procedure** 127:4 161:2
  207:2 234:13
**procedures** 110:3 127:2,9
  128:21 233:11 238:17
**proceeding** 222:25
**process** 101:22 108:11
  116:19 139:18 187:7
  218:13
**produce** 96:24 166:7
**produced** 125:5 226:23
  228:17
**producing** 115:7
**Professional** 243:6
**program** 143:9 144:24
  145:22 147:15,22 150:24
  156:11,17,22 158:14
  230:15 231:17
**programmatic** 129:13
  239:18,22
**programmatically** 205:8
**programs** 107:4,15,20
  108:25 109:3,23 111:15
  118:2,15,23 130:10
  139:8,19 154:21 155:14
  205:20
**progress** 114:14,18,22
  115:2 121:7,14
**project** 95:17 98:22 99:10

100:2 191:1,6,8
projects 97:15 98:6
promised 206:15
promising 166:4
proper 184:12 187:17
  217:1
properly 164:17
protect 159:17 183:3
  201:5
protective 172:10 182:25
protocol 127:3 184:2
provide 118:2 127:5 128:4
  131:3 159:9,17 170:17
  207:20 213:10 231:9
  235:7 237:4
provided 116:1,2 120:24
  122:21 125:21 140:13
  151:15 158:1 168:18
  169:4 172:6,23 173:25
  176:5
provides 187:10 231:2
providing 106:16 130:1,9
  161:23,25,25 207:22
  233:14 235:4
public 143:7 150:17
  151:11,15 158:12 192:8
  210:20,21 211:10 212:4
  235:25 236:6,7 237:6
  242:23 244:9,20
publications 97:21
Pulaski 201:12
punch 121:11,11
punishment 216:19
purpose 168:18 172:17
  225:20
purposes 112:16 172:7,9
  172:13,20 173:21
purview 180:10
push 165:7 207:20 233:24
pushed 233:25
put 99:20 100:4,11 105:25
  114:16 130:6 137:8
  145:1,2 148:17 156:17
  156:22 157:22 163:8,16
  164:8,21 166:2 169:15
  170:4,10,14 174:12
  183:17 185:6,12 195:9
  204:1,2 214:7,16 215:5
  219:22 222:5 237:3
  239:3
puts 209:8
putting 121:8 154:20
  162:17 173:7
p.m 94:25 242:13

---

### Q

qualification 111:4

---

qualifications 194:3
qualified 101:19 125:9
  157:16
qualifier 151:2
qualifiers 155:1
qualify 111:3 116:25
  125:25 210:9
qualifying 173:18
quality 237:4
question 100:19 102:22
  105:10 106:14 111:5
  113:10 117:1,11 121:22
  141:7 147:18 153:5
  154:22,25 155:3,5,18,24
  156:13 158:11 167:6
  169:15 175:3 191:13
  197:6 200:17 219:1,1
  220:21 221:22 229:20
  236:1
questions 105:5 106:13
  109:20 110:15,19 121:7
  126:19 129:9,10 134:24
  162:15 194:10 222:13
  225:20,24 228:16 229:11
  241:1
quick 129:13 181:20
quickly 219:21 222:19
  226:23 228:3
quicksand 121:22
quiet 124:20
quite 132:8
quote 143:2

---

### R

radius 135:9 184:12 185:5
  196:25
rail 137:8
raise 146:11 148:9 198:16
ramp 198:16,18 201:23
ran 165:3
Randall 94:20 95:6 189:20
  242:16 243:9 244:11
range 123:13 170:10
  176:18
reaching 150:22 221:10
read 121:25 147:18 150:13
  151:8 159:6 160:16
  161:4 169:13 178:15·
  241:5
readily 185:1
reading 163:25 172:2
  184:20 243:11
readings 188:20
Ready 95:3 189:17
really 111:11 124:22 156:1
  166:1 195:9 214:6 217:6
Ream-Pinedo 243:5,23

---

244:9,19
reason 104:12 138:7,10
  154:24 211:17
reasonable 121:15,17,20
  121:24 122:1,7 129:10
  129:12 130:16 152:6
  156:4 157:24 158:7
  161:14 180:25 181:2,23
  201:1 230:15 232:10
reasonably 109:1 110:16
  112:19 217:13 237:7
reasons 99:8 138:12 141:4
  150:21
rec 110:12 188:18
recall 103:4 125:3 187:1
  202:4 226:7
receipts 102:11
receive 151:14 233:6
received 101:25
receiving 103:8
reception 142:4 213:24
Recess 129:17 189:16
recognize 113:8,9,11
recommend 233:8
recommendations 140:15
  140:17 179:19 188:12
recommending 201:25
record 95:5 108:5 115:12
  129:16,18,20 157:1
  160:11 189:13,15,18
  201:7 241:7 242:4
  243:15
records 96:6 105:1 225:6
recreation 109:24 128:23
  198:1
Redirection 201:11
redo 147:9 200:23
refer 144:7 187:19
referred 184:5
referring 143:5 180:21
  193:6 210:18
refers 173:19
regard 153:22 208:2 211:9
  235:3
regarding 102:1,19 115:4
  122:11 180:4
regardless 107:10 173:12
  230:10
regards 228:8 236:6
Registered 243:5
regulations 117:24 119:16
  225:15,21 226:2 239:14
regulatory 175:12
rehab 108:19 139:19
rehabilitation 158:4 187:8
rehabilitative 105:22
reinforced 145:14 163:4

---

related 243:17
relationship 164:18
relevance 117:16
relevant 106:24 112:16
relied 221:9
remain 210:1
remedial 103:21
remember 97:13,14
  101:15,17 102:15 122:22
  186:10,11 187:13 198:9
  202:6 203:23,24,24
  220:3 226:14 231:5
remind 134:18
removal 118:20 119:1
remove 119:25 137:9
removed 197:19 218:25
  227:17
removes 127:7
rendered 187:14
renders 208:10
renovate 160:20 165:11
  220:4
renovated 132:22 133:16
  165:25 187:4 190:8,18
  191:5,25,25 196:18
  206:8 219:7,11,19
renovation 165:2 191:12
  191:16 218:14
renovations 125:8,8 188:7
  190:12 191:21 193:1
  204:22 206:14 218:18
repaired 204:7
repetitious 222:14
report 96:3,7,8,15 100:23
  105:3 108:6,9,11 110:21
  111:21 113:5,7,13
  114:19,21 115:10,10,13
  115:19 116:18,18,19,24
  117:2 119:8 120:13
  121:14 123:20 124:8
  125:11 126:4,15 132:2
  134:6 135:24 136:16
  137:1 142:21 143:2,19
  143:22 144:3,16 166:4,5
  166:15 167:3 169:12
  170:19 177:8 178:6,13
  179:12,14,15,16,17,20
  179:23 187:23 188:2,4
  189:8,23 191:21,22
  192:6 197:21 198:6
  202:18,24 203:7 204:11
  204:20 205:21 218:12
  221:1,11,14,21,25
  224:21 228:23 230:4,20
  230:23 237:14,22 238:24
  239:6,19,22 243:8
Reporter 99:23 184:19

---

200:8 242:5,7,9 243:1,6
243:24 244:1
reports 122:10 124:7,24
125:15,17,17 188:20
202:25 232:12
represent 222:9
representative 226:15
reprint 167:6
reps 225:13
reqs 173:20
request 160:23 161:6
184:4 214:7,24 238:19
requests 214:16 219:24
require 143:6 201:18,23
212:21 223:19 236:18
required 119:6 121:21
122:6 127:6 167:15
requirement 167:22 169:2
171:14 172:13 173:5,13
174:5
requirements 134:16
168:4 191:13 200:14
205:14,24 206:1 209:6
223:4,9,10
requires 168:16 172:5
residential 236:3
resistance 129:24
resolved 202:22,23,23
203:13
resources 140:11 150:18
161:24 220:1
respond 139:4
response 188:7 224:17
238:24 239:24
responsibility 118:15
responsible 207:17
responsive 238:19
rest 195:23
restate 121:23 155:2
223:25
restriction 216:7
restrictions 215:12
restrictive 108:24
restroom 240:3
result 127:10 131:2 143:8
150:11,16 151:9,12
232:11 240:19
resumé 97:19
retainer 114:3,4 228:10,12
retaining 101:23
retract 223:25
retraining 231:10
retrofit 219:5
retrofitted 133:1
retrofitting 132:25
review 99:2,13,15 102:1,4
114:5 115:24 116:12,18

117:2 122:10 124:3
125:2,7,19,22 224:7
reviewed 115:22 126:5,7
126:14 166:9 176:10
reviewing 100:8
re-plastering 163:10
re-qualify 236:1
right 99:12 112:12 119:20
120:17 121:9 124:14,15
127:18,21 130:23 131:11
134:13,24 135:11 138:1
143:25 150:7 152:21
158:18 167:16 168:25
170:2 174:12 179:24
180:2 181:6 187:2
188:17 197:12 198:4
214:4 217:11 224:14
238:22 241:16 242:2
rights 169:25 217:9
ring 226:17
rip 145:1,2
ripping 162:17
risk 209:13
risks 207:10,11
road 155:14 156:7
role 100:24 106:15 113:21
121:5
roof 200:7
room 146:3,12,16,18
156:11 157:18 161:10,25
164:2,9,9,12 172:17
188:23,24 200:3,7,11
211:3
rooms 168:15,17 172:6
173:3 182:3,5 186:11
190:3,4
room-by-room 115:1
roughly 191:5
round 186:4
route 200:10
RPR 243:23 244:19
rule 157:4,4 167:2 172:14
173:19,21 174:4,7
214:13 225:17 226:1
ruled 173:25
rules 225:25
ruling 169:20,21
run 95:1 145:17 160:1,2
runner 161:13
running 145:16 188:15

_____
S
_____
safe 209:22,24
safer 198:19
safety 99:3 162:1
San 199:6,11
sandbox 147:2

Sarah 168:22 222:15
226:25 231:22
saved 123:22
saw 111:24 112:1,4,8
134:5 138:15 180:19
186:11 194:2 207:2
238:15
saying 138:12 141:1
150:24 158:13 160:4
161:12 174:6 199:14
214:22 239:7,12,19
240:19
says 118:17 127:4 138:6,8
140:12 143:22 144:11
150:10 165:11 167:21
168:21,23 170:22 173:18
178:7 184:18,22 192:19
201:15,16,17 206:17
223:22 227:5,12 231:1
231:23 232:19
scenario 156:10
schedule 229:1,3
scheduling-wise 157:18
school 157:2
scope 103:23 104:4 108:8
108:10,22 110:21 111:12
123:4 136:9 154:4,11
194:10 201:16
scoping 167:22 168:4
169:2,22 171:14 173:4
173:13 223:4,9,10
screened 210:25
screening 185:25 186:7,8
186:13
se 225:14
seal 244:14
seat 137:9
seats 239:1
second 112:13 129:19
155:25 157:9,11 170:23
175:16 177:13 195:19
232:16 233:2 238:6
secondhand 136:15
Secondly 139:2
section 98:2,9 137:23
143:4 150:3 168:9,16
172:2,5 173:17 177:11
223:11 229:15
secure 159:12,23 163:9
security 99:2,8,11,14
104:12,14,17 108:4,15
109:21 110:17,24 147:12
149:21 160:10 162:1
171:17,18,19,21,25
173:9,10,10,16 194:1,15
194:20 207:4,7,9,11
209:2,3,13 212:12,16

215:6 216:7,14 218:4
security-risk 158:25
see 95:2 97:24 113:3,18
127:22,23 138:11 140:12
142:25 147:1 150:3
153:24 155:3,12 165:1
165:12 170:20 172:24
175:1 181:19 184:6
204:6 206:21,25 211:8
220:5 227:8,13 240:20
seeing 140:4,13 196:4
238:12
seen 136:10 140:22 141:6
150:25 151:4 165:18
seg 175:9 194:20
segregation 104:21 105:13
107:6 109:2 111:20
171:21 172:11 173:7
182:14 186:25 212:17
215:5,6 216:6 218:2,6
selected 95:23
self-analysis 124:10
self-educated 188:19
self-evident 148:18
seminars 97:2
send 124:1 161:13 175:15
177:3 212:22 213:1
216:11 241:20
sending 162:2 176:2
sense 158:9 181:5
sent 103:13 124:2 130:5
136:16 142:17 165:12
176:15 179:9 212:14
215:8 216:5,21,22,25
218:5,7
sentence 150:13,14 151:8
177:14 196:9 204:13
231:23 232:1
sentenced 195:16
September 102:14 226:9
sergeant 233:13
series 109:20 129:9 134:23
serve 172:17,20
service 131:3 143:9 144:24
145:22 147:15,22 150:20
156:22 158:1,21 159:15
159:19,22 161:10,25
162:1 172:22 185:22
234:14 235:5,8 237:4
services 106:16 107:4,16
107:20 108:24,25 109:4
109:13,24 111:15 118:12
118:15,23 120:4,5,6
128:4 130:1,10 151:15
155:14 158:15 159:9,10
159:22 176:5 182:13,15
182:18 205:20 213:9,11

213:15 214:24 231:16
sessions 187:11
set 99:12 155:20 217:11
setting 111:1 139:17
sex 217:21
shackle 109:17
Shalf 95:1,7 100:18
    120:19 123:6 127:21
    129:1 131:7 138:3 144:1
    144:13 150:9 166:18,22
    167:1 168:20,24 169:7
    184:21 189:13,21 199:22
    200:6,9 222:2 232:22
    242:6
shamelessly 237:1
shared 151:7
sheet 186:15,17
shopping 119:3 234:4
short 140:4
shortly 102:3
show 96:11 152:3 179:21
shower 131:25 137:9
    186:3,8,21 208:15,19,25
    209:15 219:6,10,16
    220:11,13 234:25
showering 109:25 128:22
showers 197:14,14 208:21
showing 241:10
shuffling 214:23
Shut 234:11
side 112:12,12 152:2
    164:13
sideways 146:13
sight 139:6 142:8
sign 120:8 142:13 240:15
signage 134:17,21 186:6
significant 140:20
signify 144:17
signing 134:9,10 243:12
signs 237:24
simpler 130:25
simply 100:19
single 100:13 103:4,5
    136:23 156:10,11,11,12
    181:12 195:8
Sir 237:17 238:1,5,9
sit 98:13 116:12 154:17
    220:10 231:25 234:11
site 127:10 166:10 169:6
sitting 101:1 165:6 231:23
situation 103:16 207:23
    209:11
six 184:11
SJ 165:12
skip 137:19
slam-dunk 164:3
slice 235:8

slope 198:1,3,8,11,17,25
    199:16,25 200:16,18,22
    202:6,10
slopes 200:11 202:1
small 209:5 210:14
Smart 241:4
SMITH 94:7
snitch 183:6
sobeit 120:6,7
solid 163:4
solve 128:7 131:1 135:5
    198:21
solved 158:10 238:15
somebody 140:25 158:24
    184:5,6 201:2,4 217:18
SOP 176:9 178:10 179:12
    179:15,16,22 180:5
SOPs 125:22 126:5,15
    151:2
sorry 97:23 99:5 120:20
    124:15 126:8 162:10
    177:8 180:1 215:11,14
    222:6 226:10,18 229:16
    229:22
sort 97:12 100:10 117:1
    146:3 162:10 167:6
    173:8 183:23 185:3
    187:2 189:9 194:15
    202:6 215:17 219:16
    222:17 223:17 231:17
    233:5,9
sorts 162:7 223:16
SOUTHERN 94:2
space 109:23 120:3 148:4
    156:23 159:16 162:5
    164:7 165:11 184:12
    185:3 187:12,14 189:6
    196:24 204:21 208:25
    209:9,20 220:4
spaces 109:10 146:18
    181:11 210:14,24 211:10
    212:5 236:6 237:6
speak 178:24 191:3 225:7
speaker 159:19
special 112:15 168:14,18
    172:7,12,16
special-purpose 173:8
specific 115:8 123:8
    162:12 167:19 171:10
    187:19
specifically 97:3 101:15
    122:13 186:10 193:2
    201:10 202:4 223:1
specifics 203:24
specified 168:8
specify 153:10
specs 99:13

speech 240:16
speed 219:3
spelling 124:4
spend 155:20
spent 158:5
spin 100:11
split-level 193:5,10
spoke 226:15
spoken 102:16
spotted 197:24
SS 243:3
stack 114:23 126:16
staff 105:16,19 106:4,7
    130:2 134:15 135:5
    137:6 138:17 141:8,19
    141:20 192:21 206:23
    209:21 232:9 240:21
staffed 131:5
stained 145:7
stainless 195:2
stair 139:23,24 146:4,4
stairway 185:22
stand 95:4 122:4 189:17
    240:23
standard 95:14,22 114:3,4
    122:8 127:3 153:13
    156:5 173:23 181:22
    207:1 233:10
standards 112:20 119:7
    203:13,15
stands 99:25
start 101:5,19 154:20
    155:13 200:8 229:21
started 101:9 182:11
    188:21 241:10
starting 97:15 125:1 140:5
    150:3 154:10 166:13,15
    166:18 188:22
starts 103:22 166:19,22
state 107:25 115:3 116:1,3
    118:11 119:4 120:25
    124:1 129:5,23 130:5,13
    131:9,13 139:21 140:25
    161:11,12 169:10 170:5
    170:24 171:6,12 176:14
    178:5,14,17,18,20,21,21
    178:22 179:1,2,7 180:4,7
    180:12 185:18 189:22
    201:12,13 202:19 204:9
    206:17 209:1,5,14,19
    210:10 211:25 221:18
    227:6 232:19 233:2
    235:18,19 236:2,5,10
    238:14 242:24 243:2,6
    244:4,10
stated 97:24 128:14
    221:11 224:2

statement 150:21 175:19
    206:12 235:15 236:4
states 94:1 179:12,13
STATESBORO 94:2
stating 185:9
stationed 130:24
status 217:20 220:13
    225:15,21
stay 110:12 160:21 176:21
    183:9 193:23 194:1
steel 132:15 145:14 195:3
steep 198:11
stenographic 243:15
stenographically 243:8
step 218:25
steps 115:18,20 146:7
Steve 136:25 203:8 218:20
    219:13 229:7
stick 144:18
stickies 120:20
sticks 97:12
sticky 96:12
stonewalling 156:6
stop 182:9
stopping 103:22
strength 235:6
stretch 201:3 206:4
strictly 116:2 120:10
    181:4
structural 132:15 145:15
    148:10 151:23 154:19
    162:25 163:13 164:24
structurally 148:24
    149:23 164:24 210:15
structure 114:1
structures 169:6
students 157:4,6
stuff 96:14 113:16 157:3
    240:8,11
subject 175:1 199:5 238:6
    240:3
subjects 222:18
submerge 146:11
submit 163:22
subpart 143:6
subscribed 242:19
subsection 115:14 143:5
subsequent 232:11
subsequently 112:5
substance 102:24 103:6
    115:11
substantial 219:5
substantially 132:22
    133:16
substantive 103:3
subtleties 128:19 219:13
    220:7 234:19

success 129:25 130:9,18
suggested 172:14
suggesting 182:6
suitable 210:11
Suite 94:23
suits 175:24
summary 170:22,22,24
    202:19
Sunday 109:14
superintendents 174:11
    175:21
supervise 147:4 207:21
supplemented 178:12
supplementing 221:24
support 165:7
suppose 160:9 167:25
    212:14
supposed 124:17 185:17
    192:17 206:23 218:14
    233:22,25
sure 102:21 119:13 120:2
    120:4 122:17 124:13
    131:18 133:12 147:1
    153:12 154:6 156:1
    157:18,20 158:2 169:18
    171:18 185:6 199:18
    200:5 204:1 222:3,19
    226:4 228:20
surface 163:8
surfaces 133:19
survey 117:9 119:3
swing 152:22 194:25
sworn 242:19 243:11
    244:12
system 125:24 168:3
    214:21 215:11 223:24,25
    224:8
system-wide 95:15,20
    168:6 169:14,17,23
    224:13

T

TA 226:19
tab 96:13
table 120:9 179:2,8
tables 211:5 231:24
take 113:2 122:6 123:8
    134:1,3 135:20 143:7,18
    147:7 151:11 158:2,3
    159:2,10 163:11 171:19
    180:3 182:19 202:9
    207:23 209:11 219:5
    225:13 234:20 241:16
taken 179:21 186:21
    227:17
takes 170:15 214:18
talk 159:18 194:15 239:21

talked 115:18 139:15
    170:18 180:14 188:21
talking 95:10,12 126:1
    131:18 143:24 144:9
    146:1 148:5 150:1
    153:14 163:17 165:9
    179:22 180:20 182:11
    186:24 197:17 199:25
    206:3
talks 169:1 178:20
tape 95:5 189:12,15,19
    202:16,17
task 134:8
TDD 126:22
tear 145:9 151:18 153:21
    198:15 200:23
tearing 152:13
Teaster 102:17 114:10
technical 136:17 226:21
Technically 206:3
tell 160:1,2 186:20 223:20
    224:14 235:10
ten 128:11,13 163:1
term 126:23 136:17
    142:21,23 169:5 223:2
terms 122:14 126:14 154:8
    189:8 226:11 235:12,13
test 95:1
testify 101:14,14 133:8
    138:16
testimony 122:1
text 167:14
text-display 126:21 142:1
    142:11
thank 227:1,25 236:9
    240:25 242:8
theater 234:4
therapeutic 108:18
therapy 183:18,22,24
    187:11 188:24
thickness 153:17
thief 195:25
thin 225:17
thing 149:3,6,8 168:14
    184:7 188:16 189:9
    221:18 227:2 240:10
things 95:9 100:8 127:12
    137:18 140:16 142:2,14
    148:11 151:6 162:7
    175:20 187:17 188:16,18
    190:24 194:16 202:21
    205:11 208:6
think 114:24 115:15
    124:15 131:19 139:15
    154:7,18 160:5 166:3,19
    166:19 172:25 183:16
    186:14 187:16 188:6

207:5 209:16 210:12
    221:1,9 222:2 223:2
    229:20 231:22 234:15
    241:2
thinking 113:15 154:2,7
    154:11
third 103:2
thought 140:10 222:4
    229:12,17,19,20
three 149:16 169:23
    225:19 241:17
three-foot 135:7
three-inch 197:15
threshold 197:16 205:1
    212:2
thresholds 189:5 208:5
    213:16
throw 237:1
time 99:9,23 103:25
    104:22 111:5,18 113:2
    113:19 124:13,20 125:15
    125:25 131:22 136:2,3
    139:10 155:25 157:19
    160:14 161:9 179:20
    183:8 186:19 187:1,5
    190:16 191:14,22 192:13
    192:13,22,23 195:24
    196:4 204:10 208:12,15
    216:18 219:5 237:11
timeline 219:25
timely 161:15 238:18
times 102:23 163:1 195:4
    208:19
time-out 129:14
title 109:9 117:8,18,19,22
    117:24 118:14,19,22
    119:1,7,14,17,24 149:17
    152:10,11,11 208:3,4,6,7
    230:6 239:14,18
today 111:14 145:5 178:23
    220:10 221:12 222:13
today's 112:20 114:6
    230:14
toilet 117:13 134:12,25
    135:2 137:9 162:13,17
    162:22 163:2,21 164:8
    164:16 190:23 195:3,3
    196:19 208:9,12 239:1
toilets 181:16 197:12
told 104:6,8 200:19
tones 148:14
Tony 94:9 222:10
top 143:18 167:20 178:1
    213:7 227:5 231:21
total 169:3
totally 117:6 161:22
    239:20

tour 131:13 136:1 215:21
toured 116:4 133:14,25
    182:8
To-Date 230:7
to-do 203:1
track 201:18
Tracy 94:4 180:12
trade 152:20 153:6
tradeoffs 223:16
trained 98:1,3,3,4
training 97:1,7 233:5,9,14
    233:20
transcribed 242:5
transcript 242:12
transfer 214:8,17 236:13
    236:23
Transfers 177:11
transition 125:2 127:7
translated 144:5
translates 118:18
transport 214:21
travel 148:7 152:6 157:22
    189:1,3 200:11 211:2
treated 198:12,14
treating 217:4
treatment 212:21 213:3
trial 101:14,14 203:6
trick 164:20
tricks 152:19 153:6
tried 134:19
trigger 134:23
true 96:18 243:14
trustees 200:21 235:6
try 209:14 222:13
trying 124:15 128:16
    130:20 137:19 142:7
    154:13 162:11 174:10,11
    179:6 183:3,8 203:23
    207:15
tuberculosis 159:4
tune 160:5
turn 100:22 113:23 141:10
    227:10 230:3
turning 135:9 184:12
    196:25
TV 182:12,15 183:7 195:1
two 95:13 102:5 106:13
    107:25 108:14,19 111:13
    123:15 162:24 169:2,14
    169:22 170:4,9,14,15
    171:20,21,22 173:5
    175:20,21,25 182:17
    194:16 197:15 202:1
    205:2 208:21 215:1
    228:9
two-part 117:1
two-percent 167:22

169:16,17 173:4 175:5
198:17 205:5
**two-story** 139:23 157:11
**two-thirds** 103:1
**type** 109:21 168:19 172:8
175:5 231:18
**types** 174:2 194:24 235:14
**typically** 134:11 164:6
166:9
**typos** 124:4
**TYY** 126:22

**U**

**UFAS** 95:12,21 106:12,20
106:22 223:1,7,10,18,19
224:10
**uncommon** 100:9
**uncooperative** 105:21,22
105:23 207:16
**undergone** 191:12
**understand** 103:15 109:22
119:13 128:5 176:18,20
177:24 179:24 188:22
195:11 196:6
**understanding** 95:19
104:13,18 105:14 106:2
137:10,16 141:18 148:12
165:23 178:10,23 189:10
214:15 219:15 220:21
223:2,10
**understating** 100:17
**understood** 165:4
**undertaken** 191:2 204:23
205:6
**undue** 141:4 143:10,12,13
144:11 145:11 148:3
149:2,5,7 154:16
**undue-burden** 154:14
**unfinished** 119:12
**unforgiving** 153:22 198:24
**Unfortunately** 198:13
**unit** 109:17 118:13 135:10
138:19 139:15,22,23,25
140:5,20 141:16,17
142:5,6 146:11,23 147:6
148:6 152:4 159:13
162:2 165:23,24 175:11
182:11,13,13 183:10,14
185:24,25 186:7,8,13
187:10 193:3,4,4,13,16
193:23 194:23 195:7,14
202:8 212:13 214:7
215:22 217:1 230:24
231:2,6,9
**UNITED** 94:1
**units** 112:11 131:14,22,24
139:14,20 140:7,17

141:22,23 142:16,18
146:1 182:4,5,11,22
184:9,11,17 185:7 193:5
193:9 201:22 205:7
**university** 157:2,3,14
**unreasonable** 199:11
**unreasonableness** 208:24
**untenable** 149:21
**unusual** 103:20
**upgraded** 192:9
**upper-body** 235:5
**upset** 108:1
**upside** 144:19
**up-to-date** 96:21
**urinal** 227:12,14,18,21
**use** 108:2 126:21 140:10
140:19 143:20 144:5
150:19 152:21,23 160:7
162:11 164:17 167:14
227:20,24
**user-friendly** 128:8

**V**

**value** 100:17
**various** 116:13 167:7
237:15
**ventilation** 159:16
**verbal** 105:16 207:1
**verbally** 106:8 124:12
141:7
**version** 101:1 143:22
144:2
**vertebrae** 122:18
**vice-versa** 152:2 157:5
**video** 95:4 129:16,20
189:15,18 242:4
**VIDEOGRAPHER** 95:3
129:15,19 189:12,14,17
242:3
**videotaped** 94:17 95:6
189:19
**view** 121:21 136:18 184:14
**viewed** 136:13,17
**violates** 217:9
**violation** 207:25 211:19
235:20 236:12
**violence** 207:25
**viral** 159:13
**virtually** 139:16 167:12
218:15
**vision** 142:11 177:4
**visit** 127:11 131:9 165:17
210:21 211:3 228:24
238:13
**visited** 111:18 192:14
197:15 224:21
**visiting** 109:25 139:19

190:15 192:9,23 211:3
219:18
**visitor** 235:13
**visitors** 128:23
**visual** 181:20
**vitreous** 195:3
**VOLUME** 94:16
**vs** 94:6,11
**vulnerable** 209:10

**W**

**wait** 129:19 150:4
**waiting** 196:18 206:5,10
206:11
**waive** 241:5
**waived** 243:12
**walk** 160:14,15
**walked** 182:3 185:2 202:7
202:8
**walking** 185:5
**walkway** 201:17,21
**wall** 145:6,12,15 151:18
151:21,23 152:13 162:14
162:21,21,22 163:1,3,4,4
163:9,11,14,16,18,19,20
164:6,16,25
**walls** 135:7 148:11 190:22
197:11
**want** 95:8 102:13 105:3
115:19 119:12 156:3,6
156:19 158:13 159:6,6,7
159:8,8 160:2 174:16
188:13 199:24 200:4
203:5 210:4,9 216:20
217:10 222:19 223:5
230:10 234:21 240:20
242:5,7,10,11
**wanted** 225:14 232:21
**wants** 209:11
**warden** 109:8 129:7,8,8,22
130:19 138:12,19 140:24
141:13,20,21 160:1
185:5
**wardens** 109:8,9 174:10
175:21 179:18 214:16
**warden's** 170:1
**wasn't** 106:21 112:21
127:13 128:12 132:8
133:10 134:8,20 188:17
194:8,9 203:7 204:2
223:11 226:10 229:10
**water** 189:4 203:21 204:4
**way** 105:25 108:22 115:21
118:25 121:8 135:1
139:24 149:13 152:23
154:25 155:19 156:13,22
158:14 160:6 161:23

166:15 167:2 183:9,16
185:12 198:13 218:21
232:7 233:21 238:25
**weapons** 210:25
**week** 208:19
**weeks** 197:8
**well-educated** 188:9
**well-maintained** 133:20
**went** 110:2 111:6 115:20
116:14 124:20 166:9
167:12 175:22 231:22
**weren't** 123:24 127:13,14
127:15 139:9 140:18
141:23 154:1 182:23
186:5 187:17 220:25
**we'll** 96:25 129:13 135:19
241:21
**we're** 95:4 129:20 138:12
140:3 141:4,15 145:5
148:5,13 153:14 160:19
161:10,11,19 178:25
181:24 189:18,22 206:3
208:20 240:23 241:22
**we've** 115:18 128:18
137:20 167:17,25 180:14
209:16 221:11 241:8
**wheel** 135:14 201:5 234:16
**wheelchair** 132:2 139:12
142:14 146:10 162:7
164:12 177:18,23 186:9
194:7 200:20 211:5
216:23 227:20 233:24
234:9,17
**wheelchairs** 122:16
123:17 132:3 157:13
160:18 184:23 185:9
186:21 193:25 198:19
206:20,24 207:8 212:11
231:25 233:4
**wheeling** 234:9
**white** 148:15
**wide** 145:1 176:18 186:5
196:25
**widen** 152:16
**wider** 108:22
**width** 187:17 189:4
**wife** 195:21
**Williams** 101:25 102:4,17
104:3 113:17 114:10
120:17 124:3 127:20
138:1 143:24 144:8
150:7 166:17 168:12
199:18,24 200:4 228:14
228:18,22 229:12,16,22
229:25 241:2,6,15 242:9
242:11
**wisely** 140:20

witness 99:24 120:18
    127:22 129:18,21 138:2
    144:11 150:8 166:21,25
    168:13,25 200:2 207:24
    241:4,7,16,22 242:2
    243:9,11,13 244:14
wonderful 119:2
wood 145:7,12
word 108:1 119:20 124:14
    128:17 143:20 155:17
    158:19 174:25 205:2
worded 154:25
wording 117:23 118:17
    149:17 155:19 167:15
    170:20
words 118:8 143:3 156:8
    190:11 196:6 206:22
    220:24
work 95:18 98:20 99:17
    104:4 120:13,14,21
    121:2 125:1,7 136:4,11
    136:12,14 137:3,21,25
    138:14 139:8 153:23
    154:4,6,12 162:9,12
    165:8 187:20,22,25
    190:3,19,25 191:1,18
    191:20 192:1,17 201:16
    202:12 203:2,2,4,8,10,11
    205:13 210:6 211:14
    214:11 220:3,9
worked 97:15 188:10
working 95:2 130:3
    179:18 188:17 218:15
work-log 191:8 193:1
work-order 186:15,17
    188:3
world 100:13 121:10
    126:25 145:13 157:11
    182:24 184:8,8 208:20
    233:22
worth 100:16,25
worthy 157:16
wouldn't 108:20 208:23
write 161:6
writing 127:15 138:11,15
    140:23 141:6 151:4
    179:17 201:25 207:3
    238:21,22 240:20
writings 151:1
written 127:1,3 128:17
    129:4 150:21 161:2,4
    185:8 206:21,25
wrong 224:3 234:23
wrote 109:11 116:17

X
X 138:13 194:13

Y
Y 138:13 194:13
yard 188:18 197:25 198:1
yeah 135:5 209:15 231:19
    238:20
year 98:22,23,24 102:14
    112:3,4 133:4,9 175:25
    191:17 192:7,15 201:9
    201:11 226:9 232:14
years 99:25 100:25 105:15
    111:9 118:12 128:11,13
    220:19,22
yellow 96:12 172:4
yesterday 221:19 229:7
    236:21
yes/no 154:24

Z
Z 138:13 194:13

$
$2,200 228:6
$50,000 157:23

0
04 226:3
08 211:23 224:22

1
1 177:15
1st 225:2
1-A 185:18
1-B 182:12 184:9
1:00 241:13
1:20 95:5
10-A 193:3 230:24
10-B 230:24
10/23/08 165:13
10:00 94:25 241:11
100 122:25,25 170:10
    181:7 211:11
100-percent 146:9 152:9
    220:8
104 157:18,21
11 166:12,12 193:4 203:20
11:00 241:12
1111 94:22
12 101:11
12-B 193:5
12.4 173:1
12.4.2 168:14 172:3
12:00 241:13
13 167:3 199:20
13-A 193:9
14 166:12 167:5,20 171:1
    193:13,16,23 202:8
    230:5

15 99:25 100:25 101:11
    102:22 117:13 175:13
16 189:23 230:23
16th 181:7
17 117:13 170:23 199:21
    231:21 232:18
18 161:9
1930s 133:19
1932 132:23 133:16
1990 119:23 225:2
1995 97:5,23
1996 97:5,8,23 201:11
    221:6
1997 230:12
1998 221:4 230:12

2
2 95:5 177:15 183:10
    189:15
2-A 185:18
2-B 182:13 184:9
2-B-4 180:13
2:00 241:13
20 102:22
20,000 170:12
200 170:11 235:6
2000 201:10
2004 169:21
2005 178:4
2006 221:2
2007 178:2 179:25 180:1
2008 116:7 127:24 237:25
    238:8
2009 94:25 204:15 210:3
    219:8 243:20 244:15
201 157:17
213 190:2
23 94:25 110:10
24 161:9
244 243:14
25 97:15,19 112:21 201:19
    201:21
2500 94:23
26 97:19
28 153:1
29th 243:20 244:15

3
3 143:2 166:15,17 189:19
3-A 185:19
3:00 241:13
3:22 189:15
3:40 189:18
30 152:25 201:19
3001 227:6
31 145:1 153:20
31-inch 145:15

32 152:23 153:10,13,19
32-inch 145:3
32-inch-door 153:14
32-inch-wide 152:20 153:3
33131 94:23
34 145:16 171:4,16
34-inch-door 153:16
34-inch-wide 153:10
34-plus 170:25 202:20
35 143:3
35.150 143:4
36 145:16 153:16

4
4 143:18,20 187:3
4:00 241:13
4:30 241:10,14
4:35 94:25 242:4,13
400 170:13
45 226:13

5
5-foot 135:9
500 237:19
504 98:2,9

6
6 201:10 237:24 238:6
    240:5
6-A 185:24 186:25
6:98-CV-109-JEG 94:7
6:99-CV-012-JEG 94:12

7
7 168:12,13 172:25
7/8s 153:20

8
8th 116:10
8-1/2 166:11
80 118:11
800 225:12

9
9 168:11 172:3 192:8
90s 124:18
90-something 96:7
92 119:18 173:20
94 119:18 182:1 243:13
98 118:13 125:12,13
    169:21 173:22 181:25